# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s): Richard Blair**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

**Defendant(s): Automobili Lamborghini S.p.A.**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

Brett E. Lewis
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, New York 11201

Defendant's Atty(s):

---

**II. Basis of Jurisdiction:**    3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only)**
- Plaintiff: - N/A
- Defendant: - N/A

**IV. Origin:**    1. Original Proceeding

**V. Nature of Suit:**    890 Other Statutory Actions

**VI. Cause of Action:**    1114(2)(D)(v) Declaratory relief to establish Plaintiff's registration and use of domain name

**VII. Requested in Complaint**
- Class Action: No
- Dollar Demand:
- Jury Demand: Yes

**VIII. This case is not related to another case.**

**Signature:** /Brett Lewis/

**Date:** 08/24/22

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**