# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Michael Druckman
Jane J. Jaang
Roberto Ledesma
Savita Sivakumar*
Rachel Ann Stephens*
Shuyu Wang

 * admitted in Washington, D.C. only

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Brett@iLawco.com

August 25, 2022

**VIA ECF**
Honorable Eileen S. Willett
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 325
401 West Washington Street, SPC 13
Phoenix, AZ 85003-2120

*Blair v. Automobili Lamborghini S.p.A.*,
Civil Case Number: 2:22-cv-01439-ESW

Dear Judge Willett,

We represent the plaintiff in the above-referenced action. We write pursuant to the minute order dated August 24, 2022 (ECF No. 5) to inform the Court that a Notice of Filing – Copyright, Trademark or Patent Information is not required for this action.

Plaintiff does not own a U.S. trademark registration for the concerned mark at issue. Plaintiff does not contest or seek determination regarding the trademark ownership for the concerned mark at issue. This action does not involve a copyright or patent.

We thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

*/s/ Brett Lewis.*
Brett Lewis