Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01439-ESW<br><br>**MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS; MEMORANDUM OF POINTS AND AUTHORITIES** |

Plaintiff Richard Blair ("Plaintiff"), through the undersigned counsel, requests an extension of time to serve Defendant Automobili Lamborghini S.p.A. ("Defendant") pursuant to Fed. R. Civ. P. 4(f) and the Hague convention.

Fed. R. Civ. P. 4(f) allows service of process to be completed "by internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." Fed. R. Civ. P. 4(f)(1); *see also Media Trademark & Licensing Ltd. v.*

*COINGEEKLTD.COM*, No. CV-21-00214-PHX-DWL, 2021 WL 2895289, at *6 (D. Ariz. July 9, 2021) (granting the plaintiff an extension of time to complete service of process upon a German defendant under the Hague Convention).

On August 24, 2022, Plaintiff filed a Complaint in the U.S. District Court for the District of Arizona. *See* Complaint (ECF No. 1). Defendant is an Italian company which does business in Italy with a usual place of business at Via Modena 12, 40019 Sant Agata Bolognese (BO), Italy. Affidavit of Brett E. Lewis, Esq. ("Lewis Aff.") ¶ 3. Plaintiff is seeking declaratory relief to establish that he is the lawful owner of the <Lambo.com> domain name. *See generally* Complaint.

Pursuant to Federal Rule of Civil Procedure 4(d)(2), on August 31, 2022, Plaintiff served Defendant at the said address by FedEx International Priority Mail with a Notice of Lawsuit and Request for Waiver of Service of Summons ("Notice"). Lewis Aff. ¶ 4. Further to the Notice, Defendant had until October 31, 2022 to waive formal service of a summons. *Id.* The mail enclosed with the Notice was delivered on September 5, 2022, and Defendant neither responded to Plaintiff's request nor appeared in this action. Defendant's failure to answer the waiver request or make an appearance made it necessary for Plaintiff to serve Defendant with the Complaint and Summons via the Hague Convention. *Id.* ¶¶ 5-6.

Accordingly, Plaintiff retained Crowe Foreign Services ("CFS") to effect service of the Complaint and Summons on Defendant in Italy under Article 5(a) of the Hague convention via the Central Authority. Lewis Aff. ¶ 7. CFS has informed Plaintiff that it

currently takes an average of 3-4 months to complete service in Italy through the Hague Service Convention. *Id.*

Due to the time anticipated for service via the Hague Convention, Plaintiff posits that good cause exists to extend the time to serve Defendant and respectfully requests the same. Plaintiff therefore requests that the Court allow for an additional 120 days, i.e., until March 22, 2023, to serve Defendant. Plaintiff has made no previous request of this nature.

Dated: Brooklyn, New York
November 15, 2022

Respectfully submitted,

LEWIS & LIN, LLC

By: */s/ Brett E. Lewis*_____
Brett E. Lewis, Esq. (*pro hac vice*)
77 Sands Street, 6th Floor,
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com

*Counsel for Plaintiff*