Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>  Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>  Defendant. | Case No.: 2:22-cv-01439-ESW<br><br>**AFFIDAVIT OF BRETT E. LEWIS, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS** |

BRETT E. LEWIS, ESQ., under penalty of perjury, declares as follows:

  1. I am an attorney licensed to practice law in the state of New York and before this Court *pro hac vice*. I make this affidavit in support of Plaintiff Richard Blair's ("Plaintiff's") Motion for an Extension of Time to Effect Service of Process.

  2. My firm was retained to represent Plaintiff in the above-captioned action.

  3. On August 24, 2022, Plaintiff filed a Complaint in the U.S. District Court for the District of Arizona. Defendant is an Italian company which does business in Italy

with a usual place of business at Via Modena 12, 40019 Sant Agata Bolognese (BO), Italy.

4.     On August 31, 2022, my office mailed Defendant a copy of the Complaint, a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons ("Notice"), and two copies of the waiver to the said address of Defendant by FedEx International Priority Mail (tracking no. 277442965315). The Notice provides that Defendant had until October 31, 2022 to waive formal service of a summons.

5.     The said mail was delivered on September 5, 2022.

6.     As of today, Defendant has neither responded to Plaintiff's request nor appeared in this action.

7.     On November 9, 2022, my office contacted Crowe Foreign Services ("CFS") to effectuate service of process upon Defendant in Italy under Article 5(a) of the Hague convention via the Central Authority. CFS informed that it currently takes an average of 3-4 months to complete service in Italy through the Hague Service Convention.

8.     Without an extension, Plaintiff will only have until November 22, 2022 to complete service of process upon Defendant, which is an insufficient amount of time to effectuate service of process under the Hague Convention.

Dated: Brooklyn, New York
           November 15, 2022

_____
Brett E. Lewis