UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>       Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>       Defendant. | Case No.: 2:22-cv-01439-ESW<br><br>**[PROPOSED] ORDER** |

   The Court having considered Plaintiff's Motion for Extension of Time to Effect Service of Process, and good cause appearing,

   IT IS ORDERED that Plaintiff's Motion for Extension of Time to Effect Service of Process is GRANTED.

   IT IS FURTHER ORDERED Plaintiff will have a 120-day extension until March 22, 2023 to complete service of process upon Defendant Automobili Lamborghini S.p.A..

   Dated this _____ day of November, 2022.