# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Automobili Lamborghini S.p.A.,<br><br>　　　　　　Defendant. | No. CV-22-01439-PHX-ESW<br><br>**ORDER** |

　　　The Court has considered Plaintiff's Motion for Extension of Time to Effect Service of Process; Memorandum of Points and Authorities (Doc. 9).  Good cause appearing,

　　　IT IS ORDERED granting the Motion for Extension of Time to Effect Service of Process; Memorandum of Points and Authorities (Doc. 9).

　　　IT IS FURTHER ORDERED extending the date by which Plaintiff shall complete service of process upon Defendant to **March 23, 2023**.

　　　Dated this 16th day of November, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge