Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW
Washington, D.C. 20005
Facsimile: (202) 371-2600
nnowak@sternekessler.com
lwatt@sternekessler.com
Telephone: (202) 371-2540

*Attorneys for Defendant Automobili Lamborghini S.p.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD BLAIR,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI S.P.A.,<br><br>Defendant. | Civil Action No. 2:22-cv-01439-ESW<br><br>JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

WHEREAS, Plaintiff Richard Blair ("Plaintiff") filed a Complaint (the "Complaint") on August 24, 2022;

WHEREAS, Defendant's deadline to answer or otherwise respond to the Complaint is February 8, 2023;

WHEREAS, the Parties have conferred and agreed upon an extension for Defendant to answer or otherwise respond to Plaintiff's Complaint as set forth below;

WHEREAS, this is the first request of its kind; and

IT IS STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint on or before March 1, 2023.

DATED this 3nd day of February, 2023

/s/ *Brett E. Lewis*
Brett E. Lewis (*pro hac vice*)
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Facsimile: (718) 243-9326
brett@iLawco.com
Telephone: (718) 243-9323

*Attorney for Plaintiff Richard Blair*

/s/ *Nicholas J. Nowak*
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Ave., NW
Washington, D.C. 20005
Facsimile: (202) 371-2600
nnowak@sternekessler.com
lwatt@sternekessler.com
Telephone: (202) 371-2540

*Attorneys for Defendant Automobili Lamborghini S.p.A.*