UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD BLAIR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI S.P.A.,<br><br>　　　　Defendant. | Civil Action No. 2:22-cv-01439-ESW<br><br>[PROPOSED] ORDER |

The Court having considered Plaintiff and Defendant's Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Complaint, and good cause appearing,

IT IS ORDERED that the Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Complaint is GRANTED.

IT IS FURTHER ORDERED Defendant will have a 21-day extension until **March 1, 2023** to answer or otherwise respond to the Complaint.

DATED this ____ day of February, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　United States Magistrate Judge