# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Automobili Lamborghini SpA,<br><br>　　　　　Defendant. | No. CV-22-01439-PHX-ESW<br><br>**ORDER** |

　　　　The Court has considered the parties' Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Complaint (Doc. 12).

　　　　IT IS ORDERED granting the Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Complaint (Doc. 12).

　　　　IT IS FURTHER ORDERED extending the time for Defendant to answer or otherwise respond to Plaintiff's Complaint (Doc. 1) to **March 1, 2023**.

　　　　Dated this 8th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge