Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair, | Case No.: 2:22-cv-01439-ESW |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| Automobili Lamborghini S.p.A., | |
| Defendant. | |

Plaintiff Richard Blair, by and through his undersigned counsel, hereby provides notice to the Court that on February 21, 2023, Defendant Automobili Lamborghini S.p.A. was served a copy of the Preliminary Order dated February 17, 2023 [ECF No. 17] via U.S. certified mail on its attorneys at:

Lauren Watt, Esq.
Sterne Kessler Goldstein & Fox PLLC
1100 New York Ave. NW, Ste. 600

Dated: Brooklyn, New York
February 21, 2023

                          Respectfully submitted,

                          LEWIS & LIN, LLC

                          By: */s/ Brett E. Lewis*
                          Brett E. Lewis, Esq. (*pro hac vice*)
                          77 Sands Street, 6th Floor,
                          Brooklyn, NY 11201
                          Tel: (718) 243-9323
                          Fax: (718) 243-9326
                          Email: brett@iLawco.com

                          *Counsel for Plaintiff*