Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW
Washington, D.C. 20005
Facsimile: (202) 371-2600
nnowak@sternekessler.com
lwatt@sternekessler.com
Telephone: (202) 371-2540

*Attorney for Defendant Automobili Lamborghini S.p.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD BLAIR,<br><br>        Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI S.P.A.,<br><br>        Defendant. | Civil Action No. 2:22-cv-01439-ROS<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

WHEREAS, Plaintiff Richard Blair ("Plaintiff") filed a Complaint in the above-captioned matter;

WHEREAS, Defendant's deadline to answer or otherwise respond to the Complaint is March 1, 2023;

WHEREAS, Plaintiff intends to file an Amended Complaint;

WHEREAS, the Parties have conferred and Defendant agreed to Plaintiff's filing of an Amended Complaint. As such, Defendant's deadline to answer or otherwise respond should be extended as set forth below;

WHEREAS, this is the first request of its kind; and

IT IS STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant need not file an answer or otherwise respond to Plaintiff's Complaint on March 1, 2023 but shall instead file an Answer or otherwise respond to Plaintiff's Amended Complaint no later than 21 days after filing of the Amended Complaint and service of the same on Defendant.


DATED this 1st day of March, 2023

/s/_Brett E. Lewis_____
Brett E. Lewis (*pro hac vice*)
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Facsimile: (718) 243-9326
brett@iLawco.com
Telephone: (718) 243-9323

*Attorney for Plaintiff Richard Blair*

/s/_Nicholas J. Nowak_____
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Ave., NW
Washington, D.C. 20005
Facsimile: (202) 371-2600
nnowak@sternekessler.com
lwatt@sternekessler.com
Telephone: (202) 371-2540

*Attorneys for Defendant Automobili Lamborghini S.p.A.*