# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD BLAIR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI S.P.A.,<br><br>　　　　Defendant. | Civil Action No. 2:22-cv-01439-ROS<br><br>**[PROPOSED] ORDER** |

The Court having considered Plaintiff and Defendant's Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Amended Complaint, and good cause appearing,

IT IS ORDERED that the Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that Defendant need not file an answer or otherwise respond to Plaintiff's Complaint on March 1, 2023 but shall instead file an Answer or otherwise respond to Plaintiff's Amended Complaint no later than 21 days after filing of the Amended Complaint and service of the same on Defendant.

DATED this ___ day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O Silver
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge