# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>    Plaintiff,<br><br>v.<br><br>Automobili Lamborghini SpA,<br><br>    Defendant. | No. CV-22-01439-PHX-ROS<br><br>**ORDER** |

Before the Court is a Joint Stipulation for Extension of Time to Answer or Otherwise Respond to Amended Complaint (Doc. 19) in which the Plaintiff indicates he will be filing an amended complaint which renders futile the need for Defendant to answer the currently operative Complaint at Doc. 1.

Accordingly,

**IT IS ORDERED** the Joint Stipulation for Extension of Time (Doc. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff must file an amended complaint by March 22, 2023. Defendant shall have 21 days from the filing of the Amended Complaint to Answer or otherwise respond.

Dated this 1st day of March, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge