| | |
|---|---|
| Name | Nicholas J. Nowak |
| Bar # | Pro hac vice |
| Firm | Sterne Kessler Goldstein & Fox P.L.L.C |
| Address | 1100 New York Ave., NW |
| | Washington DC 20005 |
| | nnowak@sternekessler.com |
| Telephone | (202) 371-2600 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Richard Blair,

    Plaintiff,

vs.

Automobili Lamborghini S.p.A.,

    Defendant.

Case No.  CV-22-1439-PHX-ROS

Corporate **Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Automobili Lamborghini S.p.A., in compliance with the provisions of (*check one*):

[✓] Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

<u>Audi AG and Volkswagen Aktiengesellschaft</u>   Relationship <u>Defendant is a wholly-owned subsidiary</u>

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship _____

☐ Other (please explain):
_____
_____

☐ Diversity case. (Attach additional pages if needed.)
Party name and Party Role:                State:

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this <u>30</u> day of <u>March</u>, <u>2023</u>.

/s/ *Nicholas J. Nowak*
Counsel of Record

- 2 -

Certificate of Service:

This is to certify that on March 30, 2023, a true and correct copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record. It was also served by electronic mail on the following counsel of record:

Brett E. Lewis
LEWIS & LIN LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326
brett@iLawco.com
Attorney for Plaintiff Richard Blair

Dated: March 30, 2023

By: /s/ Nicholas J. Nowak
Nicholas J. Nowak (pro hac vice)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.