Brett E. Lewis (Pro Hac Vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>  Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>  Defendant. | Case No.: 2: 22-01439-PHX-ROS<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** |

**PLEASE TAKE NOTICE**, that upon the accompanying (1) declaration of Brett E. Lewis, Esq. dated May 31, 2023, and the exhibits attached thereto, (2) memorandum of law, and (3) all other papers, pleadings, and proceedings heretofore had and filed herein, Plaintiff Richard Blair ("Plaintiff"), by and through their undersigned counsel, will move in this Court at the United States District Court for the District of Arizona, Sandra Day O'Connor U.S. Courthouse, Suite 624, 401 West Washington Street, SPC 59, Phoenix, Arizona 85003, before the Honorable Roslyn O. Silver, on May 31, 2023 at 9:30 AM or as soon thereafter as

counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 11, Section 1927 of Title 28 of the United States Code, and/or in the Court's inherent power, imposing sanctions in the form of attorney's fees and expenses against Defendants Automobili Lamborghini S.p.A. ("Defendant") and Defendant's counsel for signing and submitting the Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) [ECF No. 23] with frivolous legal arguments, such that it was filed to harass Plaintiffs and to increase their litigation costs; and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Civ. P. 11(c)(2), the undersigned used its best effort to resolve informally the matters raised in this submission, but was not able to do so.

Dated: May 31, 2023
       Brooklyn, NY

    Respectfully submitted,

    **LEWIS & LIN LLC**

    */s/ Brett E. Lewis*_____
    Brett E. Lewis (*pro hac vice*)
    77 Sands Street, 6th Floor
    Brooklyn, NY 11201
    Tel: (718) 243-9323
    Fax: (718) 243-9326
    brett@iLawco.com

    *Attorneys for Plaintiff*