Brett E. Lewis (Pro Hac Vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>        Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>        Defendant. | Case No.: 2:22-cv-01439-ESW<br><br>**DECLARATION OF BRETT E. LEWIS, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** |

I, **BRETT E. LEWIS**, being an attorney duly admitted to practice law in the State of New York, declare as follows under penalties of perjury:

1.  I am a partner of Lewis & Lin, LLC, attorneys for Plaintiff Richard Blair ("Plaintiff") in the above-captioned action. I am fully familiar with the facts and circumstances set forth herein based on the docket records and the files and materials maintained by my firm.

2.  I submit this declaration in support of Plaintiff's motion for sanctions under Fed. R. Civ. P. 11 against Defendant Automobili Lamborghini S.p.A.

1  ("Defendant") and Defendant's counsel, and for all such other relief as this Court
2  may deem just, proper, and equitable.

3    3. On August 24, 2022, Plaintiff commenced this action by filing a
4  complaint with this Court (ECF No. 1) (the "Complaint").

5    4. On or around February 23, 2023, after appearing in this lawsuit,
6  Defendant, through its counsel, informed Plaintiff that Defendant planned to file a
7  Fed. R. Civ. P. 12(b)(6) motion to dismiss the Complaint. The parties' counsel had
8  a meet-and-confer call on February 28, 2023, which was then memorialized by me
9  in a follow-up email to Defendant's counsel. Attached hereto as **Exhibit A** is a true
10 and exact copy of the emails exchanged between counsel from February 23, 2023
11 to February 28, 2023.

12   5. In my emails dated February 28, 2023, I pointed out the significant
13 flaws in Defendant's argument for its motion to dismiss and its erroneous reading
14 of the controlling law of this Circuit. *See* Exhibit A. Plaintiff also agree to amend
15 the Complaint to eliminate any unclarity and address the concerns raised by
16 Defendant's counsel during the meet-and-confer call. *See id*.

17   6. On March 9, 2023, Plaintiff filed the First Amended Complaint as of
18 right (ECF No. 21) (the "FAC").

19   7. On or around March 24, 2023, Defendant's counsel emailed me,
20 saying that the FAC still contains uncurable defects and Defendant insisted on

1  filing a Rule 12(b)(6) motion to dismiss. Following that were multiple emails

2  exchanged between counsel, where I repeatedly explained to Defendant's counsel

3  how baseless and frivolous their arguments are. Attached hereto as **Exhibit B** is a

4  true and exact copy of the emails exchanged between counsel from March 24,

5  2023 to March 28, 2023.

6      8.    On March 20, 2023, Defendant filed its motion to dismiss (ECF No.

7  21). On April 13, 2023, Plaintiff filed his opposition to Defendant's motion to

8  dismiss (ECF No. 24), and Defendant filed a reply subsequently on April 20, 2023

9  (ECF No. 25).

10     9.    Prior to Plaintiff filing his opposition, on April 5, 2023, I sent an

11 email to Defendant's counsel, enclosed with a Rule 11 letter which again pointed

12 out the deficiency in Defendant's legal arguments and Defendant's unreasonable

13 reading of the case law in this Circuit. Attached hereto as **Exhibit C** is a true and

14 exact copy of the email and the Rule 11 letter sent on April 5, 2023.

15     10.    On April 26, 2023, Defendant's counsel responded to the Rule 11

16 letter without addressing the outstanding issues raised by Plaintiff. Defendant's

17 counsel also threatened to file its own Rule 11 motion if Plaintiff moved for Rule

18 11 sanctions. Attached hereto as **Exhibit D** is a true and exact copy of the email

19 and letter sent by Defendant's counsel on April 26, 2023.

20     11.    On May 9, 2023, under my direction and supervision, an associate at

1 my office served a copy of Plaintiff's Rule 11 Motion to Defendant, by emailing

2 Defendant's counsel and mailing to Defendant's counsel's latest known business

3 address at 1100 New York Ave, NW, Ste 600, Washington, DC 20005. Attached

4 hereto as **Exhibit E** is a true and exact copy of the corresponding email and mail

5 tracking information.

7 Dated: May 31, 2023

_____

Brett E. Lewis

DECLARATION OF BRETT E. LEWIS, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS
PURSUANT TO FED. R. CIV. P. 11 - 4