Brett E. Lewis (Pro Hac Vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair, | Case No.: 2: 22-01439-PHX-ROS |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| Automobili Lamborghini S.p.A., | |
| Defendant. | |

Upon review of the parties' submissions and all memoranda of law, declarations, and attachments thereto,

**IT IS HEREBY ORDERED** that Plaintiff Richard Blair's Motion for Sanctions against Defendant Automobili Lamborghini S.p.A. ("Defendant") and Defendant's counsel, pursuant to Fed. R. Civ. P. 11, is GRANTED.

**IT IS SO ORDERED.**

1