Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St., N.W., 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Defendant*
*Automobili Lamborghini S.p.A.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>*Plaintiff*,<br><br>v.<br><br>Automobili Lamborghini S.p.A.,<br><br>*Defendant*. | C.A. No. 2:22-cv-01439-ESW<br><br>**DEFENDANT'S NOTICE OF COUNSEL ADDRESS CHANGE** |

Defendant Automobili Lamborghini S.p.A. hereby notifies the Court and all parties of record that effective immediately, the mailing address for Nicholas J. Nowak and Lauren A. Watt of Sterne, Kessler, Goldstein & Fox P.L.L.C. has changed to the following address:

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005

The firm affiliation, telephone number, and all other contact information remains unchanged.

| | |
|---|---|
| August 4, 2023 | Respectfully submitted,<br>/s/ *Nicholas J. Nowak*<br>Nicholas J. Nowak (*pro hac vice*)<br>Lauren A. Watt (*pro hac vice*)<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 371-2600<br>Facsimile: (202) 371-2540<br>mtalley@sternekessler.com<br>nnowak@sternekessler.com<br><br>*Attorneys for Defendant*<br>*Automobili Lamborghini S.p.A.* |

## CERTIFICATE OF SERVICE

This is to certify that on August 4, 2023, a true and correct copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

Brett E. Lewis
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326
brett@iLawco.com

*Attorney for Plaintiff Richard Blair*

/s/ *Nicholas J. Nowak*
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com

*Attorneys for Defendant*
*Automobili Lamborghini S.p.A.*