Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>    Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>    Defendant. | Case No.: 2:22-cv-01439-ESW<br><br>**STIPULATION FOR TELEPHONIC APPEARANCE** |

Pursuant to this Court's Order dated July 28, 2023 (ECF No. 31), as and for good cause for telephonic appearance by the parties' attorneys at the upcoming Rule 16 Case Management Conference on August 29, 2023 ("Rule 16 Conference"), Plaintiff Richard Blair ("Plaintiff") and Defendant Automobili Lamborghini S.p.A., ("Defendant"), by and through counsel, stipulate as follows:

1. Counsel for Plaintiff, Shuyu Wang of Lewis & Lin, LLC, is located in Brooklyn, New York and has been permitted to appear in this case *pro hac vice* on behalf of Plaintiff.

2. To minimize fees and expenses and avoid travel costs arising from Ms. Wang's representation of Plaintiff, she now requests permission to appear before the Court telephonically at the Rule 16 Conference now scheduled for August 29, 2023, at 10:00 a.m. (Arizona Time).

3. Counsel for Defendant does not oppose Ms. Wang's request to appear telephonically.

4. Counsel for Defendant, Nicholas J. Nowak and Lauren Watt of Sterne, Kessler, Goldstein & Fox P.L.L.C., are located in Washington, D.C. and have been permitted to appear in this case *pro hac vice* on behalf of Defendant.

5. Similarly, to minimize fees and expenses and avoid travel costs, Counsel for Defendants now request permission to appear before the Court telephonically at the Rule 16 Conference now scheduled for August 29, 2023, at 10:00 a.m. (Arizona Time), for their representation of Defendant.

6. Counsel for Plaintiff does not oppose Mr. Nowak and Ms. Watt's request to appear telephonically.

7. Counsel of both parties have met and conferred under Fed. R. Civ. P. 26 on August 8, 2023. Counsels have discussed several matters as directed in this Court's Order entered on July 28, 2023 (Doc. 31), including this stipulation.

8. The parties appreciate that the Rule 16 Conference is intended for case management and scheduling instead of a substantive review of the underlying dispute of this lawsuit. Therefore, the parties assert that the issues to be addressed at the Rule 16 Conference are not necessarily complex, and the parties' joint proposed scheduling plan to be filed ahead of the Rule 16 Conference would assist this Court with addressing the issues therein.

Dated: Brooklyn, New York
August 9, 2023

Respectfully submitted,

LEWIS & LIN, LLC

By: /s/ Shuyu Wang
Shuyu Wang, Esq. (*pro hac vice*)
77 Sands Street, 6th Floor,
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com

*Counsel for Plaintiff*


By: /s/ Lauren Watt
Nicholas J. Nowak (pro hac vice)
Lauren A. Watt (pro hac vice)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. N.W., 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Defendant*
*Automobili Lamborghini S.p.A.*