# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Michael Druckman
Jane J. Jaang
Roberto Ledesma
Savita Sivakumar
Rachel Ann Stephens
Shuyu Wang

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

August 21, 2023

**VIA ECF**
Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ 85003-2158

*Blair v. Automobili Lamborghini S.p.A.*,
Civil Case Number: 2:22-cv-01439-ESW l

Dear Judge Silver,

      We represent the plaintiff in the above-referenced action. We write pursuant to the minute order dated August 21, 2022 (ECF No. 35) to inform the Court that a Notice of Filing – Copyright, Trademark or Patent Information is not required for this action.

      Plaintiff/Counterclaim-Defendant Richard Blair ("Mr. Blair") filed his Answer to Defendant/Counterclaimant Automobili Lamborghini S.p.A.'s Counterclaim on August 18, 2023 (ECF No. 34). Mr. Blair does not own a U.S. trademark registration for the concerned mark at issue, and does not contest or seek determination regarding the trademark ownership for the concerned mark at issue. Mr. Blair's Answer does not give rise to any new trademark issues beyond the ones that are addressed in his previously filed Notice (ECF No. 6). This action does not involve a copyright or patent.

      We thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

*/s/Shuyu Wang*
Shuyu Wang