Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Defendant*
*Automobili Lamborghini S.p.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>        *Plaintiff,*<br><br>    v.<br><br>Automobili Lamborghini S.p.A.,<br><br>        *Defendant.* | Case No.: 2:22-cv-01439-ESW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO EXCHANGE RULE 26(A)(1) DISCLOSURES (FIRST REQUEST)** |

WHEREAS, the parties to the above captioned action have conferred and agree that an extension of time to exchange their respective Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1) is necessary.

IT IS STIPULATED AND AGREED, upon by and between the undersigned counsel for the parties, that the deadline to submit the Initial Disclosures pursuant to Rule 26(a)(1) be moved from August 28, 2023 to August 31, 2023.

Dated: August 28, 2023

Respectfully submitted,

By: */s/ Shuyu Wang*
Brett E. Lewis, Esq. (*pro hac vice*)
Shuyu Wang, Esq. (*pro hac vice*)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor,
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com
         shuyu@ilawco.com

*Counsel for Plaintiff Richard Blair*


By: /s/ *Lauren Watt*
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Counsel for Defendant
Automobili Lamborghini S.p.A.*