# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>   *Plaintiff,*<br><br>  v.<br><br>Automobili Lamborghini S.p.A.,<br><br>   *Defendant.* | Case No.: 2:22-cv-01439-PHX-ROS<br><br>**[PROPOSED] ORDER** |

  The Court having considered Plaintiff and Defendant's Joint Stipulation for Extension of Time to Exchange Rule 26(a)(1) Disclosures,

  IT IS ORDERED that the Joint Stipulation for Extension of Time to Exchange Rule 26(a)(1) Disclosures is GRANTED. The parties will exchange Initial Disclosures and file a Notice of Initial Disclosures on August 31, 2023.

                  _____
                  Hon. Roslyn O. Silver
                  United States District Judge

  DATED this ___ day of August, 2023.