# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair, | No. CV-22-01439-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Automobili Lamborghini SpA, | |
| Defendant. | |

A Joint Stipulation for Extension of Time to Exchange Rule 26(A)(1) Disclosures (Doc. 40) having been filed, and good cause appearing,

**IT IS ORDERED** the Stipulation for Extension of Time (Doc. 40) is **GRANTED**. The parties shall have through **August 31, 2023**, to exchange initial disclosures and file a Notice of Initial Disclosures.

Dated this 28th day of August, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge