Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, D.C. 20005
Facsimile: (202) 371-2600
Telephone: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Attorney for Defendant Automobili Lamborghini S.p.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD BLAIR, *Plaintiff*, v. AUTOMOBILI LAMBORGHINI S.P.A., *Defendant*. | Civil Action No. 2:22-cv-01439-ESW  **NOTICE OF SERVICE OF PLAINTIFF BY EMAIL** |

Defendant Automobili Lamborghini S.p.A. submits this Notice of Service of its First Set of Requests for the Production of Documents and Things (Nos. 1-15) to Plaintiff and First Set of Requests for Interrogatories (Nos. 1-8) to Plaintiff.

On December 15, 2023, Defendant emailed Plaintiff. In the service email, Defendant included a copy of its First Set of Requests for Production of Documents and Things (Nos. 1-15) to Plaintiff and First Set of Requests for Interrogatories (Nos. 1-8) to

1 | Plaintiff.

Dated: December 20, 2023

/s/ *Nicholas J. Nowak*
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, D.C. 20005
Telephone:: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Attorney for Defendant Automobili Lamborghini S.p.A.*