# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Michael Druckman
Jane J. Jaang
Roberto Ledesma
Rachel Ann Niedzwiadek
Savita Sivakumar
Shuyu Wang

Eric Belanger (of counsel)

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

February 2, 2024

**VIA ECF**
Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ 85003-2158

FIRST NOTICE OF DISCOVERY AND SETTLEMENT
*Blair v. Automobili Lamborghini S.p.A.*, Civil Case Number: 2:22-cv-01439-ESW

Dear Judge Silver,

  This firm represents Plaintiff Richard Blair ("Plaintiff" or "Blair") in the above-referenced action. We write, jointly with Defendant Automobili Lamborghini S.p.A. ("Defendant" or "Lamborghini"), pursuant to the Scheduling Order (ECF No. 38) to report the status of discovery and settlement.

  On December 15, 2023, Defendant served requests for the production of documents and interrogatories on Plaintiff. Plaintiff timely provided written responses and made a production of all responsive documents on January 15, 2024. Plaintiff did not serve any discovery requests on Defendant, however, Defendant proactively produced documents on January 19, 2024. Neither party served any deposition notices.

  The parties report that fact discovery has completed. The parties have twice broached settlement, most recently in anticipation of providing the Court this status, but are not close to an agreement.

  We thank the Court for its attention to this matter.

**LEWIS & LIN LLC**

Respectfully submitted,

By: _/s/Brett E. Lewis_____
Brett E. Lewis, Esq. (*pro hac vice*)
Shuyu Wang, Esq. (*pro hac vice*)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor,
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com
           shuyu@iLawco.com

*Counsel for Plaintiff Richard Blair*

By: _/s/Nicholas J. Nowak_____
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN &
FOX P.L.L.C.
1101 K St. N.W., 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Counsel for Defendant Automobili Lamborghini S.p.A.*