Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair, | Case No.: 2:22-cv-01439-ROS |
| Plaintiff/Counter-Defendant, | |
| vs. | **PLAINTIFF'S DISCLOSURES UNDER FED. R. CIV. P. 26(A)(3)** |
| Automobili Lamborghini S.p.A., | |
| Defendant/Counterclaimant. | |

Pursuant to Fed R. Civ. P. 26(a)(3) and this Court's Scheduling Order dated August 23, 2023 (ECF No. 38) (the "Scheduling Order"), Plaintiff/Counter-Defendant Richard Blair ("Blair" or "Plaintiff") submits the following disclosures:

**A.   Witnesses that Plaintiff Expects to Call at Trial**

Richard Blair (may be contacted via the undersigned).

**B.   Witnesses that Plaintiff Expects to Present by Deposition**

None.

C. **Documents that Plaintiff Expects to Offer**
   a. Documents related to Plaintiff's acquisition of the <lambo.com> domain name, including the date, the amount that Plaintiff paid for, and the non-party that Plaintiff purchased the domain name from;
   b. Documents related to Plaintiff's correspondence with the registrar of <lambo.com> and the relevant Purchase and Sale Agreement;
   c. Screenshots of <lambo.com> landing page;
   d. Domain report on <lambo.com> generated by domainIQ;
   e. Search results of domain names consisting of or including the term "lambo;"
   f. Search results of business entities using the term "lambo" in the entity name;
   g. Documents related to Plaintiff's use of the term "lambo" as usernames on social media platforms, including WhatsApp, Telegram, and Twitter;
   h. Documents related to Plaintiff's use of the term "lambo.com" or "lambodotcom" as usernames on social media platforms, including Twitter, lichess.org, and namepros.com;
   i. Logs and records of Plaintiff's activities on namepros.com under the username "Lambo.com;"
   j. Documents showing non-parties' identifying Plaintiff as "Lambo" on namepros.com;
   k. Documents reflecting Plaintiff's change of username to "Lambo.com" on namepros.com dated December 8, 2019;
   l. Documents related to Plaintiff's correspondence with non-parties regarding their inquiries on purchasing the <lambo.com> domain name;
   m. Documents reflecting Plaintiff's registration, acquisition, purchase and sale of other domain names;

    n. Documents that Plaintiff used and/or relied on in relation to the WIPO proceeding *Automobili Lamborghini S.p.A. v. Domain Administrator, See PrivacyGuardian.org / Richard Blair*, Case No. D2022-1570;

    o. The parties' pleadings filed in this lawsuit; and

    p. Any and all documents that Defendant Automobili Lamborghini S.p.A. ("Defendant") has produced, will produce, and/or intends to offer in this lawsuit.

Plaintiff reserves the right to supplement his disclosures in any pretrial submissions, to introduce any documents and/or exhibits listed or produced by other parties in this action, and to use demonstrative documents and/or exhibits not yet finalized. Plaintiff also reserves the right to introduce any documents and/or exhibits listed or produced by other parties at trial.

Dated: March 5, 2024

    Brooklyn, New York

                                Respectfully submitted,

                                By: */s/Brett E. Lewis*
                                Brett E. Lewis, Esq. (*pro hac vice*)
                                **LEWIS & LIN LLC**
                                77 Sands Street, 6th Floor
                                Brooklyn, NY 11201
                                Tel: (718) 243-9323
                                Fax: (718) 243-9326
                                Email: Brett@iLawco.com

                                *Attorneys for Plaintiff Richard Blair*