Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, D.C. 20005
Facsimile: (202) 371-2600
Telephone: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Defendant Automobili Lamborghini S.p.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD BLAIR,<br><br>  Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI S.P.A.,<br><br>  Defendant. | Civil Action No. 2:22-cv-01439-ESW<br><br>**DEFENDANT'S DISCLOSURES UNDER FED. R. CIV. P. 26(A)(3)** |

Pursuant to the Scheduling Order in this case and Federal Rule of Civil Procedure 26(a)(3), Defendant Automobili Lamborghini S.P.A. ("Lamborghini") submits the following disclosures.

 1. **Witnesses that Defendant Expects to Call at Trial**

  Richard Blair (adverse witness)

 2. **Witnesses that Defendant Expects to Present by Deposition**

None

3. **Documents that Defendant Expects to Offer as Evidence**

   a. Documents concerning the registration of the LAMBORGHINI trademarks

   b. Documents and communications concerning Plaintiff's acquisition of the <lambo.com> domain name

   c. Documents and communications concerning Plaintiff's use of the <lambo.com> domain name

   d. Documents reflecting Plaintiff's registration, acquisition, purchase, and sale of other domain names

   e. Documents that Defendant used or relied on in relation to the WIPO proceeding *Automobili Lamborghini S.p.A. v. Domain Administrator, See PrivacyGuardian.org / Richard Blair*, Case No. D2022-1570

   f. Any and all documents that Plaintiff has produced, will produce, and/or intends to offer in this lawsuit

Defendant reserves the right to supplement these disclosures in any pretrial submissions, to introduce any documents and/or exhibits listed or produced by Plaintiff in this action, and to use demonstrative documents and/or exhibits not yet finalized.

Dated: March 5, 2024

/s/ *Lauren A. Watt*
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, D.C. 20005
Facsimile: (202) 371-2600
nnowak@sternekessler.com
lwatt@sternekessler.com
Telephone: (202) 371-2600

*Attorneys for Defendant Automobili Lamborghini S.p.A.*