Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW
Washington, D.C. 20005
Facsimile: (202) 371-2600
nnowak@sternekessler.com
lwatt@sternekessler.com
Telephone: (202) 371-2540

*Attorneys for Defendant Automobili Lamborghini S.p.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| RICHARD BLAIR,<br><br>            Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI S.P.A.,<br><br>            Defendant. | Civil Action No. 2:22-cv-01439-ROS<br><br>JOINT MOTION TO AMEND THE SCHEDULING ORDER |

Plaintiff and Defendant hereby jointly request that the Court amend the Scheduling Order in this action (D.I. 38) to extend the deadlines for the Joint Status Report and Rule 16 Conference. Currently, the Joint Status Report is due on March 12, 2024, and the Rule 16 Conference is set for March 19, 2024. However, counsel for Automobili Lamborgini S.p.A. will be unavailable from March 10-20. The Parties request that the Court extend the deadline to file a Joint Status Report from March 12, 2024, to March 26, 2024. The Parties further request the Court set the Rule 16 Status Conference for April 2, 2024.  The Parties

state that these extensions will not affect the other deadlines in the Court's Scheduling Order or otherwise delay the case.

Respectfully submitted this 6th day of March, 2024.

/s/ Brett E. Lewis
Brett E. Lewis (*pro hac vice*)
LEWIS & LIN LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
brett@iLawco.com
Telephone: (718) 243-9323
Facsimile: (718) 243-9326

*Attorney for Plaintiff Richard Blair*

/s/ Nicholas J. Nowak
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, DC 20005
nnowak@sternekessler.com
lwatt@sternekessler.com
Telephone: (202) 371-2540
Facsimile: (202) 371-2600

*Attorneys for Defendant Automobili Lamborghini S.p.A.*