**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| RICHARD BLAIR,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI S.P.A.,<br><br>Defendant. | Civil Action No. 2:22-cv-01439-ROS<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER |

Having reviewed the Joint Motion to Amend the Scheduling Order, and for good cause shown,

**IT IS HEREBY ORDERED** that the Scheduling Order's deadlines for the parties to file a Joint Status Report be extended to March 26, 2024, and the Interim Rule 16 Status Conference be scheduled for April 2, 2024.

_____
Honorable Roslyn O. Silver
Senior United States District Judge