IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>    Plaintiff,<br><br>v.<br><br>Automobili Lamborghini SpA,<br><br>    Defendant. | No. CV-22-01439-PHX-ROS<br><br>**ORDER** |

The Parties have filed a Joint Motion to Amend the Scheduling Order (Doc. 46), requesting an extension of the deadlines for the Joint Status Report and Rule 16 Interim Status Conference as called for in the Scheduling Order (Doc. 38). Good cause appearing,

**IT IS ORDERED** the Joint Motion to Amend (Doc. 46) is **GRANTED**. The deadline for the Parties to file a Joint Status Report is now **April 2, 2024**.

**IT IS FURTHER ORDERED** the Rule 16 Interim Status Conference set on March 19, 2024, at 10:00 a.m., is **VACATED AND RESET** for **April 9, 2024, at 11:00 a.m.**

Dated this 7th day of March, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge