Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>　　　　　　Defendant. | Case No.: 2:22-cv-01439-ESW<br><br>**STIPULATION FOR TELEPHONIC APPEARANCE** |

Pursuant to this Court's Order dated March 8, 2024 (ECF No. 47) (the "Order"), and for good cause for telephonic appearance by the parties' attorneys at the upcoming Rule 16 Case Management Conference on April 9, 2024 ("Rule 16 Conference"), Plaintiff Richard Blair ("Plaintiff") and Defendant Automobili Lamborghini S.p.A., ("Defendant"), by and through their respective counsel, stipulate as follows:

　　　　1.　　Pursuant to the Order, the Court has scheduled a Rule 16 Interim Status Conference for April 9, 2024, at 11:00 a.m (Arizona Time) (the "Rule 16 Conference").

2.	Counsel for Plaintiff, Brett E. Lewis and Shuyu Wang of Lewis & Lin, LLC, are located in Brooklyn, New York and have been permitted to appear in this case *pro hac vice* on behalf of Plaintiff.

3.	To minimize fees and expenses and avoid travel costs arising from Mr. Lewis and Ms. Wang's representation of Plaintiff, Counsel for Plaintiff now request permission to appear before the Court telephonically at the Rule 16 Conference.

4.	Counsel for Defendant does not oppose Mr. Lewis and Ms. Wang's request to appear telephonically.

5.	Counsel for Defendant, Nicholas J. Nowak and Lauren Watt of Sterne, Kessler, Goldstein & Fox P.L.L.C., are located in Washington, D.C. and have been permitted to appear in this case *pro hac vice* on behalf of Defendant.

6.	Similarly, to minimize fees and expenses and avoid travel costs, Counsel for Defendants now request permission to appear before the Court telephonically at the Rule 16 Conference.

7.	Counsel for Plaintiff does not oppose Mr. Nowak and Ms. Watt's request to appear telephonically.

8.	Counsel for both parties have met and conferred under Fed. R. Civ. P. 26 since March 26, 2024. Counsel have discussed several matters, as directed by this Court's Scheduling Order entered on August 23, 2023 (ECF No. 38), including the Joint Status Report submitted as ECF No. 48 and this stipulation.

9.	The parties appreciate that the Rule 16 Conference is intended for case management and scheduling instead of a substantive review of the merits of this action.

Though Defendant intends to file a motion for summary judgment under 15 U.S.C. § 1125(d), both parties have set forth the basis for their motion and opposition with details in the Joint Status Report. Therefore, the parties assert that the issues to be addressed at the Rule 16 Conference are not complex, and the parties' Joint Status Report filed in advance of the Rule 16 Conference would assist this Court with addressing the issues therein.

Dated: Brooklyn, New York
April 2, 2024

Respectfully submitted,

By: */s/Shuyu Wang*
Shuyu Wang (*pro hac vice*)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor,
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com

*Counsel for Plaintiff Richard Blair*

By: */s/Nicholas J. Nowak*
Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K St. N.W., 10th Floor
Washington, D.C. 20005 Telephone: (202) 371-2600 Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Counsel for Defendant Automobili Lamborghini S.p.A.*