UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Richard Blair, | Case No.: 2:22-cv-01439-ESW |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| Automobili Lamborghini S.p.A., | |
| Defendant. | |

Having reviewed the parties' Stipulation for Telephonic Appearance, Doc. No. 49 (the "Stipulation"), and for good cause stated therein, this Court hereby GRANTS the Stipulation and order that the parties may appear telephonically at the Rule 16 Interim Status Conference scheduled for April 9, 2024 at 11:00 a.m (Arizona Time)

SO ORDERED.

_____

U.S.D.J.