Nicholas J. Nowak (*pro hac vice*)
Lauren A. Watt (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Defendant Automobili Lamborghini S.p.A.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard Blair,<br><br>*Plaintiff*,<br><br>v.<br><br>Automobili Lamborghini S.p.A.,<br><br>*Defendant*. | No: CV-22-1439-PHX-ROS<br><br>**DEFENDANT'S STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Defendant Automobili Lamborghini S.p.A. ("Lamborghini") submits the following separate statement of facts in support of its motion for summary judgment pursuant to L.R. Civ. 56.1(a).

1. On January 16, 1990, Lamborghini filed an application, Serial No. 74019105, with the United States Patent and Trademark Office ("USPTO") to register the LAMBORGHINI mark. Ex. A, Lamborghini_0000002.

2. On November 13, 1990, the USPTO granted Lamborghini's application and the LAMBORGHINI mark received its federal registration, U.S. Registration No. 1622382. Ex. A, Lamborghini_0000002.

3. The domain <lambo.com> was registered on March 5, 2000. Ex. U, Pl_000010.

4. On February 16, 2018, Blair purchased the disputed domain name for $10,000. *See* Ex. B, Plaintiff's Interrogatory Response to Interrogatory No. 4.

5. LAMBORGHINI is a well-known, world-famous mark that has been used for over fifty years. *See Automobili Lamborghini S.p.A v. Garcia*, No. 1:18-cv-62 (TSE/TCB), 2020 WL 2048165, at *5 (E.D. Va. Apr. 20, 2020) ("Lamborghini has used the Marks exclusively and continuously for over fifty years, has never abandoned them, and has spent millions of dollars in advertising and promoting the Marks throughout the United States and the world. As a result, the Marks are world famous and the consuming public exclusively associates the Marks with Lamborghini."); *Audi AG v. Posh Clothing, LLC*, No. 18-14254, 2019 WL 1951166, at *4 (D.N.J. May 2, 2019); *Volkswagen Grp. of Am., Inc. v. Unincorporated Associations Identified in Schedule A*, No. 1:20-cv-01437-LO-MSN, 2021 WL 8444641, at *2 (E.D. Va. July 21, 2021), report and recommendation adopted, No. 1:20-cv-1437, 2021 WL 8445261 (E.D. Va. Aug. 23, 2021). "Lambo" is nothing more than a shortened version of LAMBORGINI that merely "delete[s] . . . letters in the mark." *Yelp Inc. v. Catron*, 70 F. Supp. 3d 1082, 1097 (N.D. Cal. Oct. 1, 2014).

6. "Lambo" is also a well-known shorthand for Lamborghini. *See Automobili Lamborghini SpA v. Lamboshop, Inc.*, 2008 WL 2743647, at *4 (M.D. Fla. June 5, 2008) (finding "Lambo" was a "well-known shorthand for Lamborghini").

7. Mr. Blair has no trademark rights in the word LAMBO. Ex. B, Plaintiff's Response to Interrogatory No. 3.

8. It is undisputed that Lambo is not Richard Blair's legal name. *See* ECF No. 21 (First Amended Complaint), ¶ 2 ("Plaintiff Richard Blair is a citizen of the United Kingdom with a residence at 8 West St., San Rafael, CA 94901.").

9. "Lambo" is not a name "commonly used to identify [Mr. Blair]." Ex. C, Pl_000594 (referring to the plaintiff as "Richard"); Ex. D, Pl_000598 (signing email with the name "Richard"); Ex. E, Pl_000600 (signing email with the name "Richard").

10. Mr. Blair has not used the disputed domain. ECF No. 21, ¶ 11.

11. Mr. Blair has admitted that he "initially planned on developing a website at [<lambo.com>]" but "[t]hose plans were subsequently delayed and abandoned." ECF No. 21, ¶ 11.

12. On April 29, 2022, Lamborghini filed a Complaint with the WIPO Arbitration and Mediation Center (the "Center") seeking a transfer of domain name <lambo.com> under the Uniform Domain Name Dispute Resolution Policy. *See* Ex. F, WIPO Decision.

13. On August 3, 2022, the panel determined that the <lambo.com> domain was confusingly similar to the LAMBORGHINI mark and that Blair was using the mark in bad faith. The panel ordered Blair to transfer the domain to Lamborghini. *See* Ex. F, WIPO Decision.

14. After Lamborghini filed its WIPO complaint, Mr. Blair redirected visitors to <lambo.com> domain to a third-party website wherein Mr. Blair stated, among other things, that he would "defend, defeat, and humiliate" Lamborghini, accused Lamborghini of "theft," and provided a link to the UDRP proceedings. Ex. G (showing the redirection page); Ex. H (showing the page that <lambo.com> redirected to).

15. Mr. Blair has and continues to offer to sell the disputed domain to third parties for financial gain. Ex. E, Pl_000600; Ex. I, Pl_000609.

16. At least as early as August 6, 2020, Mr. Blair listed the disputed domain for sale for a price of $1,129,298.00. Ex. J.

17. At least as early as December 23, 2020, Mr. Blair listed the disputed domain for sale for a price of $1.5 million. Ex. K, Pl_000589.

18. At least as early as January 27, 2021, Mr. Blair listed the disputed domain for sale for a price of $3.3 million. Ex. L, Pl_000590.

19. At least as early as September 23, 2021, Mr. Blair listed the disputed domain for sale for a price of $12 million. Ex. M.

20. At least as early as August 11, 2022, Mr. Blair listed the disputed domain for sale for a price of €50 million. Ex. N.

21. At least as early as September 7, 2023, Mr. Blair listed the disputed domain for sale for a price of $75 million. Ex. O.

22. The disputed domain is currently listed for sale for $75 million. Ex. P.

23. Mr. Blair has received offers from others seeking to buy <lambo.com>. Ex. Q, Pl_000571; Ex. R, Pl_000583.

24. In an email dated January 6, 2021 in response to an opening offer of $100,000, Mr. Blair notes that the "reserve" price for <lambo.com> is $888,888. Ex. S, Pl_000595.

25. In email correspondence from September 20, 2021, Mr. Blair tells a prospective buyer that the "asking price for Lambo.com is USD $12m." Ex. E, Pl_000600.

26. On April 17, 2023, in responding to an offer to buy the domain for $50,000,000, Mr. Blair tells the prospective buyer that he "would be agreeable to a near all cash offer if ready to close." Ex. I, Pl_000609 at 2.

27. The LAMBORGHINI mark is distinctive and famous. Ex. A, Lamborghini_0000002

28. The term "lambo" is confusingly similar to the LAMBORGHINI mark. *See* Ex. T, April 9, 2024 Status Conference Transcript 18:2-7 (conceding that "lambo" "is a term that is commonly associated with the Lamborghini car; and so from the context of an ACPA claim, I tend to agree with Mr. Nowak that it is likely that the confusing similarity threshold would be met.").

| | | |
|---|---|---|
| 1 | Dated: May 2, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Nicholas J. Nowak* |
| | | Nicholas J. Nowak (*pro hac vice*) |
| 4 | | Lauren A. Watt (*pro hac vice*) |
| 5 | | STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. |
| | | 1101 K St. NW, 10th Floor |
| 6 | | Washington, D.C. 20005 |
| 7 | | Telephone: (202) 371-2600 |
| | | Facsimile: (202) 371-2540 |
| 8 | | nnowak@sternekessler.com |
| | | lwatt@sternekessler.com |
| 9 | | |
| 10 | | *Attorneys for Defendant Automobili Lamborghini S.p.A.* |

**CERTIFICATE OF SERVICE**

This is to certify that on May 2, 2024, a true and correct copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record. It was also served by electronic mail on the following counsel of record:

Brett E. Lewis
LEWIS & LIN LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326
brett@iLawco.com

*Attorney for Plaintiff Richard Blair*

Dated: May 2, 2024

By: /s/ *Nicholas J. Nowak*
Nicholas J. Nowak (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
nnowak@sternekessler.com

*Attorney for Defendant Automobili Lamborghini S.p.A.*