# Exhibit C

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**   Reg. No. 1,622,382
Registered Nov. 13, 1990

## TRADEMARK
PRINCIPAL REGISTER

## LAMBORGHINI

AUTOMOBILI LAMBORGHINI SPA (ITALY CORPORATION)
BOLOGNA, ITALY

FOR: AUTOMOBILES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CL. 19).
FIRST USE 10-0-1963; IN COMMERCE 1-0-1965.

OWNER OF U.S. REG. NOS. 1,375,514, 1,428,933 AND OTHERS.

SEC. 2(F).

SER. NO. 74-019,105, FILED 1-16-1990.

R. G. COLE, EXAMINING ATTORNEY