# Exhibit D

Brett E. Lewis (*pro hac vice*)
Shuyu Wang (*pro hac vice*)
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cv-01439-ROS<br><br>**PLAINTIFF RICHARD BLAIR'S RESPONSES TO DEFENDANT AUTOMOBILI LAMBORGHINI S.P.A.'S FIRST SET OF REQUESTS FOR INTERROGATORIES** |

　　　　Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the District of Arizona, Plaintiff Richard Blair ("Plaintiff" or "Blair"), by and through the undersigned counsel, hereby responds and objects to the First Set of Interrogatories of Defendant Automobili Lamborghini S.p.A. ("Defendant" or "Lamborghini").

## GENERAL OBJECTIONS

　　　　Specific responses and objections to each interrogatory are made on an individual basis below. In addition to such specific objections, Plaintiff makes the following

General Objections that may be incorporated into each specific response, whether or not they are set forth specifically below.

1. Plaintiff objects to the interrogatories as unduly burdensome and/or overly broad to the extent they purport to impose burdens, requirements or obligations that exceed or differ from those permitted by, *inter alia*, any applicable Federal Rules of Civil Procedure, Local Civil Rules of the United States District Court for the District of Arizona, and/or the Civil Case Discovery Plan and Scheduling Order (the "Scheduling Order," Dkt. # 38), as that Scheduling Order may be amended in the course of this action.

2. Plaintiff objects to the interrogatories to the extent that they seek information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privileges and protections. Such information will not be provided, and any inadvertent disclosure of such information shall not constitute a waiver of any privilege, right, and/or ground for objecting to providing such information and shall not waive Plaintiff's right to object to the use of such information or the right to claw back such information.

3. Plaintiff objects to the interrogatories as unduly burdensome and overly broad to the extent that they call for the production of information that is not in the possession, custody or control of Plaintiff.

4. Plaintiff objects to the interrogatories as premature and unduly burdensome to the extent they seek information that is properly the subject of expert discovery and/or damages discovery. Plaintiff will supplement responses to document requests as needed in accordance with the applicable deadlines, including those in the Scheduling Order, as it may be amended.

5. Plaintiff objects to the interrogatories to the extent that they call for the disclosure of private, proprietary or other confidential information. Plaintiff will only provide such information subject to and in reliance upon the parties ultimately agreeing upon an appropriate confidentiality order that is so ordered by the Court.

6. Plaintiff objects to the interrogatories as overly broad and/or unduly

2

burdensome to the extent that they call for information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

7. Plaintiff objects to the interrogatories to the extent that they require Plaintiff to draw legal conclusions regarding any issue in this Action. Any response shall not be construed as providing a legal conclusion regarding the meaning or application of any terms or phrases used in these interrogatories.

8. Plaintiff's responses to each interrogatory are based on a reasonable investigation to date. Plaintiff reserves the right to supplement, amend, modify, or correct the responses, if necessary and in accordance with the Scheduling Order and/or any applicable Court order or agreement among the parties. Any objection or response by Plaintiff does not constitute a representation or admission that such information does in fact exist or is known or available to Plaintiff. Moreover, no response shall be construed as an admission by Plaintiff regarding the admissibility of any characterization contained in these interrogatories. Any response to these interrogatories is not a concession that the subject matter of the particular interrogatory is discoverable, relevant to this action, or admissible as evidence in any way.

## SPECIFIC RESPONSES AND OBJECTIONS

**INTERROGATORY NO. 1:**

Identify all domain names You have purchased, registered, acquired, invested in, sold, built or developed.

**RESPONSE TO INTERROGATORY NO. 1:**

See Attachment 1.

**INTERROGATORY NO. 2:**

For any domain names either purchased by You or sold or otherwise transferred by You to someone else, identify the dates of any such purchases or sales, the individuals or entities from whom or to whom any such purchases, sales or transfers were made, and the purchase price and/or sales price.

**RESPONSE TO INTERROGATORY NO. 2:**

See Attachment 1.

**INTERROGATORY NO. 3:**

Identify any trademark rights You have in the word LAMBO.

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiff claims no trademark rights in the word LAMBO.

**INTERROGATORY NO. 4:**

Identify the exact date You purchased the Domain Name, including the full name and address of the individual You purchased the Domain Name from, the price You paid for the Domain Name and identify all documents and things related to the purchase of the Domain Name by You.

**RESPONSE TO INTERROGATORY NO. 4:**

Plaintiff purchased the Domain Name on February 16, 2018 from John Lambeth, 15 Northampton Close, CM7 9FG Braintree, United Kingdom for $10,000 U.S. Dollars. Documents and things related to the purchase of the Domain Name by Plaintiff were produced in response to Document Request No. 1, Bates Nos. Pl_000001-Pl_000008.

**INTERROGATORY NO. 5:**

Identify the exact date that You allegedly started going by the nickname Lambo and identify any and all documents that support Your assertion that "Plaintiff Richard Blair is a domain name investor who uses the nickname 'Lambo'".

**RESPONSE TO INTERROGATORY NO. 5:**

Plaintiff objects to this Interrogatory to the extent that it is duplicative of Defendant's Request for Documents No. 7, and/or it would require Plaintiff to summarize his own documents for Defendant.

Subject to the foregoing Specific and General objections, Plaintiff started using the nickname "Lambo" at least as early as October 8, 2019, and started using the nickname "Lambo" in association with domain name investment at least as early as December 8, 2019. Plaintiff has made thousands of posts under the "Lambo" moniker since its adoption, many of these in connection with domain names. Plaintiff further refers for his response to Documents and things produced in response to Document Request No. 7, Bates Nos. Pl_000086-Pl_000550, Pl_000638-Pl_000650.

**INTERROGATORY NO. 6:**

Identify every date on which You listed or otherwise offered the Domain Name for sale, including the prices for which the Domain Name was listed or offered for sale, any offers made by others to buy the Domain Name including the person or entity who made the offer, the price offered, the date the offer was made, any counteroffers that were made by You and the amount of those counteroffers, and the dates of any counteroffers.

**RESPONSE TO INTERROGATORY NO. 6:**

Plaintiff objects to this Interrogatory as unduly burdensome. Plaintiff further objects to this Interrogatory to the extent that it is duplicative of Defendant's Request for Documents No. 8, and/or it would require Plaintiff to summarize his own documents for Defendant.

Subject to the foregoing Specific and General objections, Plaintiff refers for his response to the Documents produced by Plaintiff in response to Document Request No. 8, Bates Nos. Pl_000551-Pl_000637.

**INTERROGATORY NO. 7:**

Identify the date and substance of every change You have made to the domain page <lambo.com> from the date You acquired the Domain Name up until the present.

**RESPONSE TO INTERROGATORY NO. 7:**

Plaintiff objects to this Interrogatory as unduly burdensome. Plaintiff further objects to this Interrogatory to the extent that it is duplicative of Defendant's Request for Documents No. 3, and/or it would require Plaintiff to summarize his own documents for Defendant.

Subject to the foregoing Specific and General objections, Plaintiff refers for his response to the Documents produced in response to Document Request No. 3, Bates Nos. Pl_000009-Pl_000085.

**INTERROGATORY NO. 8:**

Identify all prior usernames on all Your social media platforms on which You are allegedly known as "Lambo" and provide the dates You changed Your username on those social media platforms to include the word "Lambo."

**RESPONSE TO INTERROGATORY NO. 8:**

Plaintiff objects to this Interrogatory to the extent that it is duplicative of Defendant's Interrogatory No. 5, and Defendant's Request for Documents No. 7, and/or it would require Plaintiff to summarize its own documents for Defendant.

Subject to the foregoing Specific and General objections, Plaintiff refers for his response to Plaintiff's response to Defendant's Interrogatory No. 5, and the Documents produced in response to Document Request No. 7, Bates Nos. Pl_000086-Pl_000550, Pl_000638-Pl_000650. Plaintiff further responds, below:

> Telegram username(s): @lambodotcom (Lambo < bss.org >) (start date between 2019 and 2020);

> Twitter username(s): @lambo_com (active), @lambodotcom (suspended) (start date between 2019 and 2020);

> WhatsApp username(s): Lambo (start date between 2019 and 2020);

> Namepros.com username(s): Lambo.com (start date: December 8, 2019); Richard Blair (start date: March 19, 2015);

> Lichess.org username(s): LAMBOdotcom (start date: October 8, 2019).

Dated: January 15, 2024

    Brooklyn, NY

By: <u>/s/Brett E. Lewis</u>
Brett E. Lewis, Esq. (*pro hac vice*)
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

7

# Attachment 1

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|---|---|---|---:|---|---|---|---|
| ceec.com | Developed | Active, soft launch imminent | | | | | |
| chinesecoins.com | Developed | Dormant, inactive | | | | | |
| coinex.com | Developed | Domain sold | | | | | |
| pandacoins.com | Developed | Dormant, inactive | | | | | |
| sociology.com | Developed | Domain sold | | | | | |
| 1017.com | Purchase | | 9800 | USD | James Ayala | | 11-22-17 |
| 06498.com | Purchase | | 450 | USD | Phil Viger | | 12-2-15 |
| 09115.com | Purchase | | 349 | USD | Oleg Pavlov | | 2-25-16 |
| 11215.com | Purchase | | 2000 | USD | Alvin Townsend | | 4-20-18 |
| 30188.com | Purchase | | 600 | USD | Andrew Armer | | 8-27-17 |
| 88287.com | Purchase | | 3362 | USD | Udo Kibele | | 11-18-17 |
| aku.com | Purchase | | 13070 | USD | Alejandro Garcia | | 7-25-13 |
| algar.com | Purchase | | 250 | USD | Finance Department C/O Heart Internet Ltd Pete Osmond | | 2-8-16 |
| almi.com | Purchase | | 3475 | USD | BuyDomains.com Keith Murphy | | 9-5-18 |
| artville.com | Purchase | | 2000 | USD | CSC Spurr Jack | | 4-6-15 |
| asbestoslitigation.com | Purchase | | 1250 | USD | DMusic, LLC Tracy Feldman | | 1-17-13 |
| babywalker.com | Purchase | | 2165 | USD | John Middlemas | | 4-6-15 |
| blackthumbs.com | Purchase | | 200 | USD | John Babu | | 9-13-16 |
| buybuy.com | Purchase | | 2577 | USD | SnapNames web.com | | 7-21-18 |
| castleconstruction.com | Purchase | | 100 | USD | Lease Domains, Inc Anthos Chrysanthou | | 7-10-14 |
| ceec.com | Purchase | | 7117 | USD | DE GRUYTER OPEN | | 3-2-17 |
| cheek.com | Purchase | | 7500 | USD | CheekDotCom Software Joseph Cheek | | 1-28-16 |
| chinaflights.net | Purchase | | 218 | USD | Amy Updegrave | | 6-10-09 |
| chinagold.net | Purchase | | 303 | USD | Site HQ Hampton Howe | | 5-14-09 |
| chinese-coins.com | Purchase | | 120 | USD | Kelley Enterprises Edward Kelley | | 11-22-09 |
| chinesecoin.com | Purchase | | 900 | USD | Bart Croughs | | 5-22-10 |
| chinesecoins.com | Purchase | | 16000 | USD | Name Admin Inc. | | 7-11-11 |
| chinesecoins.net | Purchase | | 325 | USD | Kanchana Wattana | | 5-22-09 |
| cigarroller.com | Purchase | | 725 | USD | | | 10-6-14 |
| cleanser.com | Purchase | | 1277 | USD | New Venture Services | | 1-10-14 |
| coinex.com | Purchase | | 2017 | USD | NEPO INC David Nepo | | 8-6-19 |
| computercase.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| datafeed.com | Purchase | | 5000 | USD | Portofino Asset Management Murray Priestley | | 5-25-13 |
| dnas.com | Purchase | | 1999 | GBP | AC ONLINE | | 6-12-18 |

1

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|---|---|---|---|---|---|---|---|
| doir.com | Purchase | | 2500 | USD | Clutter Media LTD Saidul Chowdhury | | 2-8-17 |
| eese.com | Purchase | | 3600 | USD | | | 1-11-16 |
| ephonenumbers.com | Purchase | | 1177 | USD | Jaccind Corporation Rod Aries | | 8-3-13 |
| fdhc.com | Purchase | | 1600 | USD | | | |
| flyerdesign.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| flyertemplates.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| gax.com | Purchase | | 6606 | USD | Alex Kampa | | 6-23-11 |
| goldprice.us | Purchase | | 4750 | USD | Better Deals Dave Wright | | 1-19-12 |
| gymea.com | Purchase | | 175 | USD | Ronald Boulton | | 7-16-13 |
| hairgrowth.co.uk | Purchase | | 1287 | GBP | Andrew Bryant | | 2-15-13 |
| hairgrowth.com | Purchase | | 12000 | USD | Andrew Bryant | | 1-30-13 |
| hdax.com | Purchase | | 399 | USD | Domaincracy Leo Angelo | | 12-27-17 |
| helloyou.com | Purchase | | 250 | USD | Finance Department C/O Heart Internet Ltd Pete Osmond | | 5-5-16 |
| hfh.com | Purchase | | 39000 | USD | DNS Admin | | 2-6-16 |
| hjtf.com | Purchase | | 800 | USD | | | 2-7-16 |
| hmrf.com | Purchase | | 677 | USD | New Venture Services | | 7-18-17 |
| internetfilter.com | Purchase | | 1999 | USD | J.D. Koftinoff Software, Ltd. Jeffrey Koftinoff | | 8-9-15 |
| iojo.com | Purchase | | 1000 | USD | Techfield LTD Missipsa Benoukaci | | 2-21-15 |
| jin888.cn | Purchase | | 350 | USD | Hangzhou Chuanyehulian Kejiyouxiangongsi Yuandong Xu | | 7-13-09 |
| jtnw.com | Purchase | | 677 | USD | New Venture Services | | 5-25-18 |
| jybi.com | Purchase | | 750 | USD | steve@dyyo.com | | 1-11-16 |
| kton.com | Purchase | | 2000 | USD | AskMySite.com LLC | | 9-9-20 |
| lambo.com | Purchase | | 10000 | USD | John Lambeth | | 2-16-18 |
| londonshows.com | Purchase | | 2077 | USD | New Venture Services | | 2-28-14 |
| londontutors.com | Purchase | | 250 | USD | Mesh Digital Limited Matt Mansell | | 12-20-12 |
| lr2.com | Purchase | | 989 | USD | Anton Olsen | | 9-29-17 |
| lunarcoins.com | Purchase | | 1400 | USD | Cardigan River LLC Timothy Knight | | 5-2-14 |
| marketingstrategies.com | Purchase | | 2999 | USD | Dennis Ryan | | 2-14-15 |
| mdis.com | Purchase | | 750 | GBP | Tim Preston | | 2-22-15 |
| menstrousers.com | Purchase | | 280 | USD | Lease Domains, Inc Anthos Chrysanthou | | 8-8-14 |

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|---|---|---|---|---|---|---|---|
| mftt.com | Purchase | | 800 | USD | Lunabyte, Inc Randall Ache | | 11-7-17 |
| mgnh.com | Purchase | | 577 | USD | New Venture Services | | 1-13-16 |
| mkkm.com | Purchase | | 2000 | USD | Ken MacKenzie | | 2-6-16 |
| moccasin.com | Purchase | | 3077 | USD | New Venture Services | | 1-13-14 |
| muscleaches.com | Purchase | | 495 | USD | Jack Myers | | 1-10-13 |
| newsmedia.com | Purchase | | 5000 | USD | GSY / operations@celestra.net | | 8-19-14 |
| nvl.com, fzv.com | Purchase | | 40178 | USD | Walid El Khoury | | 12-7-15 |
| nvl.com | Purchase | | 7531 | USD | NVL Research Corp. Paul Rieger | | 2-20-15 |
| pictar.com | Purchase | | 297 | USD | Latona´s LLC Rick Latona | | 6-17-16 |
| ptzcamera.com | Purchase | | 123 | GBP | Heng Zhong | | 7-19-14 |
| qtds.com | Purchase | | 483 | USD | Ivan D'Souza | | 2-10-18 |
| rrxm.com | Purchase | | 1067 | USD | HUMAN BEATS EIRL Patricia Matta | | 4-5-17 |
| seoman.com | Purchase | | 999 | USD | Joe Safai | | 12-19-13 |
| severedepression.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| skincaretips.com | Purchase | | 4999 | USD | SecondEffort Jim Phillips | | 1-19-13 |
| soccerhighlights.com | Purchase | | 95 | USD | Austin Durban | | 2-12-18 |
| squarefoot | Purchase | | 4500 | USD | James Comerford | | 10-31-13 |
| stillwaters.com | Purchase | | 1099 | USD | Dotster, Inc. Darcy Enyeart | | 8-4-13 |
| sxrs.com | Purchase | | 877 | USD | New Venture Services | | 4-20-17 |
| tablefootball.com | Purchase | | 899 | EUR | John Middlemas | | 2-27-15 |
| tennesseecredit.com | Purchase | | 350 | USD | Nick Brates | | 12-9-13 |
| toygroup.com | Purchase | | 150 | USD | My Name Ltd Luigi Marruso | | 3-24-15 |
| ufosightings.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| umdnj.com | Purchase | | 349 | USD | Latona´s LLC Rick Latona | | 4-14-17 |
| weddinggarter.com | Purchase | | 777 | USD | New Venture Services | | 8-17-14 |
| womensdresses.com | Purchase | | 5077 | USD | New Venture Services | | 1-29-14 |
| wydc.com | Purchase | | 977 | USD | New Venture Services | | 5-11-17 |
| xrnd.com | Purchase | | 449 | USD | Tensyr Niall Dalton | | 2-25-18 |
| 321.cc | Sale | | 800 | USD | | | |
| 1017.com | Sale | | 34000 | USD | | domainnamesales.com | 6-15-18 |
| 06498.com | Sale | | 700 | USD | | Divan Sharma | 1-24-16 |
| 09115.com | Sale | | 649 | USD | | | 3-31-16 |

3

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|---|---|---|---|---|---|---|---|
| 30188.com, hmrf.com, sxrs.com, u-o.com, goingon.com, rrxm.com | Sale | | 14263 | USD | | Namejet Auction | 10-30-17 |
| aku.com | Sale | | 18000 | USD | | | 3-5-14 |
| almi.com | Sale | | 117500 | USD | | Domain Agents | 8-13-20 |
| asz.com | Sale | | 18888 | USD | | DC Business Consultants LTD | 8-7-23 |
| buybuy.com | Sale | | 95000 | USD | | Domain Agents | 8-17-20 |
| castleconstruction.com | Sale | | 2574 | USD | | Shazad Berenjian | 4-13-16 |
| cleanser.com, fdhc.com, hjtf.com, severedepression.com, ufosightings.com, tablefootball.com, womensdresses.com | Sale | | 12033 | USD | | Namejet Auction | 3-30-17 |
| coinex.com | Sale | | 64.2005 | BTC | | ViaBTC | 10-24-17 |
| fzv.com | Sale | | 23500 | EUR | | | 3-3-16 |
| gax.com | Sale | | 45000 | USD | | DomainBooth FZE LLC | 12-21-22 |
| hairgrowth.com | Sale | | 12750 | USD | | | 8-18-15 |
| hdax.com | Sale | | 25500 | USD | | | 2-18-18 |
| helloyou.com | Sale | | 29740 | USD | | Michael Poignant | 9-15-16 |
| hfh.com | Sale | | 41247 | USD | | | 12-31-16 |
| iojo.com | Sale | | 979 | USD | | Namejet Auction | 12-15-15 |
| kfx.com | Sale | | 9500 | USD | | | 2-26-14 |
| mdis.com | Sale | | 6000 | USD | | | 3-28-15 |
| menstrousers.com | Sale | | 511 | USD | | Namejet Auction | 12-15-15 |
| mkkm.com, mgnh.com | Sale | | 4355 | USD | | Namejet Auction | 4-14-16 |
| moccasin | Sale | | 14000 | USD | | | 11-23-15 |
| muscleaches.com | Sale | | 130 | USD | | Namejet Auction | |
| nkgd.com | Sale | | 900 | USD | | Yang Yicheng | 2-22-18 |
| nvl.com | Sale | | 25000 | USD | | Namejet Auction | 12-31-16 |
| sociology.com | Sale | | 50000 | USD | | Walid Khoury | 8-2-14 |
| squarefoot.com | Sale | | 50600 | USD | | Nik Papic | 9-7-16 |
| wydc.com | Sale | | 1700 | USD | | Shane Cultra | 5-17-17 |
| xrnd.com | Sale | | 1050 | USD | | Yang Yicheng | 3-5-19 |

4

## **VERIFICATION OF INTERROGATORY ANSWERS**

I, Richard Blair, verify under oath that I have read the foregoing Responses to Defendant's First Set of Interrogatories and the facts stated therein are true and correct.

Executed on January 15, 2024
London, United Kingdom

                                            _____
                                            Richard Blair (Jan 15, 2024 22:29 GMT)
                                            Richard Blair

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2024, a true and correct copy of the foregoing Plaintiff's Responses to Defendant's First Set of Interrogatories was served via electronic mail pursuant to Fed. R. Civ. P. 5 upon:

>Lauren A. Watt
>**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
>1101 K St., 10th Fl.
>Washington, DC 20005
>202-771-2600
>Email: lwatt@sternekessler.com
>
>Nicholas J Nowak
>**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
>1101 K St., 10th Fl.
>Washington, DC 20005
>202-771-2600
>Email: nnowak@sternekessler.com

Dated: January 15, 2024
   Brooklyn, New York

By:   */s/Shuyu Wang*
Shuyu Wang (*pro hac vice*)
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*