# Exhibit E

PI_000594

**DOCUMENT PRODUCED NATIVELY**

PI_000594

| | |
|---|---|
| **From:** | Rob Monster <rob@epik.com> |
| **Sent:** | Tuesday, January 5, 2021 6:38 PM |
| **To:** | r.blair@gax.com |
| **Cc:** | Robert Davis |
| **Subject:** | Re: Interested in the domain: lambo.com |

Hi Richard,

Happy New Year!

Nice opening offer here. What is the reserve?

Regards,
Rob



**Rob Monster | Founder and CEO**

**Epik Holdings Inc.**
Telegram: robmonster | Website:http://www.epik.com/
Mobile: 1.425-765-0077 | WeChat: robmonster
Skype: robertmonster | Twitter: robmonster

On January 5, 2021 at 3:20:38 PM, Epik Registrar (support@epik.com) wrote:

Solutions for Digital Empowerment

Legendary Customer Support:
Tel: (888) 894-9026 | (425) 366-8810
Email: support@epik.com

To ensure delivery to your inbox, please add newsletter@epik.com to your address book.

1

 Solutions for Digital Empowerment

Epik.com | Terms of Use | Privacy Policy | Contact Us

Epik LLC, PO Box 742, Bellevue, WA 98009, USA

### Interested in the domain: lambo.com

Dear Richard,

A new offer has been made for your domain name: **lambo.com**

### Amount Offered For Sale: $100000.00

**Respond to Offer**

### Buyer Information:

Name: daniel

Email: danielpreformante@gmail.com

Phone: 910-736-7263

IP: 73.152.96.216

Comments: why is it so expensive 100k take it or leave it

To view your offer details **Click Here**

Sincerely,

Epik.com

Email: support@epik.com

Tel: 425-366-8810