# Exhibit F

PI_000598

**DOCUMENT PRODUCED NATIVELY**

PI_000598

| | |
|---|---|
| **From:** | Richard Blair <rb@ceec.com> |
| **Sent:** | Monday, April 17, 2023 5:05 AM |
| **To:** | rudy@rudybekker.com |
| **Subject:** | Lambo.com |
| **Attachments:** | publickey - EmailAddress(s=rb@ceec.com) - 0xACE46E04.asc |

Hello,
I am responding to your inquiry. Price as shown, if you are interested you can use the buy now button and checkout via escrow.com. If you have any questions let me know.

Regards,
Richard


Sent from Proton Mail mobile