# Exhibit G

PI_000600

**DOCUMENT PRODUCED NATIVELY**

PI_000600

| | |
|---|---|
| **From:** | r.blair@gax.com |
| **Sent:** | Thursday, September 30, 2021 12:04 PM |
| **To:** | sidzgandhi@gmail.com |
| **Subject:** | Re: lambo.com |
| **Attachments:** | publickey - EmailAddress(s=r.blair@gax.com) - 0x86811FBC.asc |

Hello, asking price for Lambo.com is USD $12m.

Richard

Sent from ProtonMail mobile

-------- Original Message --------
On Sep 30, 2021, 3:09 AM, Siddharth Gandhi < sidzgandhi@gmail.com> wrote:

>
> Hi,
>
> Would you be interested in selling lambo.com domain, if so what would be the price?
>
> Regards,
> Siddharth

1