# Exhibit G

Page 1
https://web.archive.org/web/20220723024014/http://www.lambo.com/



INTERNET ARCHIVE
**WayBackMachine**

Loading...

http://www.lambo.com/ |
02:40:14 July 23, 2022

Got an HTTP 302 response at crawl time

Redirecting to...

https://namepros.com/threads/iam-lambo.1272956/#N
EWSMEDIA.COM-BREAKING-NEWS:RDNH-THEFT-ATTEMPT-BY-
Automobili-Lamborghini

Impatient?



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

May 01, 2024: 10:10:02