# Exhibit H

Sort by date Sort by points

‹ Prev Page 1 2 3 ... 7 › Next

**branding**
Who's afraid of red, white and blue?
VIP
Impact: 7,548

Later today at 10:14 PM #2

Good luck! Following.

5 | 2 Like | 2 Thanks

**TangoTango**
Established Member
Impact: 42

Later today at 10:41 PM #3

I will be following this, as well. Could you tell us if they approached you with an offer? Maybe a threat? Did you contact them? I'm not sure that putting it on DAN for 25 Mil is going to be looked upon favorably. I would've put a picture of Josh Lambo (the NFL kicker) with a contact email and left it at that. Similar to what Adam Dicker did with Rams.com.

In the US, the trademark "Lambo" by Lamborghini, Spa, lapsed in 2017. However, the trademark is active in Europe under their clothing brand, but the domain name was registered long before that.

This could get spicy.

Edit: There are numerous businesses with "Lambo" in their name that are not related to the automaker. Your name should be safe.

Last edited: Later today at 10:59 PM

0 | Like | 4 Thanks

**Silentptnr**
Domains88.com
VIP
Impact: 46,597

Later today at 11:03 PM #4

Best of luck with this Lambo!

9 | 2 Like | 2 Thanks

**The Durfer**
Wesley Sweatman
VIP
Impact: 15,979

Later today at 11:16 PM #5

youre fine youre not advertising anything but a name used for so many different things. Good luck.

3 | 1 Like | 2 Thanks

**Name Trader**
formerly @stub
PRO
VIP
**********
Impact: 11,156

Later today at 11:44 PM #6

I agree with @The Durfer. You should be ok. But you need a good lawyer. Who doesn't make mistakes.

6 | 2 Like | 3 Thanks

**AEProgram**
Top Contributor
VIP
Blue Account
Impact: 5,600

Later today at 12:00 AM #7

Never stop fighting. Nissan tried doing that and they lost
https://en.wikipedia.org/wiki/Nissan_Motors_v._Nissan_Computer

7 | 1 Like | 3 Thanks

**The Durfer**

Later today at 12:06 AM #8

except one thing, should be 15m not 25m thats all. good luck.

4 | 1 Like | 2 Thanks | 1 Disagree

being marketed by a business out in the open

### Polls of interest

- When renewing, what do you usually consider?
  22 Replies · 52 Voters
- What advertising posts work best on Social Media?
  10 Replies · 12 Voters
- How frequently do you sell domain names?
  36 Replies · 88 Voters

### Popular this week

- .XYZ
  60 Replies · -2 Point
- Sedo New gTLD domain auction gets underway
  31 Replies · 8 Points
- You're Underselling Your Domain names
  25 Replies · 16 Points
- Binance.ca
  24 Replies · 4 Points
- Pivotalventures.com - SOLD For $99,995 USD
  19 Replies · 7 Points

### Community favorite

- The First Six Months Of 2022: A Look At Domain Name Sales Data
  By Bob Hawkes · 77 Points

### Popular this month

- GoDaddy to acquire domain sales platform dan.com!
  347 Replies · 20 Points
- THE CONS OF .COM
  219 Replies · -40 Points
- Hi, I'm Twiki answering your questions today here on NP. AMA
  153 Replies · 57 Points
- Afternic BIN Lander Bug
  96 Replies · 36 Points
- Received meta TM issue . Advice needed
  68 Replies · 1 Point

NEW: FREE BACKORDERS
DAILY DROP LISTS
PREMIUM AUCTIONS
Register.TO

### Blog favorites

- A Universe Of Possibilities: Astronomical Terms As Brand Names – Part 1
  By Bob Hawkes · 31 Comments
- Astronomical Names – Part 2: Star And Constellation Names, Space Sectors
  By Bob Hawkes · 10 Comments

Wesley Sweatman
VIP
Impact: 15,979

Top Topics: I Sold This .TV Domain for $17,500; I Closed 2 Sales Today Like This...
By James Iles · 2 Comments

Name Trader
formerly @stub
PRO
VIP
Impact: 11,156

Later today at 12:24 AM #9

When I first saw your name my first thought was "Lambo" the nickname for Lambretta Scooters not Laborghino Cars. I'm sure there are many other uses. Such as personal nicknames. Nice name 🙂

Last edited: Later today at 12:25 AM

6 | 2 Like | 3 Thanks

lambo.com
445.com
VIP
Impact: 5,086

Later today at 7:37 PM #10

Re: (PK) D2022-1570 <lambo.com> Notice of Registrant Information

From [redacted]

To

CC BCC

Subject Re: (PK) D2022-1570 <lambo.com> Notice of Registrant Information

Arial 14px

Hello!

I received your notice of the pending Reverse Domain Name Hijacking attempt by "**Automobili Lamborghini S.p.A.**" represented by HK2.eu

My team and I look forward to defeating your egregious and hostile theft attempt of my asset on the assumption you and your client wish to proceed. The Hall of Shame and potential counter suits may ensue.

**Lambo**
Chairman of Newsmedia.com

...

14 | 3 Like | 5 Thanks

bmugford
www.DataCube.com
PRO
VIP
ICA Member
Impact: 33,109

Later today at 8:03 PM #11

You would really have to go out of your way to make this an infringement issue.

Outside of just being a good memorable term, there are actually people with the name - https://en.wikipedia.org/wiki/Josh_Lambo

LinkedIn shows 1400+ people with the last name alone.

Absent any clear bad faith, this is a RDNH attempt at face value.

Brad

11 | 2 Like | 5 Thanks

bmugford
www.DataCube.com
PRO
VIP
ICA Member
Impact: 33,109

Later today at 8:11 PM #12

This is like Nissan 2.0.

If they were smart they would just withdraw the UDRP and make a substantial offer if interested.
Nissan came out of that looking like real assholes, and they still don't own the domain.

Brad

Last edited: Later today at 8:11 PM

13 | 4 Like | 2 Thanks | 3 Agree

HotKey
Made in Canada
VIP

Later today at 1:39 AM #13

💪 **damn right**

3 | Like | 1 Thanks

Impact: 9,855

**Joe123**
Established Member
Impact: 322

Later today at 2:01 AM #14

> bmugford said:
>
> This is like Nissan 2.0.
>
> If they were smart they would just withdraw the UDRP and **make a substantial offer** if interested.
> Nissan came out of that looking like real assholes, and they still don't own the domain.
>
> Brad

Perhaps the equivalent of a new Countach @lambo.com?

1 Like 1 Thanks

**jhm**
Top Contributor
VIP
Impact: 9,043

Later today at 11:37 AM #15

> bmugford said:
>
> This is like Nissan 2.0.
>
> If they were smart they would just withdraw the UDRP and make a substantial offer if interested.
> Nissan came out of that looking like real assholes, and they still don't own the domain.
>
> Brad

A company like Lamborghini could easily make a substantial offer if they wanted to, you're right. For some reason, they'd rather flex their muscles

4 Like 2 Thanks

**OwnedWords**
Established Member
Impact: 51

Later today at 2:28 PM #16

How do you justify your price if not related to the well known sport car brand?
How would you defend not just being a domain squatter if you've done nothing with the domain?

-8 Like 1 Thanks 1 Agree 3 Disagree

**noneisnone**
444
VIP
Gold Account
Impact: 2,420

Later today at 2:31 PM #17

> OwnedWords said:
>
> How do you justify your price if not related to the well known sport car brand?
> How would you defend not just being a domain squatter if you've done nothing with the domain?

not how things work in the real world innocent until proven guilty ^^

1 Like 1 Thanks

**Millionaire**
Top Contributor
VIP
Impact: 1,688

Later today at 2:48 PM #18

I'm so excited for this. Feel like the right person is found who can teach these m*fkers a good lesson who resort to these cheap & dirty ways to steal a domain. Good luck my man!

3 1 Like 1 Thanks

**Joe N**
Top Member
PRO
VIP
Impact: 7,804

Later today at 6:15 PM #19

> OwnedWords said:
>
> How do you justify your price if not related to the well known sport car brand?
> How would you defend not just being a domain squatter if you've done nothing with the domain?

Asking prices don't require justification.

Squatting requires more than simply owning an undeveloped domain name. Otherwise there would be thousands of companies, sitting on unused domain names right now, who would be in huge trouble just for preparing for potential future projects.

Last edited: Later today at 6:15 PM

13 3 Like 3 Thanks 2 Agree

**AEProgram**
Top Contributor
VIP
Blue Account
Impact: 5,600

Later today at 7:15 PM #20

> OwnedWords said:
>
> How do you justify your price if not related to the well known sport car brand?
> How would you defend not just being a domain squatter if you've done nothing with the domain?

If I plan on developing a name I will set a high price. There are names I own that the only reason the price is high is because I might want to develop it but will sell it if someone pays that price.

7 2 Like 2 Thanks 3 Agree

**Intop**
Established Member

Later today at 10:45 PM #21

all the luck in the world !!

I hope you will defend it as it deserves and hire the best lawyers.
In premium domains ESQwire are well known.

Impact: 115

If Lambo Motors contact to offer you something... tell them you don't want money.
Be a kind and offer them a simple change. The domain for a single car: Veneno Roadster. 😎

2 | 1 Like | 1 Thanks

---

King
Investor & Creator
VIP
Gold Account
Impact: 2,795

Later today at 11:50 PM #22

I saw this coming when I saw your domain.

0 | Like | 1 Thanks

---

megabytee
Established Member
Impact: 29

Later today at 1:04 AM #23

Good luck !!

2 | Like | 2 Thanks

---

AEProgram
Top Contributor
VIP
Blue Account
Impact: 5,600

Later today at 3:02 AM #24

> Intop said:
>
> all the luck in the world !!
>
> I hope you will defend it as it deserves and hire the best lawyers.
> In premium domains ESQwire are well known.
>
> If Lambo Motors contact to offer you something... tell them you don't want money.
>
> Click to expand...

And free gas for 5 years. Actually if they got the site than released the detail that they paid with one of their cars, the publicity will be worth 100 million.

1 | Like | 1 Thanks

---

bmugford
www.DataCube.com
PRO
VIP
ICA Member
**********
Impact: 33,109

Later today at 5:16 AM #25

> OwnedWords said:
>
> How do you justify your price if not related to the well known sport car brand?
> How would you defend not just being a domain squatter if you've done nothing with the domain?

Here is the thing - you either have the right to own a domain or do not. If you do, you can ask any price you want as it is your rightful property.

Just asking a high price, absent anything else, is not bad faith.

Brad

Last edited: Later today at 5:20 AM

16 | 6 Like | 4 Thanks | 4 Agree

---

‹ Prev Page 1 2 3 ... 7 › Next

Log in or sign up to reply here.

## Similar threads

| | | |
|---|---|---|
| discuss What I learned from my WIPO case<br>spietreser · Later today at 10:43 AM · Domain Buying and Selling Discussion | Replies: 0<br>Views: 576 | Later today at 10:43 AM<br>spietreser |

Share:

Forums › Discussion › General Domain Discussion ›

NamePros Light 2:46 AM Etc/UTC Contact us Status Advertise Do Not Sell My Personal Information Terms Privacy policy Help
Domaining
Copyright © 2003-2022 NamePros









