# Exhibit I

PI_000609

**DOCUMENT PRODUCED NATIVELY**

PI_000609

**From:** Rudy Bekker <rudy@rudybekker.com>
**Sent:** Monday, April 17, 2023 8:05 AM
**To:** Richard Blair
**Subject:** Re: Lambo.com

What's your best price?

I am super interested

On Mon 17. Apr 2023 at 14:00, Richard Blair <rb@ceec.com> wrote:

> I understand. Thanks anyway for your interest and best wishes.
>
> Sent from Proton Mail mobile
>
> -------- Original Message --------
> On Apr 17, 2023, 12:57 PM, Rudy Bekker < rudy@rudybekker.com> wrote:
>
>> Sure thing!
>>
>> This is a personal acquisition for my portfolio
>>
>> https://www.linkedin.com/in/rudybekker
>>
>> I am a software entrepreneur and investor
>>
>> What sort of price are you looking for?
>>
>> I am liquid but 50m is super crazy haha

1

Rudy

On Mon 17. Apr 2023 at 13:33, Richard Blair <rb@ceec.com> wrote:

> Tell me about the nature of your inquiry, is this a domain name you seek for personal acquisition or do you represent a third party?
>
> Regarding price, I would be agreeable to a near all cash offer if ready to close.
>
> Sent from Proton Mail mobile
>
> -------- Original Message --------
> On Apr 17, 2023, 12:21 PM, Rudy Bekker < rudy@rudybekker.com> wrote:
>
>> Are you negotiable at all?
>>
>> On Mon, Apr 17, 2023 at 1:08 PM Richard Blair <rb@ceec.com> wrote:
>>
>>> my domain
>>>
>>> Sent from Proton Mail mobile
>>>
>>> -------- Original Message --------
>>> On Apr 17, 2023, 10:32 AM, Rudy Bekker < rudy@rudybekker.com> wrote:
>>>
>>>> Is this your domain or are you a broker?
>>>>
>>>> On Mon 17. Apr 2023 at 11:05, Richard Blair <rb@ceec.com> wrote:
>>>>
>>>>> Hello,
>>>>> I am responding to your inquiry. Price as shown, if you are interested you can use the buy now button and checkout via escrow.com. If you have any questions let me know.

2

Regards,
Richard

Sent from Proton Mail mobile