# Exhibit J

**Page 1**
**https://web.archive.org/web/20200806165727/https://lambo.com/**

INTERNET ARCHIVE WaybackMachine https://lambo.com/ Go MAY AUG OCT 06 2019 2020 2021
282 captures
3 Dec 1998 - 30 Apr 2024
About this capture

The domain name
## lambo.com
is for sale!

Meet the owner and domain expert of this domain

Domain Seller
PS **Private seller**
LAST ONLINE: ABOUT 2 HOURS AGO
2 domains sold
Responds within about 2 hours

DAN.COM Domain Expert
**Laszlo**
AT YOUR SERVICE
"I have successfully assisted over 10,000 buyers"

**Buy domain**

| | |
|---|---|
| lambo.com | €999,995<br>$1,129,298 |
| Total | €999,995 |

Buy now

Or make an offer on this domain

Covered by our Buyer Protection Program
Learn more

Get this domain in less than 24 hours
Learn more

Safe payments by our payment processor Adyen
Learn more

**Traffic stats**
Visits per day

**Why is traffic important for your domain?**

People are typing this domain directly in their browser bar. These are potential customers for your business! You can capture them instantly the momen...
Read more

Copyright © 2013 - 2020 Dan.com an Undeveloped BV subsidiary. All Rights Reserved.

English

