# Exhibit K

PI_000589

**DOCUMENT PRODUCED NATIVELY**

PI_000589

| | |
|---|---|
| **From:** | Epik Registrar <support@epik.com> |
| **Sent:** | Wednesday, December 23, 2020 3:45 PM |
| **To:** | r.blair@gax.com |
| **Subject:** | Confirmation for Epik Marketplace listing of lambo.com |

Epik.com   |   Domains   |   Products   |   Services   |   Marketplace     Legendary Customer Support: +1.425-366-8810

# epik.

# Building Domains. Building Markets.

Dear Richard,

Your marketplace listing for lambo.com is now confirmed. The settings for the listing are as follows:

Selling Price: $1,500,000.00

Financing Price: Not Applicable

Offers allowed: YES

Persons who are interested in your domain can now see your domain listing here:
LAMBO.COM

Inquiries about your domain will be routed directly to your email for review. Upon a successful transaction, funds will be immediately deposited into your Masterbucks account.

Masterbucks are transferable and never expire. You can also withdraw MasterBucks as cash, though processing fees may apply.

To maximize visibility of your new Marketplace listing, here are some ways that you can promote your marketplace listing to prospective buyers

## Share Your Marketplace Listing Link

## https://www.epik.com/buy/LAMBO.COM

Sincerely,
Marketplace Operations
Epik.com

Email: support@epik.com
Tel: +1.425-366-8810



Epik LLC
PO Box 742
Bellevue, WA 98009, USA

Email: info@epik.com
Website: www.epik.com
Tel: +1.425-366-8810

**Domains:** Search for a Domain    Registration    Transfers    Backorders    Auctions    WHOIS

**Products:** epik | eCommerce    epik | Directory    epik | Lead Gen    epik | Recipe    epik | Video    epik | Hosting

**Services:** Web site design    Custom Development    Monetization    SEO    Content Creation    Payment Processing

To ensure delivery to your inbox, please add newsletter@epik.com to your address book. Don't want this?