# Exhibit M

Page 1
https://web.archive.org/web/20210923185305/https://lambo.com/





# Lambo.com

## Buy This Domain For
$12,000,000
Buy Now

## Contact Domain Owner
For more information about this domain

Contact Owner More Details

## Why purchase this domain with Epik?

### Secure & Instant Domain Delivery
The domain you are buying is delivered upon purchase.

### Buyer Protection Program
Buy with confidence. Your purchase is secured by Epik.

### All-inclusive.
### No-nonsense
Free WHOIS privacy, free forwarding, 24/7 Support are all standard.

## We accept

 

Share it

- Facebook
- Twitter
- LinkedIn

Currency: [USD] Language: [English]

Epik ® is a registered trademark of Epik Inc. Copyright © 2021 by Epik Inc. All rights reserved.
Whois Privacy services provided by Anonymize.com