# Exhibit N









INTERNET ARCHIVE WaybackMachine https://lambo.com/ Go JUN AUG OCT
282 captures
3 Dec 1998 - 30 Apr 2024
11
2021 2022 2023
About this capture

# **Lambo.com** is for sale

## Lambo.com

DS

- Last online: ± 10 hours ago
- 112 domains on offer
- 2 domains sold
- Responds within 1 hour

### Get this domain

Pay the full €50,000,000 now, or select Lease to Own

- **Buy now** €50,000,000
- **Lease to own** €1,083,334 /month

**Next →**

- Free Ownership transfer
- Free Transaction support
- Secure payments

VISA PayPal

### We've got your back

**Buyer Protection Program**

When you buy a domain name at Dan.com, you're automatically covered by our Buyer Protection Program. Our unique & carefully designed domain ownership transfer process is the best rated service in the market.

**Fast & easy transfers**

98% of all domain ownership transfers are completed within 24 hours. The seller first delivers the domain to us, then we send you your tailored transfer instructions. Need help? Our domain ownership transfer specialists will assist you at no additional cost.

**Hassle free payments**

Pay by bank wire and get a 1% discount or use one of the most popular payment options available through our payment processor, Adyen. Adyen is the payment platform of choice for many leading tech companies like Uber & eBay.

### Traffic stats for this domain

### We get these questions a lot

Your burning questions about domain sales, answered.

**How does your domain ownership transfer process work?**

**Which payment options do you accept?**

**Do I have to pay for your services?**

Privacy policy · Terms of use · Disclaimer · Sitemap · © 2022 Dan.com an Undeveloped BV subsidiary. All Rights Reserved.

English

**Page 2**
https://web.archive.org/web/20220811215042/https://lambo.com/