Exhibit O

INTERNET ARCHIVE WaybackMachine http://lambo.com/ Go JUN SEP OCT
282 captures 07
3 Dec 1998 - 30 Apr 2024 2022 2023 2024
About this capture

# Lambo.com is for sale

Lambo.com

Last online: 5 days ago
ns sold
189 domains on offer
Responds within 35 minutes

## Get this domain

Pay the full USD $75,000,000 excl. VAT now, or select Lease to own, or make an offer.

Buy now USD $75,000,000
excl. VAT

Estimated VAT overview

Lease to own USD $1,625,000
/month

Make an offer

Next

Free Ownership transfer
Free Transaction support
Secure payments

VISA PayPal

## We use cookies

Our website uses cookies and similar technologies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products, and services. By clicking 'accept all cookies', you agree to our use of these tools for advertising, analytics and support, and consent to our **Cookie Policy**

## We've got your back

**Buyer Protection Program**

When you buy a domain name at Dan.com, you're automatically covered by our Buyer Protection Program. Our unique & carefully designed domain ownership transfer process is the best rated service in the market.

**Fast & easy transfers**

98% of all domain ownership transfers are completed within 24 hours. The seller first delivers the domain to us, then we send you your tailored transfer instructions. Need help? Our domain ownership transfer specialists will assist you at no additional cost.

**Hassle free payments**

Pay by bank wire and get a 1% discount or use one of the most popular payment options available through our payment processor, Adyen. Adyen is the payment platform of choice for many leading tech companies like Uber & eBay.

## We get these questions a lot

Your burning questions about domain sales, answered.

**How does your domain ownership transfer process work?**

**Which payment options do you accept?**

**Do I have to pay for your services?**

Privacy policy · Do not sell my personal information · Manage cookies · Terms of use · Disclaimer · Sitemap · © 2023 Dan.com an Undeveloped BV subsidiary. All Rights Reserved.

English

