# Exhibit P

# The Domain Name
# **lambo.com**
## Is For Sale!

This premium domain name may be available for purchase!



### Buy safely and securely with Escrow.com

When buying lambo.com, your transaction is securely processed by Escrow.com, a licensed escrow company.

**lambo.com - USD 75,000,000**

 **Buy now**     ❯ Or make an offer