# Exhibit Q

PI_000571

**DOCUMENT PRODUCED NATIVELY**

PI_000571

**From:** Efty.com <no-reply@efty.com>
**Sent:** Thursday, November 10, 2022 3:00 PM
**To:** RB
**Subject:** New inquiry for Lambo.com



Hi RB,

We are pleased to inform you that a potential buyer has made an offer for Lambo.com.

**Domain**

Lambo.com

**Name**

jimmy lamborghini

**Email**

coollambo@gmail.com

**Phone**

4086767678

**IP Address**

143.254.201.243

**Location (IP)**

San Jose - US

**Offer**

100000000000

**Message**

*i would love for my new compartment for lamborghini. this will be to see designs and vote on for new lambos. Thanks bro😉*

2

You can reach out to the interested party by phone or email. This inquiry will also be saved in your Efty account as well as the individual domain name record.

You can send this inquiry to your broker from your inquiry overview. You can also initiate an escrow transaction from within your Efty account for the domain as soon as both parties have agreed on the final sales price.

Here's to more sales,

Team Efty

**Sign in**

2