# Exhibit R

PI_000583

**DOCUMENT PRODUCED NATIVELY**

PI_000583

**From:** Efty.com <no-reply@efty.com>
**Sent:** Monday, April 17, 2023 2:18 AM
**To:** RB
**Subject:** New inquiry for Lambo.com



Hi RB,

We are pleased to inform you that a potential buyer has made an offer for Lambo.com.

**Domain**

Lambo.com

**Name**

Rudy Bekker

**Email**

rudy@rudybekker.com

**Phone**

+31611291172

**IP Address**

84.28.171.113

**Location (IP)**

Geleen - NL

**Offer**

50000000.00

**Message**

*How much do you want for the domain? very interested*

You can reach out to the interested party by phone or email. This inquiry will also be saved in your Efty account as well as the individual domain name record.

You can send this inquiry to your broker from your inquiry overview. You can also initiate an escrow transaction from within your Efty account for the domain as soon as both parties have agreed on the final sales price.

Here's to more sales,

Team Efty

**Sign in**

2