# Exhibit S

PI_000595

**DOCUMENT PRODUCED NATIVELY**

PI_000595

| | |
|---|---|
| **From:** | r.blair@gax.com |
| **Sent:** | Wednesday, January 6, 2021 8:06 PM |
| **To:** | rob@epik.com |
| **Subject:** | Re: Interested in the domain: lambo.com |
| **Attachments:** | publickey - EmailAddress(s=r.blair@gax.com) - 0x86811FBC.asc |

$888,888


Sent from ProtonMail mobile


-------- Original Message --------
On Jan 5, 2021, 3:37 PM, Rob Monster < rob@epik.com> wrote:

> Hi Richard,
>
> Happy New Year!
>
> Nice opening offer here. What is the reserve?
>
> Regards,
> Rob



**Rob Monster | Founder and CEO**

**Epik Holdings Inc.**
Telegram: robmonster | Website:http://www.epik.com/
Mobile: 1.425-765-0077 | WeChat: robmonster
Skype: robertmonster | Twitter: robmonster

On January 5, 2021 at 3:20:38 PM, Epik Registrar (support@epik.com) wrote:

 Solutions for Digital Empowerment

Legendary Customer Support:
Tel: (888) 894-9026 | (425) 366-8810
Email: support@epik.com

To ensure delivery to your inbox, please add newsletter@epik.com to your address book.

Epik.com | Terms of Use | Privacy Policy | Contact Us

Epik LLC, PO Box 742, Bellevue, WA 98009, USA

### Interested in the domain: lambo.com

Dear Richard,

A new offer has been made for your domain name: **lambo.com**

### Amount Offered For Sale: $100000.00

Respond to Offer

### Buyer Information:

Name: daniel

Email: danielpreformante@gmail.com

Phone: 910-736-7263

IP: 73.152.96.216

Comments: why is it so expensive 100k take it or leave it

2

Solutions for Digital Empowerment

To view your offer details **Click Here**

Sincerely,

Epik.com

Email: support@epik.com

Tel: 425-366-8810

3