Exhibit U

PI_000010

Basic Domain Report for lambo.com - domainIQ

July 19, 2023

## Archived on August 8, 2020

```
Domain Name: LAMBO.COM
Registry Domain ID: 2144845_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: http://www.namesilo.com
Updated Date: 2020-04-24T00:00:02Z
Creation Date: 2000-03-05T15:13:13Z
Registry Expiry Date: 2021-03-05T15:13:13Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited

Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

```
Domain Name: lambo.com
Registry Domain ID: 2144845_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2019-01-24T07:00:00Z
Creation Date: 2000-03-05T07:00:00Z
Registrar Registration Expiration Date: 2020-03-05T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-ce5fd1f6c330aee947c62b962ab3b4d1cd@privacyguardian.org
```