Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>   Plaintiff/Counter-Defendant,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>   Defendant/Counterclaimant. | Case No.: 2:22-cv-01439-ROS<br><br>**AFFIDAVIT OF RICHARD BLAIR IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

I, Richard Charles Holmes Blair, a/k/a Lambo, hereby depose and state as follows:

1. I have invested in domain names since 2009. I have developed some of the domain names that I acquire, such as <ChineseCoins.com>, <Coinex.com>, <Datafeed.com>, <Sociology.com>, and <Ceec.com>, and have sold others.

2. In the past six years, I have financed and project-managed an international team building internet gateway and search engine, (combining essential tools into a single interface). Prior to this I was a professional coin dealer for ten years specializing in modern Chinese numismatics.

1

3. I currently own a portfolio of about 130 domain names. *See* **Ex. A**, Pl.'s Response to Def's Interrogatories (dated Jan. 15, 2024), Attachment 1. Enclosed as **Exhibit B** is a list of my current domain name portfolio with the prices listed for sale for my domains.

4. My domain portfolio includes short domains with randomized combinations of letters or numbers, such as <11215.com>, <wywy.com>, <ceec.com>, and <nyip.com>. It also includes combinations of commonly-used words, such as <AsbestosLitigation.com>, <Babywalker.om>, <ComputerCase.com>, <InternetFilter.com>, <CigarRoller.com>, <FlyerDesign.com>, <InvestorList.com>, and <LoveDomains.com>. *See* **Exs. A, B**.

5. My acquisition strategy focuses on common, generic dictionary words and simple alphanumeric combinations chosen for their broad applicability and inherent value as generic terms. My consistent aim has been to engage in the legitimate commercial use of non-specific, versatile domain names that have broad applicability across various industries.

6. To the best of my knowledge, none of the domain names in my portfolio infringe upon any registered trademarks. I ensure that my domain acquisition practices adhere to fair business standards, specifically avoiding any targeting or capitalization on established trademarks.

7. I have never intended to acquire domain names comprising words or phrases that would infringe upon existing trademarks, and I conscientiously avoid registering such domain names.

8. I acquired the domain name <Lambo.com> because it is a brandable, pronounceable, single-word dot-com domain name, which I initially thought would be a good name to develop.

9. The name "Lambo" resonated with me on a personal level and perfectly encapsulated my identity and ethos. It represented a unique and distinctive name that conveys individuality and non-conformity. The name's versatility and strong,

|   |   |
|---|---|
| 1 | memorable characteristics made it an ideal choice for creating a recognizable |
| 2 | online presence. |
| 3 | 10. Prior to its acquisition on February 16, 2018, I searched for "lambo" on LinkedIn, |
| 4 | the OpenCorporates website, the USPTO, and DotDB.com, which is my usual |
| 5 | practice. These searches found many third-party uses of Lambo and several |
| 6 | registered trademarks, none of which were registered to Lamborghini. Based on |
| 7 | my diligence, and my experience in the field, I understood "Lambo" to be generic |
| 8 | and available for various uses across industries. |
| 9 | 11. I determined that the vendor possessed lawful title to <lambo.com>, with |
| 10 | divestment and transferrable privileges to same. This was achieved by executing a |
| 11 | WHOIS lookup. |
| 12 | 12. I believed that the marketplace <sedo.com> facilitated the fair and lawful |
| 13 | acquisition of title and property rights of <lambo.com> to any buyer meeting the |
| 14 | purchase requirements, including full payment of the asking price. |
| 15 | 13. My work and interests were scheduled to be showcased on <lambo.com>. I |
| 16 | completed a WordPress installation and a landing page on May 2, 2019. *See* **Ex.** |
| 17 | **C**, Pl_000009 (landing page of <lambo.com>). |
| 18 | 14. I subsequently decided to remain focused on developing <ceec.com> and resume |
| 19 | development of <lambo.com> at a later date. Since I develop the websites myself, |
| 20 | there are a limited number of projects that I can undertake at the same time. I have |
| 21 | been developing the <ceec.com> website and eventually completed work on the |
| 22 | website on May 10, 2024. The website for <ceec.com> shows that the website was |
| 23 | built by "Lambo." *See* **Ex. D**, Pl_000087-Pl_000088 (website develop group and |
| 24 | history of <ceec.com>); **Ex. E**, Section 1.5 of the "Support" page of <ceec.com> |
| 25 | at https://ceec.com/support/.) |
| 26 | 15. Once <Ceec.com> reaches certain development milestones, I plan to build |
| 27 | <lambo.com> into a blog and Ceec founder's website. This site will offer tips, |
| 28 | tricks, and inspiration to others in the Ceec community, sharing insights from my |

experiences and fostering a supportive environment for individuals pursuing similar endeavors.

16. In or around October 2019, I had the idea to use the name Lambo and the <Lambo.com> domain for my online identity. I adopted "Lambo" as a moniker or appellation because I felt that it suited me. I was drawn to it as a play on the word 'Lamb, 'with an outlier generic aptitude and intelligence, hence 'Lamb-O'. As I stated in a post on NamePros.com, I felt that I should use one of my domain names as a moniker to illustrate how domain names could be used as online identities. **Ex. F**, Pl_000378 (Blair's post on NamePros.com dated Sept 17, 2020, located at https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-795465).

17. I have an iconography in connection with "Lambo" as a stylized lamb with protruding blue brain. I have consistently used the stylized lamb icon in connection with my online moniker on different Internet platforms, including WhatsApp (**Ex. G**, Pl_000548), Telegram (**Ex. H**, Pl_000536-Pl_000539), X.com (formerly Twitter) (**Ex. I**, Pl_000541), and NamePros.com (**Ex. J**, Pl_000089), since late 2019.

18. I am presently known by many thousands of people as "Lambo."

19. I have been the editor of Based Science & Secrets <bss.org> since October 2022. Several hundred people have presently volunteered their entry to this group and only know me as "Lambo". See **Ex. H**, Pl_000536-Pl_000539.

20. I have played over 5000 games of chess as "lambodotcom" on <lichess.org> as a member since the 9th day of October 2019. See **Ex. K**, Pl_000086.

21. I am known by "Lambo" in private development groups with developers and a system engineer. See **Ex. D**, Pl_000087-Pl_000088.

22. I am of repute and renown on <namepros.com>. This is an online community purported to have over one million members, including domain name investors and developers. My username is and has been "lambo.com" since late 2019. The

link to my profile is https://www.namepros.com/members/lambo-com.964847. *See* **Ex. J**, Pl_000089.

23. I am frequently addressed as "Lambo" among friends and family. This is realized orally and evidenced in emails and text messages. *See, e.g,* **Ex. L**, Pl_000533-Pl_000535; Pl_000545-Pl_000547.

24. Not all my domain names listed for sale are actually for sale. *See* **Ex. M**, Pl_000377-Pl_000378 (Blair's post on NamePros.com dated Sept 17, 2020, located at https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954795). I list some of my domain names for what some might consider to be exorbitant prices. For example, I listed <dnas.com> for sale for $38,996,555, <newsmedia.com> for $4,355,874 and <cryptocorp.com> for $7,999,999. *See* **Ex. B**.

25. I price domain names based on their worth to me, assigning high prices to discourage offers for domains I do not wish to sell.

26. <Lambo.com> is integral to my identity and has become my personal name. To discourage offers, I have assigned it the highest price among all my domain names. Even after raising the price for <Lambo.com> to well above seven figures, I continued to receive offers and subsequently increased the price to $75 million.

27. One might ask why I list a price for <Lambo.com> at all if I do not intend to sell it. There are a lot of suitors for the domain name, who are demanding of my time and attention. Some of them even start transactions on Escrow.com, without my agreement. There would be even more unwanted activities if I did not list it for a very high price.

28. Although I have responded to some offers to purchase <lambo.com>, none of my responses have been serious. Since adopting Lambo as my *nom de guerre*, I have never made any effort to negotiate a sale. To the contrary, I have only sought to discourage offers by directing inquirers to the listed price.

29. On April 17, 2023, I responded to an inquiry by stating that I "would be agreeable to a near all-cash offer if ready to close." This was meant sarcastically. I do not fault opposing counsel for not understanding the dry British sense of humor, but I was not serious when I mentioned being amenable to a near all-cash offer of $50 million from someone I believed to be a time waster. When the inquirer did not take the hint and continued pressing me for a sale price, I wished him the best and then ignored him. See **Ex. P**, Pl_000609.

30. In contrast, I have sold some of my other domain names for prices ranging from a few hundred dollars to $500,000. See **Ex. A** at Attachment 1.

31. Most of these sales were facilitated through reputable platforms such as Namejet Auction or Domain Agents, connecting me with third-party buyers. See *id*.

32. My interest in acquiring <Lambo.com> had nothing to do with Lamborghini. I did not register the domain name with the intent to sell it to Lamborghini and have never offered to sell the domain name to Lamborghini.

33. I have never used the domain name to divert users searching for Lamborghini to a website with pay-per-click ads.

34. I did not register the domain name to prevent Lamborghini from representing its trademark – which is LAMBORGHINI – in a domain name.

35. To my knowledge, Lamborghini does not use "Lambo" as a trademark. Their cars are not advertised, marketed, or sold as "Lambos." Lamborghini sells cars under the name "Lamborghini."

36. I have never before been accused of cybersquatting or received a cease and desist letter.

37. I have never before been a party to a UDRP proceeding.

38. I have never been a party to an action under the Anti-Cybersquatting Consumer Protection Act.

39. I did not provide false contact information when acquiring the domain name <lambo.com>.

40. I did not fail to maintain accurate contact information for &lt;lambo.com&gt; or any other of my domain names.
41. For the times when &lt;lambo.com&gt; was directed to an operating website under construction, I did not provide any false or misleading contact information on the construction page. *See* **Ex. C**, Pl_000009.

I affirm this 3rd day of June, 2024, under the penalties of perjury under the laws of the United States, which may include a fine or imprisonment, that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States, that the foregoing is true, and I understand that his document may be filed in an action or proceeding in a court of law.

Dated: June 3, 2024
      London, United Kingdom

_____
richard blair (Jun 3, 2024 20:26 GMT+1)

Richard Charles Holmes Blair