Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair, | Case No.: 2:22-cv-01439-ROS |
| Plaintiff/Counter-Defendant, | |
| vs. | **AFFIDAVIT OF NELLIE GONG IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| Automobili Lamborghini S.p.A., | |
| Defendant/Counterclaimant. | |

I, Nellie Gong, hereby depose and state as follows:

1. I am an Office Manager at Lewis & Lin, LLC. I am over 18 years old and not a party to this lawsuit. I make this affidavit based on my personal knowledge of the events stated herein and upon documents that I have prepared and reviewed in connection with this lawsuit.

2. On May 6, 2024, I conducted a search of the term "Lambo" on various websites, as detailed below.

3. I conducted a search of "Lambo" with a trademark search tool powered by European Union Intellectual Property Network, located at www.tmdn.org

1

("TMDN"). TMDN is a trademark search tool widely used by practitioners in the area of trademark prosecution and protection. I found thirty (30) marks consist of a single word "Lambo" registered across different countries by non-parties for services and goods outside the automobile industry. Attached hereto as **Ex. Q** is a true copy of the search results of the said thirty registered single-word "Lambo" trademarks.

4. Additionally, I found at least another thirty-one (31) registered marks consist of "Lambo" plus one other word or some design elements, such as "Lucky Lambo" or "The Lambo," by non-parties for services and goods outside the automobile industry. Attached hereto as **Ex. R** is a true copy of the search results of the said thirty-one registered "Lambo"-combo trademarks.

5. I also searched "Lambo" with the Business Directory tool powered by Dun & Bradstreet located at www.dnb.com ("DnB"), a widely-used website for search of business information. My research returned five hundred and ninety-seven (597) results of businesses incorporating "Lambo" in their names, which are from various industries across different countries in the world. Attached hereto as **Ex. S** is a true copy of the search results from DnB.

6. I also searched "Lambo" on www.imdb.com ("IMDb"), a popular and authoritative database for movie, TV and celebrity content. My search revealed one movie, one TV series, and one video production titled "Lambo." Attached hereto as **Ex. T** is a true copy of the search results from IMDb.

7. I also searched "Lambo" on various websites, including but not limited to 23andme, Ancestry.com, Myheritage.com. My search revealed that Lambo is a surname with hundreds of counts recorded in the United States, with thousands more recorded from other countries in the world, including Mozambique, Philippines, Italy, and England. Attached hereto as **Ex. U** is a true copy of the search results from the said surname-searching websites.

1  I declare under the penalty of perjury that the foregoing statements are true and
2  correct to the best of my knowledge and belief as of June 3, 2024.
3
4  Dated: June 3, 2024
5      Brooklyn, New York

_____
Nellie Gong