# Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| < 1083636.com > | < artville.com > | < cloudginger.com > | < h20.me > | < moviecapital.com > | < requirementsmanagement.com > | < vaccinatedblood.com > |
| < 11215.com > | < asbestoslitigation.com > | < cnscancer.com > | < highiq.com > | < multiwaysystems.com > | < richchad.com > | < vaccinenanotechnology.com > |
| < 14thdimension.com > | < at888.com > | < cnsdisorder.com > | < howitsgoing.com > | < neuralmodulation.com > | < robotspecies.com > | < voicesimulators.com > |
| < 2000.io > | < atri.com > | < coatomer.com > | < insourcer.com > | < newsmedia.com > | < russiafriend.com > | < weddinggarter.com > |
| < 231126.com > | < babywalker.com > | < coineur.com > | < interestsurge.com > | < niqqas.com > | < russiafriendly.com > | < whichtab.com > |
| < 329915.com > | < basedness.com > | < coineurs.com > | < internalmodels.com > | < nouribrain.com > | < screenwear.com > | < whitegirl.me > |
| < 445.com > | < bioaug.com > | < computability.com > | < internetfilter.com > | < nyip.com > | < semiconductornanocrystal.com > | < wywy.com > |
| < 51195.com > | < bioformer.com > | < computercase.com > | < investorlist.com > | < oeo.org > | < sexparty.com > | < ztransfer.com > |
| < 5gspecies.com > | < bionanolaser.com > | < covictims.com > | < jqs.de > | < paleochemistry.com > | < sexparty.me > | |
| < 5gvax.com > | < bionanoparticle.com > | < cryptocorp.com > | < jtnw.com > | < pandacoins.com > | < shaakti.com > | |
| < 631522.com > | < bionanoparticles.com > | < cryptoqfs.com > | < jybi.com > | < payyou.com > | < sharedvaults.com > | |
| < 705388.com > | < bionanoplatform.com > | < cryptoson.com > | < ktlk.com > | < pepechad.com > | < shepicks.com > | |
| < 81518.com > | < biotomy.com > | < cuteing.com > | < kton.com > | < pharmacore.com > | < sicos.com > | |
| < 81867.com > | < bitcious.com > | < dappsolutely.com > | < lambo.com > | < pictar.com > | < simpletouch.com > | |
| < 88151.com > | < bn60.com > | < datafeed.com > | < lg20.com > | < pl57.com > | < siriass.com > | |
| < 88287.com > | < booktraders.com > | < developmentzones.com > | < lmd.net > | < policyactions.com > | < skincaretips.com > | |
| < 958113.com > | < braics.com > | < dnas.com > | < londonshows.com > | < polymerasechain.com > | < smashit.me > | |
| < 958551.com > | < brassbase.com > | < duchyestate.com > | < londontutors.com > | < poor.me > | < so2.org > | |
| < 958552.com > | < calipornia.com > | < dw80.com > | < lovedomains.com > | < presidentrogan.com > | < soccerhighlights.com > | |
| < 958553.com > | < carefulonline.com > | < enhancedsensing.com > | < loveyou.xyz > | < privadax.com > | < spermbroker.com > | |
| < adlux.com > | < cashoptimization.com > | < facecrush.com > | < lr2.com > | < professioncorp.com > | < spermbrokerage.com > | |
| < aess.com > | < chadanon.com > | < feelin.me > | < magnetichydrogel.com > | < psychowarfare.com > | < spiritualwonderboy.com > | |
| < aihydrogel.com > | < chelate.me > | < flyerdesign.com > | < marine.link > | < psyop.me > | < spitefulmutant.com > | |
| < aj60.com > | < chineseassets.com > | < flyertemplates.com > | < marketingstrategies.com > | < ptzcamera.com > | < swiftspatial.com > | |
| < akui.com > | < chinesecoin.com > | < fr4.org > | < mftt.com > | < q4ns.com > | < templarcrown.com > | |
| < alchememe.com > | < chinesecoins.com > | < g127v.com > | < ml80.com > | < qb65.com > | < timesing.com > | |
| < alchememes.com > | < cigarroller.com > | < generalfactor.com > | < mneongreen.com > | < qdotnanocrystal.com > | < toygroup.com > | |
| < algar.com > | < ckgy.com > | < givenup.com > | < modulecorp.com > | < qfscloud.com > | < uberchad.com > | |
| < anonchad.com > | < climatard.com > | < globetard.com > | < moleculetherapy.com > | < qtds.com > | < upnotdown.com > | |
| < archaiq.com > | < climitard.com > | < goldprice.us > | < monthlyusers.com > | < reddragonfamily.com > | < v20.org > | |

| domain name | buy now |
|---|---|
| 1083636.com | 10836 |
| 11215.com | 7500 |
| 14thDimension.com | 9679 |
| 2000.io | 9679 |
| 231126.com | 3751 |
| 329915.com | 3751 |
| 445.com | |
| 51195.com | 9679 |
| 5GSpecies.com | |
| 5GVax.com | |
| 631522.com | 3751 |
| 705388.com | 4840 |
| 81518.com | 20568 |
| 81867.com | 9679 |
| 88151.com | 7500 |
| 88287.com | 8828 |
| 958113.com | 3751 |
| 958551.com | 3751 |
| 958552.com | 3751 |
| 958553.com | 3751 |
| adlux.com | 245018 |
| aess.com | 871175 |
| AIHydrogel.com | 10500 |
| AJ60.com | 9679 |
| akui.com | 108896 |
| alchememe.com | |
| alchememes.com | |
| Algar.com | 2500000 |
| AnonChad.com | 3499 |
| ArchaIQ.com | 20568 |
| artville.com | 272242 |

| | |
|---|---:|
| AsbestosLitigation.com | 32669 |
| AT888.com | 42348 |
| ATRI.com | 653381 |
| BabyWalker.com | 96796 |
| Basedness.com | 205693 |
| Bioaug.com | 11350 |
| Bioformer.com | 19000 |
| bionanolaser.com | 199000 |
| bionanoparticle.com | 88900 |
| bionanoparticles.com | 88900 |
| bionanoplatform.com | 75000 |
| Biotomy.com | 204726 |
| Bitcious.com | 49004 |
| BN60.com | 9679 |
| BookTraders.com | 129465 |
| braics.com | 97000 |
| BrassBase.com | 3995 |
| calipornia.com | 96796 |
| CarefulOnline.com | 4995 |
| CashOptimization.com | 3499 |
| ChadAnon.com | 3499 |
| chelate.me | |
| chineseassets.com | 54326 |
| chinesecoin.com | 314590 |
| chinesecoins.com | 249999 |
| cigarroller.com | 32547 |
| ckgy.com | 32547 |
| climatard.com | 3500 |
| climitard.com | 3500 |
| cloudginger.com | 197000 |
| cnscancer.com | 43000 |
| cnsdisorder.com | 34000 |

| | |
|---|---:|
| coatomer.com | 75000 |
| coineur.com | 37992 |
| Coineurs.com | 14035 |
| computability.com | 89000 |
| ComputerCase.com | 53238 |
| covictims.com | 2700 |
| cryptocorp.com | 9679721 |
| cryptoqfs.com | 97000 |
| cryptoson.com | 140355 |
| Cuteing.com | 7995 |
| dappsolutely.com | 5439 |
| datafeed.com | 500000 |
| developmentzones.com | 2500 |
| dnas.com | 38996555 |
| duchyestate.com | 49999 |
| dw80.com | |
| enhancedsensing.com | 8989 |
| FaceCrush.com | 21657 |
| feelin.me | |
| flyerdesign.com | 32664 |
| FlyerTemplates.com | 4350 |
| FR4.org | 6534 |
| g127v.com | |
| generalfactor.com | 13062 |
| givenup.com | 9801 |
| globetard.com | 4750 |
| GoldPrice.us | 49004 |
| h20.me | 3500 |
| highiq.com | 314590 |
| howitsgoing.com | 14495 |
| Insourcer.com | 21779 |
| InterestSurge.com | 3499 |

| | |
|---|---:|
| **InternalModels.com** | 3995 |
| **internetfilter.com** | 245018 |
| **investorlist.com** | 83306 |
| **JQS.de** | 72961 |
| **jtnw.com** | 25046 |
| **jybi.com** | 37025 |
| **KTLK.com** | 28858 |
| **kton.com** | 204726 |
| **Lambo.com** | 75000000 |
| **lg20.com** | 37025 |
| **lmd.net** | 59893 |
| **LondonShows.com** | 10884 |
| **LondonTutors.com** | 6528 |
| **lovedomains.com** | 42348 |
| **loveyou.xyz** | 23450 |
| **lr2.com** | 98006 |
| **magnetichydrogel.com** | |
| **marine.link** | 98007 |
| **marketingstrategies.com** | 217794 |
| **mftt.com** | 87117 |
| **ml80.com** | 27224 |
| **mneongreen.com** | |
| **ModuleCorp.com** | 3995 |
| **moleculetherapy.com** | 23500 |
| **monthlyusers.com** | 3450 |
| **MovieCapital.com** | 196014 |
| **MultiwaySystems.com** | 20690 |
| **neuralmodulation.com** | 8788 |
| **newsmedia.com** | 4355874 |
| **Niqqas.com** | 4995 |
| **Nouribrain.com** | 11870 |
| **nyip.com** | 544484 |

4

| | |
|---|---:|
| **oeo.org** | 204726 |
| **paleochemistry.com** | |
| **pandacoins.com** | |
| **PayYou.com** | 544484 |
| **pepechad.com** | 7988 |
| **pharmacore.com** | 1088969 |
| **pictar.com** | 359360 |
| **pl57.com** | 18512 |
| **policyactions.com** | 2499 |
| **PolymeraseChain.com** | 29888 |
| **poor.me** | 25046 |
| **presidentrogan.com** | 119787 |
| **Privadax.com** | 8712 |
| **ProfessionCorp.com** | 9999 |
| **psychowarfare.com** | |
| **psyop.me** | |
| **ptzcamera.com** | 38114 |
| **q4ns.com** | |
| **qb65.com** | 38114 |
| **qdotnanocrystal.com** | |
| **qfscloud.com** | |
| **qtds.com** | 18512 |
| **reddragonfamily.com** | |
| **requirementsmanagement.com** | 38114 |
| **RichChad.com** | 49888 |
| **robotspecies.com** | |
| **russiafriend.com** | |
| **russiafriendly.com** | |
| **Screenwear.com** | 38114 |
| **semiconductornanocrystal.com** | |
| **SexParty.com** | 1633453 |
| **sexparty.me** | |

5

| | |
|---|---|
| **shaakti.com** | 38114 |
| **sharedvaults.com** | 3450 |
| **ShePicks.com** | 9801 |
| **sicos.com** | 47500 |
| **simpletouch.com** | 272242 |
| **Siriass.com** | 4247 |
| **skincaretips.com** | |
| **smashit.me** | 4950 |
| **SO2.org** | 16335 |
| **SoccerHighlights.com** | 5445 |
| **spermbroker.com** | |
| **spermbrokerage.com** | |
| **spiritualwonderboy.com** | |
| **spitefulmutant.com** | 21779 |
| **SwiftSpatial.com** | 3499 |
| **TemplarCrown.com** | 3300000 |
| **Timesing.com** | 9995 |
| **ToyGroup.com** | 4356 |
| **uberchad.com** | 2988 |
| **UpNotDown.com** | 4750 |
| **V20.org** | 19601 |
| **vaccinatedblood.com** | |
| **VaccineNanotechnology.com** | 4999 |
| **voicesimulators.com** | 4250 |
| **WeddingGarter.com** | 8712 |
| **WhichTab.com** | 5445 |
| **whitegirl.me** | |
| **wywy.com** | 544484 |
| **zTransfer.com** | 4356 |

6