# Exhibit C

lambo.com is coming soon
We are preparing for launch. See you soon.

PI_000009