# Exhibit D

**Add Subscribers**

Only channel admins can see this list.

CONTACTS IN THIS CHANNEL

 Lambo < bss.org >

 Artur

 Pankaj Lehar

 Ledi Salillari

OTHER SUBSCRIBERS

 ceec_mysql2es_process

PI_000088



## Ceec DevTeam Comms
5 subscribers

Mute — Discuss — More

| | | |
|---|---|---|
| Administrators | | 2 |
| Subscribers | | 5 |
| Removed Users | | |

**Media** — Files — Links

  

### JULY 2023





### JUNE 2023



PI_000088