# Exhibit E



# Support

Your Comprehensive Guide to Navigating and Maximizing Ceec

## Section 1: Ceec

1.1 **About Ceec**: Ceec is your personalized gateway to the digital world, designed to enhance your online experience. It simplifies navigation, boosts productivity, and fosters community-driven networking. With Ceec, you're not just using a tool; you're embracing an experience that values your time and attention, transforming the typical search box into a hub of customized engagement.

1.2 **How Ceec works**: At the heart of Ceec is the search box, a central point simplifying the complexity of the internet into a user-friendly experience. This platform enriches standard web activities like searching, bookmarking, and discovering new sites with insightful and customizable features, catering to a wide array of user needs.

1.3 **Ceec's Features**: Explore our features for a detailed look at what Ceec offers.

1.4 **Why choose Ceec?**: Ceec is more than just a platform; it's a movement towards a more efficient and user-focused internet experience. It's a space where efficiency and user satisfaction are paramount. We challenge the norms of the attention economy, focusing on a user-first approach.

1.5 **The Creators of Ceec**: Ceec was developed by "Lambo" and a team of dedicated developers, each committed to delivering a unique, empowering internet experience.

## Section 2: Mastering Root Search

2.1 **How to Conduct a Root Search**: Type keywords on the main page to start your search. Ceec matches your queries against a diverse range of data including webpages, book titles, TV shows, and more.

2.2 **Understanding Data Variations.**: Data presentation varies based on the number of characters in your search. For example, webpage results appear with six characters, while book and TV show results require ten.

2.3 **Navigating to Root**: To return to the root level, simply press the Escape (Esc) key.

## Section 3: Exploring with Browse

3.1 **Browsing Made Easy**: Start browsing by pressing the down arrow from root or click the browse button below the search box.

3.2 **What is Browse?**: The Browse feature organizes about 60,000 major websites into over 380



categories for easy exploration. This includes approximately 40 parent categories and 340 child categories.

3.3 **Parent and Child Categories**: Our categories range from AI to wellness, covering a wide array of interests.

3.4 **Inclusive Categories**: We include a variety of categories, respecting the diverse interests and rights of users. Our approach emphasizes free speech and informed choice.

3.5 **Content Policy**: Currently, adult content is actively filtered out of Ceec. Any future changes will be implemented with careful consideration to accessibility and user experience.

## Section 4: Utilizing Bookmarks in Ceec

4.1 **The Power of Bookmarks**: Bookmarks in Ceec are more than just placeholders. They're a dynamic way to organize and access your frequently visited websites quickly. With Ceec's bookmarking system, you can save, categorize, and even share your favorite pages with ease.

4.2 **How to Bookmark**: Bookmarking is straightforward. While highlighting something you wish to save, simply press the tab key then bookmark. Your item is instantly saved to your personalized list.

4.3 **Managing Your Bookmarks**: Ceec offers tools to edit, categorize, and even share your bookmarks. Keep your favorite online destinations organized and accessible.

4.4 **Sharing Bookmarks**: Share your bookmarks with others directly from Ceec. This feature is perfect for collaborative projects or when you want to recommend a great find to friends or colleagues. Press the tab key then share.

## Section 5: Mastering Search with Ceec

5.1 **Understanding Ceec's Search Functionality**: Ceec's search engine is designed for precision and speed. Start searching by pressing the right arrow from root or click the search button below the search box. Unleash thousands of engines for your web experience.

5.2 **Conducting a Search**: Start your search journey selecting your engine and typing in keywords for your query.

5.3 **Personalized Search Experience**: With Ceec, your searches become more intuitive over time. The system learns from your past queries and preferences, continually enhancing the relevance of your search results.

5.4 **Searching Across Different Media**: Ceec's search capability extends to various types of media, including web pages, images, videos, and more. This wide range ensures you have access to comprehensive information across formats.

5.5 **Customizing Search Settings**: Personalize your search experience with customizable settings. Adjust preferences to suit your browsing style for a more personalized interaction. Select line 1, "Search", for Search Settings.

## Section 6: Navigating Your History in Ceec

6.1 **The Importance of History**: Ceec's history function serves as a digital diary of your online journey. It allows you to revisit previously explored sites, ensuring you never lose track of important information.

6.2 **Accessing Your History**: Easily access your browsing history through a dedicated history tab. This feature organizes your past online activities, providing a chronological view of the websites you've visited.

6.3 **Managing History**: With Ceec, managing your history is simple. You can clear specific entries or your entire history, depending on your preference. This flexibility ensures your browsing history remains private and relevant.

6.4 **Learning from Your History**: Ceec's history is not just a record; it's a tool for learning and discovery. Reflect on your past searches to identify trends, find frequently visited sites, and revisit your digital steps.

## Section 7: Leveraging Ceec's Network Features

7.1 **What is Ceec's Network?**: Ceec's network feature is a unique aspect that sets it apart from traditional search engines. It's a community-driven platform where users can connect, share, and discover together.

7.2 **Building Your Network**: Create your network within Ceec by connecting with other users. This feature allows for the sharing of ideas, bookmarks, and search habits, fostering a collaborative environment.

7.3 **Exploring Shared Content**: Dive into a world of shared content within your network. Discover what others are exploring and gain insights from the collective knowledge of the Ceec community.

7.4 **Privacy and Control**: Your participation in Ceec's network is under your control. Choose how much you share and with whom, ensuring your online experience aligns with your privacy preferences.

## Section 8: Organizing with Folders

8.1 **Using Folders in Ceec**: Folders in Ceec offer a streamlined way to organize your bookmarks and history. They help you categorize your web activities for easy retrieval and efficient management.

8.2 **Creating and Managing Folders**: Create folders by selecting the 'New Folder' option in your bookmarks or history tab. Organize your content by assigning items into new or existing folders, making your browsing experience more structured and accessible.

## Section 9: Customizing with Icons

9.1 **Personalizing with Icons**: Ceec allows you to personalize your experience with custom icons. Use icons to visually distinguish between different bookmarks, folders, or tabs, enhancing your ability to navigate quickly and efficiently.

9.2 **Setting Up Icons**: Choose from a variety of icons provided by Ceec to add a personal touch to your bookmarks and folders. This customization enhances the visual appeal and usability of your interface.

## Section 10: Managing Favorites

10.1 **Adding Favorites**: Favorites in Ceec are a quick way to access your most visited sites. Add a website to your favorites by clicking the 'star' icon, making it readily accessible from your Ceec homepage.

10.2 **Organizing Favorites**: Rearrange and manage your favorites for optimal convenience. This feature allows you to keep your most important and frequently used sites at your fingertips.

## Section 11: Understanding Ads & Loader

11.1 **Advertisements in Ceec**: Ceec's approach to advertising respects your browsing experience. Ads are minimally invasive, ensuring they don't detract from your online activities and excluded from Full and Enhanced Private Memberships.

11.2 **The Loader Feature**: Ceec's loader is a momentary pause for some Members before forwarding to the destination. This feature contains a variable time delay of up to 10 seconds.

## Section 12: Navigating Ceec with Arrow Keys

12.1 **Interactive Navigation with Arrow Keys**: Ceec's user interface is intuitively navigable using arrow keys, each triggering a specific state from the root:

> **Left Arrow Key**: Opens your bookmarks.
>
> **Right Arrow Key**: Leads to search options.
>
> **Down Arrow Key**: Allows you to browse categories.
>
> **Up Arrow Key**: Displays your browsing history.

Each of these states presents a streamlined approach to accessing key features of Ceec, enhancing your digital experience.

## Section 13: Customizing and Managing State Settings

13.1 **Tailoring Your Experience: State Settings**: Each state in Ceec is equipped with customizable settings to suit your preferences:

**Accessing State Settings**: In any state, the top line shows the selected modality with its icon. Pressing ENTER/RETURN or clicking unveils the settings for that state, offering choices like tooltips, sorting methods, filters, and other specific adjustments.

**Actionable Options**: Within each state, select a line item and press the tab key to reveal possible actions, such as deleting a bookmark or history entry, adding bookmarks, organizing items into folders, and more. These actions are tailored to enhance management and organization within each state.

## Section 14: Understanding Memberships in Ceec

14.1 **Overview of Membership Levels**: Ceec offers various membership levels to cater to different user needs and preferences. Understanding these levels helps you choose the one that best suits your online experience.

14.2 **Opt-In Membership**:

> **Description**: The basic entry level, available to all users. **Features**: The basic entry level, available to all users. **Ideal for**: Users who want to explore Ceec's fundamental features.

14.3 **Associate Membership**:

> **Description**: A step above Opt-In, offering enhanced features. **Features**: Includes all Opt-In features, plus additional functionalities like personalized bookmarks and history tracking. **Ideal for**: Users seeking more personalized interaction with Ceec.

14.4 **Full Membership**:

> **Description**: A comprehensive membership for regular users. **Features**: Encompasses all features of Associate Membership, with added benefits like advanced search options and network features. **Ideal for**: Users who frequently use Ceec for various online activities.

14.5 **Enhanced Membership**:

> **Description**: The highest level of membership, offering the full range of Ceec's capabilities.

**Features**: Includes all Full Membership features, plus exclusive access to new tools and beta features. **Ideal for**: Power users who want to maximize their Ceec experience and access cutting-edge features.

14.6 **Upgrading Your Membership**: Upgrading your membership is easy and can be done directly from your Ceec account settings. Choose the level that aligns with your usage and desired features.

## Section 15: Helpful Resources

**Contact Us**: For further assistance, feedback, or inquiries, contact our support team.

Last updated March, 8 2024

Home | Explore | Memberships | Guidelines | Privacy | Terms |
Contact

Copyright © 2024 CEEC. All rights reserved.