# Exhibit F

Sep 17, 2020 11:08 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954721
I am Lambo, Q&amp;A Anything with Me
Message: Utimately it's a shift of perspective that she'll need. One way to invoke is through gratitude and if that goes up her priority list quickly, I'm sure you'll be fine. If she can believe it's her own idea, or realization - so will it have staying power. You can't force or wield this. Just...
Sep 17, 2020 10:23 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954652
I am Lambo, Q&amp;A Anything with Me
Message: My first after market purchase was in 2008. First hand reg perhaps a yr or two prior. I closed a ~$500k sale for coinex(dotcom), with M.O I'm gonna moniker a dotcom of mine, otherwise what kind of domainer would I be?! As for Lambo, a confluence of interests and an icon that makes me smile.
Sep 17, 2020 9:21 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/
I am Lambo, Q&amp;A Anything with Me
Message: Hello, :brb: If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty. Thanks to my teachers like: Mr. Frank Schilling Mr. Andrew Rosener Mr. Rick Schwartz Mr. Mike Berkens Also...
Sep 17, 2020 9:11 PM
Replies: 116


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/is-you-are-ready-to-spend-600-assistance-to-the-unemployed-for-domain.1208765/post-7954626
Is you are ready to spend $600 assistance to the unemployed for domain?
Message: Elevator pitch?
Sep 17, 2020 8:56 PM


Section: https://www.namepros.com/forums/domain-beginners.25/
Domain Beginners
Thread: https://www.namepros.com/blog/getting-creative-right-of-the-dot.1208747/comment-7954556
Prominence: information
Title: Getting Creative Right Of The Dot
Message: -
Sep 17, 2020 7:50 PM


Section: https://www.namepros.com/blog/
NamePros Blog









