# Exhibit G

Case 2:23-cv-01435-NOS Document 95-3 Filed 06/20/24 Page 2 of 2

9:17

# Settings

**Lambo**
Earth Plane

**Account**
Security notifications, change number

**Privacy**
Block contacts, disappearing messages

**Avatar**
Create, edit, profile photo

**Chats**
Theme, wallpapers, chat history

**Notifications**
Message, group & call tones

**Storage and data**
Network usage, auto-download

**App language**
English (device's language)

**Help**
Help center, contact us, privacy policy

**Invite a friend**

PI_000548