# Exhibit H

Case 2:22-cv-01439-ROS   Document 59-10   Filed 06/03/24   Page 2 of 5



PI_000536

3:43

# Subscribers

## Add subscribers

## Invite via Link

**Contacts in this channel**

**πατρίκιος**
joined 22.10.22 at 8:56 PM

**Lambo < bss.org >**
online

**Other subscribers**

**NOZIM**
joined Jan 01 at 11:51 PM

**Airqfu**
joined Dec 31 at 5:51 AM

**Elizabeth Sandoval**
joined Dec 30 at 11:42 AM

**Tim R**
joined Dec 29 at 6:29 PM

**Rhonda**
joined Dec 26 at 3:18 PM

**L Bo**
joined Dec 26 at 4:21 AM

**Zdravko Demirev**
joined Dec 25 at 9:26 PM







