# Exhibit J

PI_000089





Case 2:22-cv-01439-ROS   Document 59-12   Filed 06/03/24   Page 4 of 5

 Which is the best price?
42 replies · 132 voters

**Popular this week**

What's your preferred method for verifying SEDO domains?
16 posters · 17 replies

Creative.tech $3k registration fee?
6 posters · 12 replies

Sedo - Offer views vs Uniques. Question on my numbers
6 posters · 15 replies

Why Domain Names are Tough to Sell?
9 posters · 9 replies

Google starting .AND , Thoughts,discussion & news
3 points · 7 replies

**Community favorite**

The Top 100 Domain Name Sales in 2023
56 points · Bob Hawkes



**Popular this month**

Using "POT" when "WEED" is not available?
1 point · 32 replies

2023 UDRP roundup and one more for luck?
49 points · 32 replies

PYZDA.COM got offer. Sell or not?
17 posters · 24 replies

Rick Schwartz answers some questions on why he dipped his toe in the .ai pool
18 points · 23 replies

Bloomberg Finance L.P. v. Igor Gabrielan and his cat Bloomberg
12 posters · 52 replies

**Blog favorites**

A Dozen Things To Consider As We Start 2024
3 comments · Bob Hawkes

Top Topics: Domain verification on Sedo; Cemal from Turkey; Premium .tech domain pricing; Afternic verification woes; How hard is it to sell domains?
2 comments · Acroplex

Top Topics: Incorrect WHOIS data; Weed vs. Pot; Rick Schwartz taps .AI; Stop faux listings at Afternic; GoDaddy Auctions & deadbeats
7 points · Acroplex

PI_000639

NamePros Light  8:16 PM Etc/UTC

Contact us   Status   Advertise   Do Not Sell My Personal Information   Terms   Privacy policy   Help

Domaining
Recommends this site

Copyright © 2003-2024 NamePros

PI_000640