# Exhibit K



PI_000086