# Exhibit L



**Advanced Think...** @AdvThin... · Aug 28, 2020 ···

Replying to @lamboDotcom

I appreciate the sentiment, but I can't accept ~$75 out of the blue without giving anything in exchange.

It just doesn't feel right to me.

Still, I take your initiative as a compliment.

Thank you, **Lambo** :)

   

PI_000533



**Luke Montgo...** @LukePMont... · Nov 23, 2020

Replying to @atheistcritique @lamboDotcom and @SamHarrisOrg

**Lambo** knows funny

    

PI_000533

PI_000534



**Hiren M. Patel** @QualityNames_ · Oct 27, 2020

CoinEx .com sold for $500K by good friend @lambodotcom & brokered by @andrewrosener

No worries.

BestEx.com still available.

PM your best offer in #Bitcoin  / #BTC  / #ETH 

One stop destination for #Crypto #Forex #Stock…
Show more

> Bitcoin.com … @BT… · Oct 27, 2020
> Southeast Asia's Largest Bank DBS Plans to Launch a Cryptocurrency Exchange
> ift.tt/35HLYuG



      ♡ 5       

PI_000534

Pl_000535



**Tyler Winklevoss**   @tyler · Aug 28, 2020 · · ·

Replying to @lamboDotcom

Love Zcash

 15      43     ♡ 152     ılıl

Pl_000535



PI_000545

March 2, 2023

Dear Lambo, hope you're having a good week. Just wanted to check with you to see if you have received any updates on the litigation? Dad x

3:35 PM

PI_000545

**Tim Blair**
last seen today at 7:34 PM

11:53 AM

Hi! Just got your message   12:40 PM ✓✓

It was great to see you, Lambo, and to catch up with you.

Thank you for a lovely lunch and for my birthday card.

I've had a thoroughly enjoyable day so thanks again.
Much love, Dad                                   5:34 PM

❤️

April 17, 2023



10:27 PM ✓✓



PI_000547

9:16

**lambo**



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

**Lisa**    7/23/23

You: Help me prepare an Aura photo frame as a gift for Oma. Click this link to accept: https://auraframes.app.link/Rv7Lyl3sEBb



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

**Stuart Blair**    7/23/23

You: Help me prepare an Aura photo frame as a gift for Oma. Click this link to accept: https://auraframes.app.link/Rv7Lyl3sEBb



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

**Mum**    7/23/23

You: Help me prepare an Aura photo frame as a gift for Oma. Click this link to accept: https://auraframes.app.link/Rv7Lyl3sEBb



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

**Tim Blair**    7/17/23

PI_000547