Exhibit M

Thread: https://www.namepros.com/threads/joe-biden-now-usa-president.1215376/post-8027829
Prominence: discuss
Title: Joe Biden - NOW USA President
Message: It's so ironic that you espouse common sense affiliation.
Nov 9, 2020 2:10 AM


Section: https://www.namepros.com/forums/the-break-room.6/
Section Title: The Break Room
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954864
I am Lambo, Q&amp;A Anything with Me
Message: 100-250
Sep 18, 2020 12:23 AM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com//threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954852
I am Lambo, Q&amp;A Anything with Me
Message: AT888(.com)
Sep 18, 2020 12:04 AM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954843
I am Lambo, Q&amp;A Anything with Me
Message: Winner! :headphone: we have someone who understands what a domain is and means!
Sep 17, 2020 11:51 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954839
I am Lambo, Q&amp;A Anything with Me
Message: newsmedia.com not open to this, no
Sep 17, 2020 11:48 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com//threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954802
I am Lambo, Q&amp;A Anything with Me
Message: haha, can't say that happened on this my friend :xf.cool:
Sep 17, 2020 11:12 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954795
I am Lambo, Q&amp;A Anything with Me
Message: only those who come to the landers by type-in. I don't want to sell on any marketplaces at this point. Not all my domains are actively for sale really, I do incubate, nurture and build too. To the extent I can say I do outbound, it's on Twitter with promotion of premium domains as an asset...

Sep 17, 2020 11:08 PM

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954721
I am Lambo, Q&amp;A Anything with Me
Message: Utimately it's a shift of perspective that she'll need. One way to invoke is through gratitude and
if that goes up her priority list quickly, I'm sure you'll be fine. If she can believe it's her own idea, or
realization - so will it have staying power. You can't force or wield this. Just...
Sep 17, 2020 10:23 PM

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954652
I am Lambo, Q&amp;A Anything with Me
Message: My first after market purchase was in 2008. First hand reg perhaps a yr or two prior. I closed a
~$500k sale for coinex(dotcom), with M.O I'm gonna moniker a dotcom of mine, otherwise what kind of
domainer would I be?! As for Lambo, a confluence of interests and an icon that makes me smile.
Sep 17, 2020 9:21 PM

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/
I am Lambo, Q&amp;A Anything with Me
Message: Hello, :brb: If you have any questions about me or domain industry, I'll be happy to share in the
spirit of how it flows generously by those who have walked in terrains of bounty. Thanks to my teachers
like: Mr. Frank Schilling Mr. Andrew Rosener Mr. Rick Schwartz Mr. Mike Berkens Also...
Sep 17, 2020 9:11 PM
Replies: 116

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/is-you-are-ready-to-spend-600-assistance-to-the-
unemployed-for-domain.1208765/post-7954626
Is you are ready to spend $600 assistance to the unemployed for domain?
Message: Elevator pitch?
Sep 17, 2020 8:56 PM

Section: https://www.namepros.com/forums/domain-beginners.25/
Domain Beginners
Thread: https://www.namepros.com/blog/getting-creative-right-of-the-dot.1208747/comment-7954556
Prominence: information
Title: Getting Creative Right Of The Dot
Message: -
Sep 17, 2020 7:50 PM

Section: https://www.namepros.com/blog/
NamePros Blog

https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/#post-7954795
2024-06-03T19:12:06-04:00

**namePros**
Buy, Sell, Discuss Domain Names

NameSilo
Domains. Cheap, easy and secure.
Find the perfect domains in our
NameSilo Marketplace!

Forums | Discover | News | Buy | Sell | More

Log in | Register | Search

Discover » | Popular today | New posts | Domain discussions | Search forums

FREE: Landing pages to maximize sales of your domains ❤️

Forums » Discussion » More Discussion Categories » Ask Pros Anything (APA) »

# I am Lambo, Q&A Anything with Me

👤 lambo.com · ⏱ Sep 17, 2020

spaceship   Join the future with unlimited $8.17 .com transfers   SPSCOMTR

Watch   •••  ⌄

Sep 17, 2020 · 50K views · 💬 116 replies · 31 points
#1

**lambo.com**
Top Member
VIP
Impact: 5,555

Hello, 😁

If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty.

Thanks to my teachers like:

Mr. Frank Schilling
Mr. Andrew Rosener
Mr. Rick Schwartz
Mr. Mike Berkens

Also other geniuses Asia-side. Growing the pie is done by marketing premium domains over and over to influencers and decision makers so let's grow domains!

🖼️🖼️🏆😎🌐🌊

↑ 31 ⌄ | ⌖ | 16 Like | 13 Thanks | 2 Agree

↩ Reply | Quick reply

*The views expressed on this page by users and staff are their own, not those of NamePros.*

Sort by date | Sort by points

‹ Prev    Page  1  2  3  4  5    › Next

Sep 17, 2020 · 7 points
#2

**NB**
**Nick8**
It's a mystery
VIP
Impact: 17,476

How long you been domaining for?....

Biggest sale? Domain & Price, if your happy to share

Why lambo name?

↩ Reply

↑ 7 ⌄ | ⌖ | 5 Like | 2 Thanks

↩ Quick reply

Sep 17, 2020 · 21 points
#3

**lambo.com**
Top Member
VIP
Impact: 5,555

> Nick8 said: ⊕
> How long you been domaining for?....

My first after market purchase was in 2008. First hand reg perhaps a yr or two prior.

> Nick8 said: ⊕
> Biggest sale? Domain & Price, if your happy to share

I closed a ~$500k sale for coinex(dotcom), with M.O

> Nick8 said: ⊕
> Why lambo name?

I'm gonna moniker a dotcom of mine, otherwise what kind of domainer would I be?!

As for Lambo, a confluence of interests and an icon that makes me smile.

Last edited: Sep 17, 2020

↩ Reply

↑ 21 ⌄ | ⌖ | 14 Like | 8 Thanks

↩ Quick reply

Sep 17, 2020 · 3 points
#4

**AboGamil**
Senior Web Developer
VIP
Impact: 624

May I ask you how to sell your domains, is it through the market, or do you send emails to interested people and the last one which market do you prefer to sell your domains?

↩ Reply

↑ 3 ⌄ | ⌖ | 1 Like | 1 Thanks

↩ Quick reply

Sep 17, 2020 · 18 points
#5

**J**
**Johnn**
WeSellName.com
PRO

May be you can help me.
How can I stop my wife from whining and complaining.

Thanks

We're social
Facebook | Twitter | LinkedIn
YouTube | Articles

LICENSED
INSURED
GOVERNMENT
AUDITED
ESKROW.COM

New posts
The USA Political Thread
344 posters · Daniel Owens
Sylua.com
Reply by nova703
4L PORTFOLIO DOTCOM:
GUVE, CYTU, KSKP, EKEB,
JYDI etc
Post by djmc50
SXE*COM $1.2K
Post by djmc50
Thank you NamePros.
Recent success in UDRP.
2 posters · bmugford
Pickleball Paddle Graphics
Design
7 posters · Gregr

Auction activity
BCKP.org - (Backup)
SSDHosting.org
VEEZ.net
GOKU.COM - Starts at $3
Globalstockinfo.com sta...

Domain Back Orders
No Auctions!
DOMAINRECOVER.NET

What non .com extensions
have you sold in 2024?

Polls of interest
Best industry prefix?
22 replies · 55 voters
Which is the best price?
63 replies · 183 voters
What non .com
extensions have you sold
in 2024?
47 replies · 197 voters

Popular this week
My most thrilling offer in
10yrs
19 points · 29 replies
Swetha sells Nudge.xyz
for $39,888
10 points · 18 replies
Bank Fraud When Using
Cards for Domain
Transactions
2 points · 21 replies
RnbGujarat.org Sold for
$19,900; 2255.cc for
$10,500...
2 points · 14 replies
ICANN slashes staff and
domain prices could rise
13 points · 14 replies

FOR SALE
Catchy
Short catchy
dot com
brands.



**Community favorite**

How To Save Money On Domain Names
47 points · Bob Hawkes

Impact: 11,519

18 ⌄   16   Like   1   Thanks   Quick reply

---

Sep 17, 2020 · 12 points   #6

**lambo.com**
🔒 Top Member
VIP
Impact: 5,555

johnn said: ⊙

May be you can help me.
How can I stop my wife from whining and complaining.

Thanks

Ultimately it's a shift of perspective that she'll need.

One way to invoke is through gratitude and if that goes up her priority list quickly, I'm sure you'll be fine.

If she can believe it's her own idea, or realization - so will it have staying power. You can't force or wield this. Just grow seeds and own a positive masculinity.

It will need to be in her own self interest, and gratitude is self-serving in bringing perspective for the blessings in one's life - no matter who you are or your predicament.

Good luck.

↩ Reply

12 ⌄   11   Like   1   Thanks   Quick reply

**Popular this month**

Beware of greedy member
18 points · 237 replies

Sold 3L Domain on SEDO for 6 digit USD - Buyer not willing to pay
18 points · 100 replies

1Money.com Sold For $40,000 USD At Atom
19 points · 49 replies

Timely Domains? - Display and explain
14 points · 71 replies

I bid on a domain with a huge premium renewal at GD auction, by mistake.
15 points · 54 replies

---

Sep 17, 2020 · 6 points   #7

**NB**

**NickB**
🔒 It's a mystery
VIP
Impact: 17,476

johnn said: ⊙

May be you can help me.
How can I stop my wife from whining and complaining.

Thanks

She's always complaining according to you, pretty sure you secretly enjoy it...

↩ Reply

6 ⌄   3   Like   1   Thanks   1   Agree   Quick reply

**Blog favorites**

Finding Domain Name Comparator Sales – Part 1
20 points · Bob Hawkes

Top Topics: Pose.com sold for $302k; GoDaddy doubles price of brokerage fee; Two fresh .AI sales; ChatGPT.com sale story; Jeff Gabriel's story at SAW
1 comment · Acroplex

---

Sep 17, 2020 · 3 points   #8

**AK85**
🔒 Top Member
VIP
Impact: 856

lambo.com said: ⊙

Hello, 😊

If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty.

Thanks to my teachers like:

Mr. Frank Schilling

Click to expand...

Hey Lambo! How is it going?

When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 🙏

Amr

↩ Reply

3 ⌄   2   Like   1   Thanks   Quick reply

Top Topics: Afternic suspends user; ICANN layoffs; Moniker relaunches registrar; Bank fraud and domains; Swetha's latest big sale
3 points · Acroplex

☐ Spatial Sidebar (Beta)
The sidebar remains visible by scrolling at a speed relative to the page's height.

---

Sep 17, 2020 · 9 points   #9

**lambo.com**
🔒 Top Member
VIP
Impact: 5,555

Paltzar said: ⊙

May I ask you how to sell your domains, is it through the market, or do you send emails to interested people
and the last one which market do you prefer to sell your domains?

only those who come to the landers by type-in. I don't want to sell on any marketplaces at this point. Not all my domains are actively for sale really, I do incubate, nurture and build too.

To the extent I can say I do outbound, it's on Twitter with promotion of premium domains as an asset class - a key tenet of optimal planning and business strategy for businesses - and from there, shilling some of my crown jewels.

Last edited: Sep 17, 2020

↩ Reply

9 ⌄   7   Thanks   2   Like   Quick reply

---

Sep 17, 2020 · 3 points   #10

**lambo.com**
🔒 Top Member
VIP
Impact: 5,555

AK85 said: ⊙

Hey Lambo! How is it going?

When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 🙏

Amr

haha, can't say that happened on this my friend 😎

↩ Reply

3 ⌄   2   Like   1   Thanks   Quick reply

---

Sep 17, 2020 · 9 points   #11

**Sutruk**
🔒 Top Member
Impact: 12,460

lambo.com said: ⊙

I closed a ~$500k sale for coinex(dotcom), with M.O

Hi Lambo,

First of all thanks for sharing this biggest sale, and congrats for that one!

I remember now seeing your post where you said you rejected an offer of $250k for this domain, but at that moment

Very good negotiation by the way, I could not have rejected a $250k offer! But it's very clear that to reach the $500k, you have to previously reject lower but also tempting offers....

My question would be, on the sale of coinex, did you have a for sale page? or had a running website?
How did the buyer reach to you? and did you get to know who was the buyer before closing the deal?

Thanks in advance and congrats for this sale and for your latest ones, the buybuy and the almi ones!

Last edited: Sep 17, 2020

↻ Reply

| ∧ | 9 | ∨ | « |  | 7 Like | 2 Thanks |

⤺ Quick reply

---

**Samer**
👤 Top Member
VIP
●●●●●●●●●●
Impact: 25,117

🕐 Sep 17, 2020 · ⊙ 5 points          ⤴ · #12

You sold LLLL.com; and reported sales NB;

But you didnt say the actual venue;
which makes a world of difference; even if sold the LLLL LLL.com

Lambo you sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**

i hate that Namebio lied about the venue;
So messed up, @Michael
Neither of them sold at ASZ.com;
Even if sold them; dont appreciate lie venue

| Domain ⇅ | Price ⇅ | Date ▼ | Venue |
|---|---|---|---|
| almi.com | 117,500 USD | 2020-08-14 | ASZ.com |
| almi.com | 3,475 USD | 2018-09-05 | BuyDomai |

| Domain ⇅ | Price ⇅ | Date ▼ | Venue |
|---|---|---|---|
| buybuy.com | 95,000 USD | 2020-08-20 | ASZ.com |

Would you be open to edit Fake News "ASZ" and actually say where listed them & sold?
This blatant lying, even for promotion, is wrong

Where did sell @lambo.com?

Last edited: Sep 17, 2020

↻ Reply

| ∧ | 5 | ∨ | « |  | 5 Like | 1 Thanks | 1 Dislike |

⤺ Quick reply

---

**lambo.com**
👤 Top Member
VIP
Impact: 5,555

🕐 Sep 17, 2020 · ⊙ 3 points          ⤴ · #13

> Samer said: ⊕
>
> Would you be open to edit Fake News "ASZ" and actually say where listed them & sold?
> @lambo.com?

newsmedia.com not open to this, no

Last edited: Sep 17, 2020

↻ Reply

| ∧ | 3 | ∨ | « |  | 2 Like | 1 Thanks |

⤺ Quick reply

---

**Sutruk**
🌍 Top Member
VIP
Impact: 12,460

🕐 Sep 17, 2020 · ⊙ 9 points          ⤴ · #14

> Samer said: ⊕
>
> You sold LLLL.com; and reported sales NB;
>
> But you didnt say the actual venue;
> which makes a world of difference; even if sold the LLLL LLL.com
>
> Lambo you sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**
>
> i hate that Namebio lied about the venue;         Click to expand...

If he managed the sales by himself, I see it normal to report the sales with the name of his company, or like he wants to be identified for that sale.

In fact now I remember other NP members reporting sales made through Afternic but placing their main website name on the sale at Namebio.
I don't see too much problem here, if they are who report the sale, not Afternic or Uniregistry, for example.

Last edited: Sep 17, 2020

↻ Reply

| ∧ | 9 | ∨ | « |  | 4 Like | 4 Agree | 1 Thanks |

⤺ Quick reply

---

🕐 Sep 17, 2020 · ⊙ 6 points          ⤴ · #15

> Sutruk said: ⊕





