# Exhibit N

Reply

21 | 14 Like | 6 Thanks | Quick reply

**AboGamil**
Senior Web Developer
VIP
Impact: 623

Sep 17, 2020 · 3 points #4

May I ask you how to sell your domains, is it through the market, or do you send emails to interested people and the last one which market do you prefer to sell your domains?

Reply

3 | 2 Like | 1 Thanks | Quick reply

**johnn**
WeSellName.com
PRO
VIP
Impact: 11,081

Sep 17, 2020 · 18 points #5

May be you can help me.
How can I stop my wife from whining and complaining.

Thanks

Reply

18 | 16 Like | 1 Thanks | Quick reply

**lambo.com**
Top Member
VIP
Impact: 5,532

Sep 17, 2020 · 12 points #6

> johnn said:
>
> May be you can help me.
> How can I stop my wife from whining and complaining.
>
> Thanks

Utimately it's a shift of perspective that she'll need.

One way to invoke is through gratitude and if that goes up her priority list quickly, I'm sure you'll be fine.

If she can believe it's her own idea, or realization - so will it have staying power. You can't force or wield this. Just grow seeds and own a positive masculinity.

It will need to be in her own self interest, and gratitude is self-serving in bringing perspective for the blessings in one's life - no matter who you are or your predicament.

Good luck.

Reply

12 | 11 Like | 1 Thanks | Quick reply

**NickB**
it's a mystery
VIP
Impact: 17,322

Sep 17, 2020 · 6 points #7

> johnn said:
>
> May be you can help me.
> How can I stop my wife from whining and complaining.
>
> Thanks

She's always complaining according to you, pretty sure you secretly enjoy it...

Reply

6 | 3 Like | 1 Thanks | 1 Agree | Quick reply

**AK85**
Top Member
VIP
Impact: 855

Sep 17, 2020 · 3 points #8

> lambo.com said:
>
> Hello,
>
> If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty.
>
> Thanks to my teachers like:
>
> Click to expand...

Hey Lambo! How is it going?

When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency

Amr

Reply

Which is the best price?
42 replies · 132 voters

## Popular this week

What's your preferred method for verifying SEDO domains?
16 posters · 17 replies

Creative.tech $3k registration fee?
6 posters · 12 replies

Sedo - Offer views vs Uniques. Question on my numbers
6 posters · 15 replies

Why Domain Names are Tough to Sell?
9 posters · 9 replies

Google starting .AND , Thoughts,discussion & news
3 points · 7 replies

## Community favorite

The Top 100 Domain Name Sales in 2023
56 points · Bob Hawkes

COSMOTOWN
cosmotown.com
Unlimited .com domains for $6.99
SEARCH NOW

## Popular this month

Using "POT" when "WEED" is not available?
1 point · 32 replies

2023 UDRP roundup and one more for luck?
49 points · 32 replies

PYZDA.COM got offer. Sell or not?
17 posters · 24 replies

Rick Schwartz answers some questions on why he dipped his toe in the .ai pool
18 points · 23 replies

Bloomberg Finance L.P. v. Igor Gabrielan and his cat Bloomberg
12 posters · 52 replies

## Blog favorites

A Dozen Things To Consider As We Start 2024
3 comments · Bob Hawkes

Top Topics: Domain verification on Sedo; Cemal from Turkey; Premium .tech domain pricing; Afternic verification woes; How hard is it to sell domains?
2 comments · Acroplex

Top Topics: Incorrect WHOIS data; Weed vs. Pot; Rick Schwartz taps .AI; Stop faux listings at Afternic; GoDaddy Auctions & deadbeats
7 points · Acroplex

PI_000643



PI_000644



PI_000645



PI_000646