Exhibit O

Int. Cls.: 9 and 28

Prior U.S. Cls.: 21, 22, 26 and 50

## United States Patent and Trademark Office

Reg. No. 1,375,514
Registered Dec. 17, 1985

### TRADEMARK
### PRINCIPAL REGISTER



NUOVA AUTOMOBILI FERRUCCIO LAM-
BORGHINI, S.P.A. (ITALY CORPORATION)
1/B, VIA MODENA
40019 SANT'AGATA BOLOGNESE
BOLOGNA, ITALY

FOR: AUDIO TAPE CASSETTES, VIDEO-AUDIO TAPE CASSETTES, MAGNETIC AUDIO AND VIDEO TAPE RECORDINGS, TURNTABLES, PHONOGRAPH RECORDS, STEREOPHONIC UNITS, HI-FI AMPLIFIERS, AUDIO AND VIDEO TAPE RECORDERS, LOUD SPEAKERS, JUKE BOXES, RADIO-WIRELESS SETS, AUTO RADIOS, BOBBINS FOR MAGNETIC TAPES AND FILMS, RADIO AND TELEVISION ANTENNAS, SOUND SYN-CHRONIZED LIGHTS, SUNGLASSES, SPECTA-CLE FRAMES, IN CLASS 9 (U.S. CLS. 21 AND 26).

FOR: TOY CARS, VIDEO OUTPUT GAMES SIMULATING AUTO RACING, FOOTBALLS, GOLF CUPS AND FLAGS, GOLF CLUBS, GOLF BALLS, HOCKEY PUCKS, SKIS, SKI BINDINGS, BOBSLEDS, BACKGAMMON SETS, HOCKEY STICKS, TENNIS BALLS, TENNIS NETS, TENNIS TAPES, TENNIS RACQUETS, ICE SKATES, MECHANICAL TOYS, MUSICAL TOYS, DOMINOS, CHECKERS, AND TABLE BOWLING GAMES, IN CLASS 28 (U.S. CLS. 22, 26 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 20906C/81, FILED 8-11-1981, REG. NO. 330527, DATED 2-19-1982, EXPIRES 8-11-2001.

OWNER OF U.S. REG. NO. 1,149,229.

SER. NO. 348,788, FILED 2-5-1982.

DAVID H. STINE, EXAMINING ATTORNEY

LAMBORGHINI_0000001

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,622,382
Registered Nov. 13, 1990

### TRADEMARK
### PRINCIPAL REGISTER

## LAMBORGHINI

AUTOMOBILI LAMBORGHINI SPA (ITALY CORPORATION)
BOLOGNA, ITALY

FOR: AUTOMOBILES AND THEIR STRUC-TURAL PARTS, IN CLASS 12 (U.S. CL. 19).
FIRST USE 10-0-1963; IN COMMERCE 1-0-1965.

OWNER OF U.S. REG. NOS. 1,375,514, 1,428,933 AND OTHERS.
SEC. 2(F).

SER. NO. 74-019,105, FILED 1-16-1990.

R. G. COLE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 3,671,571

Registered Aug. 25, 2009

## TRADEMARK
### PRINCIPAL REGISTER



AUTOMOBILI LAMBORGHINI HOLDING S.P.A. (ITALY CORPORATION)
VIA MODENA, 12
SANT'AGATA BOLOGNESEBO, ITALY 40019

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-30-1982; IN COMMERCE 7-30-1982.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI2007C00909, FILED 9-3-2007.

OWNER OF U.S. REG. NOS. 1,149,229, 1,622,382 AND OTHERS.

THE MARK CONSISTS OF THE WORD "LAMBORGHINI" WITH THE REPRESENTATION OF A BULL ALL WITHIN A SHIELD.

SER. NO. 77-407,493, FILED 2-27-2008.

ERNEST SHOSHO, EXAMINING ATTORNEY

LAMBORGHINI_0000003



# LAMBORGHINI

**Reg. No. 3,707,401** AUTOMOBILI LAMBORGHINI HOLDING S.P.A. (ITALY CORPORATION)
Registered Nov. 10, 2009 VIA MODENA, 12
SANT'AGATA BOLOGNESEBO, ITALY 40019

**Int. Cl.: 28** FOR: MODEL CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-1991; IN COMMERCE 6-1-1991.

**TRADEMARK**
**PRINCIPAL REGISTER** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI2007C00909,
FILED 9-3-2007.

OWNER OF U.S. REG. NOS. 1,149,229, 1,622,382 AND OTHERS.

SEC. 2(F).

SER. NO. 77-407,165, FILED 2-27-2008.

ERNEST SHOSHO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

LAMBORGHINI_0000004

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,717,346**  AUTOMOBILI LAMBORGHINI HOLDING S.P.A. (ITALY CORPORATION)
Registered Dec. 1, 2009  VIA MODENA, 12
SANT'AGATA BOLOGNESEBO, ITALY 40019

**Int. Cls.: 9, 14, 16, 18, 21,**  FOR: MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
**24 and 25**

FOR: KEY HOLDER, PINS, CUFFLINKS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**
**PRINCIPAL REGISTER**  FOR: CALENDAR, POSTER, BOOKS IN THE FIELD OF AUTOMOBILES, PENCILS, PENCIL BOXES, BALL-POINT PENS, PENCIL CASES; PAPER FLAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: PURSES, WALLETS, CREDIT CARD HOLDERS, BUSINESS CARD HOLDERS ALL MADE OF LEATHER; BACKPACKS, BOOK BAGS, DUFFELBAGS, BUM BAGS; UMBREL-LAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CANDLE HOLDER, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTH, NYLON AND FABRIC FLAGS; TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: T-SHIRTS, SWEATSHIRTS, POLO SHIRTS, SWEATER, FOULARDS, SCARVES, GLOVES, BELTS, TIES, CAPS, HATS, JACKETS, COATS, VESTS, ANORAKS, SHOES, BIKINIS, SWIMMING SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI2007C00909, FILED 9-3-2007, REG. NO. 1097474, DATED 2-28-2008, EXPIRES 2-28-2018.

OWNER OF U.S. REG. NOS. 1,149,229, 1,622,382 AND OTHERS.

THE MARK CONSISTS OF THE WORDS "AUTOMOBILI LAMBORGHINI" WITH A REP-RESENTATION OF A BULL ALL WITHIN A SHIELD.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "AUTOMO-BILES".

Director of the United States Patent and Trademark Office

LAMBORGHINI_0000005

**Reg. No. 3,717,346** SER. NO. 77-407,553, FILED 2-27-2008.

ERNEST SHOSHO, EXAMINING ATTORNEY

LAMBORGHINI_0000006

# United States of America

## United States Patent and Trademark Office

### automobili Lamborghini

**Reg. No. 5,677,551**

**Registered Feb. 19, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Automobili Lamborghini S.p.A. (ITALY CORPORATION)
Via Modena, 12
Sant'agatabolognese Bo, ITALY 40019

CLASS 9: audio speakers; audio headphones; audio equipment for vehicles, namely, stereos, speakers, amplifiers, equalizers, crossovers and speaker housings; loud speakers; virtual reality headsets; communications headsets, namely, telephone headsets; earphones and headphones; headsets for use with computers; audio and visual headsets for use in playing video games; audio receivers and radio receivers; display devices, namely, heads-up displays in the nature of transparent electronic displays for use in the projection of data from a mobile device onto a vehicle windshield; television receivers; film and video devices, namely, projectors; apparatus for transmission of sound; apparatus for transmission of images

OWNER OF EUROPEAN UNION , REG. NO. 014422621, DATED 11-16-2015, EXPIRES 07-29-2025

The mark consists of the words "AUTOMOBILI LAMBORGHINI" in special type form.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTOMOBILI"

The English Translation of the word "AUTOMOBILI" in the mark is "automobiles".

SEC. 2(F) as to "LAMBORGHINI"

SER. NO. 87-432,173, FILED 05-01-2017

Director of the United States
Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

LAMBORGHINI_0000008

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**    **DOCUMENTS**    **MAINTENANCE**                                    **Back to Search**              Print

Generated on: This page was generated by TSDR on 2024-01-18 09:52:40 EST

Mark: LAMBORGHINI

US Serial Number: 73348788                                    Application Filing Date: Feb. 05, 1982

US Registration Number: 1375514                                Registration Date: Dec. 17, 1985

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor: 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: Mar. 01, 2016

Publication Date: Oct. 08, 1985

## Mark Information

Mark Literal Elements: LAMBORGHINI

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Design Search Code(s): 03.07.01 - Cows; Cattle; Calf; Calves; Bulls; Oxen; Steers
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon

## Related Properties Information

Claimed Ownership of US 1149229
Registrations:

## Foreign Information

Priority Claimed: Yes

Foreign Application Number: 20906C/81                          Foreign Application Filing Date: Aug. 11, 1981

Foreign Registration Number: 330527                            Foreign Registration Date: Feb. 19, 1982

**LAMBORGHINI_0000009**

Number:

Foreign ITALY
Application/Registration
Country:

Foreign Expiration Date: Aug. 11, 2001

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: [ AUDIO TAPE CASSETTES, VIDEO-AUDIO TAPE CASSETTES, MAGNETIC AUDIO AND VIDEO TAPE RECO
TURNTABLES, PHONOGRAPH RECORDS, STEREOPHONIC UNITS, HI-FI AMPLIFIERS, AUDIO AND VIDEO
LOUD SPEAKERS, JUKE BOXES, RADIO-WIRELESS SETS, AUTO RADIOS, BOBBINS FOR MAGNETIC TAP
RADIO AND TELEVISION ANTENNAS, SOUND SYNCHRONIZED LIGHTS, ] [SUNGLASSES] [ , SPECTACLE F

International Class(es): 009 - Primary Class

U.S Class(es): 021, 023, 026, 036, 038

Class Status: SECTION 8 - CANCELLED

Basis: 44(e)

For: TOY CARS, [ VIDEO OUTPUT GAMES SIMULATING AUTO RACING, FOOTBALLS, GOLF CUPS AND FLAGS,
BALLS, HOCKEY PUCKS, SKIS, SKI BINDINGS, BOBSLEDS, BACKGAMMON SETS, HOCKEY STICKS, TENN
NETS, TENNIS TAPES, TENNIS RACQUETS, ICE SKATES, ] MECHANICAL TOYS, [ MUSICAL TOYS, DOMIN(
TABLE BOWLING GAMES ]

International Class(es): 028 - Primary Class

U.S Class(es): 022, 026, 050

Class Status: ACTIVE

Basis: 44(e)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | Yes | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | Yes |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

Owner Name: AUTOMOBILI LAMBORGHINI S.P.A.

Owner Address: Sant'Agata Bolognese
Via Modena, 12
Bologna ITALY 40019

Legal Entity Type: CORPORATION

State or Country Where ITALY
Organized:

## Attorney/Correspondence Information

LAMBORGHINI_0000010

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Scott J. Slavick | **Docket Number:** LMIP-0068 |
| **Attorney Primary Email Address:** trademarks@bfkn.com | **Attorney Email Authorized:** Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** Scott J. Slavick<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, ILLINOIS United States 60606 | |
| **Phone:** 312-984-3100 | **Fax:** 312-984-3150 |
| **Correspondent e-mail:** trademarks@bfkn.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative**

| | |
|---|---|
| **Domestic Representative Name:** Scott J. Slavick | **Phone:** 312-984-3100 |
| **Fax:** 312-984-3150 | |
| **Domestic Representative e-mail:** trademarks@bfkn.com | **Domestic Representative e-mail Authorized:** Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 12, 2023 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jul. 12, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 12, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 12, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 12, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 12, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 12, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Apr. 30, 2018 | NOTICE OF SUIT | |
| Mar. 01, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 01, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Mar. 01, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 01, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 17, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |

**LAMBORGHINI_0000011**

| Apr. 18, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Sep. 09, 2006 | REVIEW OF CORRESPONDENCE COMPLETE |
| Aug. 21, 2006 | PAPER RECEIVED |
| Jul. 14, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Jul. 14, 2005 | REGISTERED - SEC. 9 GRANTED/CHECK RECORD FOR SEC. 8 |
| Jul. 14, 2005 | REGISTERED - PARTIAL SEC. 8 (10-YR) ACCEPTED |
| Jul. 13, 2005 | ASSIGNED TO PARALEGAL |
| May 16, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| May 16, 2005 | TEAS SECTION 8 & 9 RECEIVED |
| Oct. 29, 1992 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Oct. 14, 1992 | RESPONSE RECEIVED TO POST REG. ACTION |
| Apr. 14, 1992 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 |
| Dec. 11, 1991 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Dec. 17, 1985 | REGISTERED-PRINCIPAL REGISTER |
| Oct. 08, 1985 | PUBLISHED FOR OPPOSITION |
| Sep. 08, 1985 | NOTICE OF PUBLICATION |
| May 20, 1985 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 14, 1985 | EXAMINERS AMENDMENT MAILED |
| Jun. 19, 1984 | LETTER OF SUSPENSION MAILED |
| May 25, 1984 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 25, 1983 | NON-FINAL ACTION MAILED |
| Sep. 22, 1983 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 23, 1983 | ASSIGNED TO EXAMINER |
| Aug. 11, 1982 | NON-FINAL ACTION MAILED |
| Jul. 01, 1982 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE **Date in Location:** Mar. 01, 2016

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

LAMBORGHINI_0000012

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | **Back to Search** | Print |
|---|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2024-01-18 09:52:03 EST

**Mark:** LAMBORGHINI

# LAMBORGHINI

| | | | |
|---|---|---|---|
| **US Serial Number:** 74019105 | | **Application Filing Date:** Jan. 16, 1990 | |
| **US Registration Number:** 1622382 | | **Registration Date:** Nov. 13, 1990 | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 23, 2021

**Publication Date:** Aug. 21, 1990

## Mark Information

**Mark Literal Elements:** LAMBORGHINI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**Claimed Ownership of US Registrations:** 1375514, 1421989, 1423824, 1422763, 1421932, 1428933, 1428157 and others

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** AUTOMOBILES AND THEIR STRUCTURAL PARTS

| **International Class(es):** 012 - Primary Class | **U.S Class(es):** 019 |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Oct. 1963 | **Use in Commerce:** Jan. 1965 |

**LAMBORGHINI_0000013**

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** AUTOMOBILI LAMBORGHINI S.P.A.

**Owner Address:** VIA MODENA, 12
SANT???AGATA BOLOGNESE (BO) ITALY I-40019

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** ITALY

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott J. Slavick

**Docket Number:** LMIP-0066

**Attorney Primary Email Address:** trademarks@bfkn.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott J. Slavick
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, ILLINOIS United States 60606

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Correspondent e-mail:** trademarks@bfkn.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative**

**Domestic Representative Name:** Scott J. Slavick

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Domestic Representative e-mail:** trademarks@bfkn.com

**Domestic Representative e-mail Authorized:** Yes

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

LAMBORGHINI_0000014

| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 05, 2022 | NOTICE OF SUIT |
| Jun. 24, 2021 | NOTICE OF SUIT |
| Apr. 08, 2021 | NOTICE OF SUIT |
| Jan. 23, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Jan. 23, 2021 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) |
| Jan. 23, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 23, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Nov. 02, 2020 | TEAS SECTION 8 & 9 RECEIVED |
| Apr. 30, 2018 | NOTICE OF SUIT |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Jul. 31, 2013 | NOTICE OF SUIT |
| Jan. 28, 2010 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| Jan. 28, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 26, 2010 | TEAS SECTION 8 & 9 RECEIVED |
| Sep. 12, 2008 | NOTICE OF SUIT |
| Sep. 05, 2008 | NOTICE OF SUIT |
| Sep. 05, 2008 | NOTICE OF SUIT |
| Oct. 04, 2007 | CASE FILE IN TICRS |
| Sep. 09, 2006 | REVIEW OF CORRESPONDENCE COMPLETE |
| Aug. 21, 2006 | PAPER RECEIVED |
| Oct. 03, 2001 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Oct. 03, 2001 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jul. 02, 2001 | RESPONSE RECEIVED TO POST REG. ACTION - SEC. 8 & 9 |
| Jan. 31, 2001 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 |
| Jul. 12, 2000 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Jul. 10, 1996 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Feb. 12, 1996 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Nov. 13, 1990 | REGISTERED-PRINCIPAL REGISTER |
| Aug. 21, 1990 | PUBLISHED FOR OPPOSITION |
| Jul. 21, 1990 | NOTICE OF PUBLICATION |
| Jun. 07, 1990 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 29, 1990 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Apr. 06, 1990 | NON-FINAL ACTION MAILED |
| Apr. 04, 1990 | ASSIGNED TO EXAMINER |

LAMBORGHINI_0000015

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

    **Current Location:** GENERIC WEB UPDATE                     **Date in Location:** Jan. 23, 2021

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**LAMBORGHINI_0000016**

> For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**     **DOCUMENTS**     **MAINTENANCE**       **Back to Search**       Print



|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-18 09:52:09 EST |
| **Mark:** | LAMBORGHINI |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77407493 | **Application Filing Date:** | Feb. 27, 2008 |
| **US Registration Number:** | 3671571 | **Registration Date:** | Aug. 25, 2009 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | The registration has been renewed. |
| **Status Date:** | Sep. 26, 2019 |
| **Publication Date:** | Jun. 09, 2009 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LAMBORGHINI |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the word "LAMBORGHINI" with the representation of a bull all within a shield. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 03.07.01 - Cows; Cattle; Calf; Calves; Bulls; Oxen; Steers |
| | 03.07.21 - Stylized cows, buffalo, and other bovines |
| | 03.07.24 - Stylized goats and sheep |
| | 24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon |

## Related Properties Information

**Claimed Ownership of US Registrations:** 1149229, 1375514, 1622382 and others

## Foreign Information

**LAMBORGHINI_0000017**

**Priority Claimed:** Yes

**Foreign Application Number:** MI2007C00909

**Foreign Application Filing Date:** Sep. 03, 2007

**Foreign Application/Registration Country:** ITALY

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Motor vehicles, namely, automobiles and structural parts thereof

**International Class(es):** 012 - Primary Class

**U.S Class(es):** 019, 021, 023, 031, 035, 04

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 30, 1982

**Use in Commerce:** Jul. 30, 1982

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** AUTOMOBILI LAMBORGHINI S.P.A.

**Owner Address:** VIA MODENA, 12, SANT' AGATA BOLOGNESE (BO) ITALY

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** ITALY

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott J. Slavick

**Docket Number:** LMIP-0069

**Attorney Primary Email Address:** trademarks@bfkn.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott J. Slavick
Barack Ferrazzano Kirschbaum & Nagelberg LLP

LAMBORGHINI_0000018

200 West Madison Street, Suite 3900
Chicago, ILLINOIS United States 60606

**Phone:** 312-984-3100        **Fax:** 312-984-3150

**Correspondent e-mail:** **trademarks@bfkn.com**      **Correspondent e-mail** Yes
           **Authorized:**

**Domestic Representative**

**Domestic Representative** Scott J. Slavick         **Phone:** 312-984-3100
       **Name:**

       **Fax:** 312-984-3150

**Domestic Representative** **trademarks@bfkn.com**      **Domestic Representative** Yes
       **e-mail:**            **e-mail Authorized:**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 05, 2022 | NOTICE OF SUIT | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Apr. 08, 2021 | NOTICE OF SUIT | |
| Sep. 26, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 26, 2019 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 26, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 26, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 19, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 25, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Apr. 30, 2018 | NOTICE OF SUIT | |
| Sep. 28, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 28, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 28, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 24, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 31, 2013 | NOTICE OF SUIT | |
| Aug. 25, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 09, 2009 | PUBLISHED FOR OPPOSITION | |

**LAMBORGHINI_0000019**

| May 20, 2009 | NOTICE OF PUBLICATION |
| May 07, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| May 07, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 07, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| May 07, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| May 04, 2009 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 04, 2009 | ASSIGNED TO LIE |
| May 04, 2009 | TEAS REQUEST FOR RECONSIDERATION RECEIVED |
| Dec. 31, 2008 | FINAL REFUSAL MAILED |
| Dec. 30, 2008 | FINAL REFUSAL WRITTEN |
| Dec. 30, 2008 | USE AMENDMENT ACCEPTED |
| Nov. 08, 2008 | AMENDMENT TO USE PROCESSING COMPLETE |
| Nov. 08, 2008 | USE AMENDMENT FILED |
| Nov. 07, 2008 | TEAS AMENDMENT OF USE RECEIVED |
| Nov. 07, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 07, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 07, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 09, 2008 | NON-FINAL ACTION MAILED |
| May 09, 2008 | NON-FINAL ACTION WRITTEN |
| May 09, 2008 | ASSIGNED TO EXAMINER |
| Mar. 04, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Mar. 03, 2008 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Sep. 26, 2019

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**LAMBORGHINI_0000020**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | **Back to Search** | Print |
|---|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2024-01-18 09:52:21 EST

**Mark:** LAMBORGHINI

# LAMBORGHINI

| | | |
|---|---|---|
| **US Serial Number:** 77407165 | **Application Filing Date:** | Feb. 27, 2008 |
| **US Registration Number:** 3707401 | **Registration Date:** | Nov. 10, 2009 |

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Dec. 21, 2019

**Publication Date:** Aug. 25, 2009

## Mark Information

**Mark Literal Elements:** LAMBORGHINI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 1149229, 1375514, 1622382 and others

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** MI2007C00909

**Foreign Application Filing Date:** Sep. 03, 2007

**Foreign Application/Registration Country:** ITALY

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

**LAMBORGHINI_0000021**

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |
|---|---|
| **For:** | Model cars |

| International Class(es): 028 - Primary Class | U.S Class(es): 022, 023, 038, 050 |
|---|---|
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jun. 01, 1991 | **Use in Commerce:** Jun. 01, 1991 |

## Basis Information (Case Level)

| Filed Use: No | Currently Use: Yes |
|---|---|
| Filed ITU: Yes | Currently ITU: No |
| Filed 44D: Yes | Currently 44D: No |
| Filed 44E: No | Currently 44E: No |
| Filed 66A: No | Currently 66A: No |
| Filed No Basis: No | Currently No Basis: No |

## Current Owner(s) Information

| Owner Name: | AUTOMOBILI LAMBORGHINI S.P.A. | |
|---|---|---|
| Owner Address: | VIA MODENA, 12 (BO) SANT'AGATA BOLOGNESE, I-40019 ITALY | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: ITALY |

## Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: Scott J. Slavick | Docket Number: LMIP-0067 |
|---|---|
| Attorney Primary Email Address: trademarks@bfkn.com | Attorney Email Authorized: Yes |

**Correspondent**

| Correspondent Name/Address: | Scott J. Slavick Barack Ferrazzano Kirschbaum & Nagelberg LLP 200 West Madison Street, Suite 3900 Chicago, ILLINOIS United States 60606 | |
|---|---|---|
| Phone: 312-984-3100 | | Fax: 312-984-3150 |
| Correspondent e-mail: trademarks@bfkn.com | | Correspondent e-mail Authorized: Yes |

**Domestic Representative**

| Domestic Representative Name: | Scott J. Slavick | Phone: 312-984-3100 |
|---|---|---|
| Fax: 312-984-3150 | | |

**LAMBORGHINI_0000022**

**Domestic Representative** **trademarks@bfkn.com**
**e-mail:**

**Domestic Representative** Yes
**e-mail Authorized:**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Dec. 21, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 21, 2019 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 21, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Dec. 21, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 08, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 10, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 12, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 12, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 12, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 06, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 10, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 26, 2009 | REVIEW OF CORRESPONDENCE COMPLETE | |
| Aug. 25, 2009 | PUBLISHED FOR OPPOSITION | |
| Aug. 24, 2009 | ASSIGNED TO PETITION STAFF | |
| Aug. 07, 2009 | PAPER RECEIVED | |
| Aug. 05, 2009 | NOTICE OF PUBLICATION | |
| Jul. 22, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jul. 17, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 17, 2009 | USE AMENDMENT ACCEPTED | |
| Jul. 16, 2009 | AMENDMENT TO USE PROCESSING COMPLETE | |
| Jul. 16, 2009 | USE AMENDMENT FILED | |
| Jul. 14, 2009 | PREVIOUS ALLOWANCE WITHDRAWN-TIMELY AAU | |
| Jul. 08, 2009 | TEAS AMENDMENT OF USE RECEIVED | |
| Jul. 09, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

**LAMBORGHINI_0000023**

| Jul. 08, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jul. 08, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 08, 2009 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED |
| Jul. 01, 2009 | INQUIRY AS TO SUSPENSION MAILED |
| Jul. 01, 2009 | SUSPENSION INQUIRY WRITTEN |
| Jul. 01, 2009 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION |
| Jul. 01, 2009 | ASSIGNED TO LIE |
| Dec. 31, 2008 | LETTER OF SUSPENSION MAILED |
| Dec. 30, 2008 | SUSPENSION LETTER WRITTEN |
| Nov. 07, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 07, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 07, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 09, 2008 | NON-FINAL ACTION MAILED |
| May 09, 2008 | NON-FINAL ACTION WRITTEN |
| May 09, 2008 | ASSIGNED TO EXAMINER |
| Mar. 03, 2008 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                              **Date in Location:** Dec. 21, 2019

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**LAMBORGHINI_0000024**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**     **DOCUMENTS**     **MAINTENANCE**           **Back to Search**          Print



Generated on: This page was generated by TSDR on 2024-01-18 09:52:17 EST

Mark: AUTOMOBILI LAMBORGHINI

US Serial Number: 77407553

US Registration Number: 3717346

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:



Status: The registration has been renewed.

Status Date: Jan. 17, 2020

Publication Date: Sep. 15, 2009

Application Filing Date: Feb. 27, 2008

Registration Date: Dec. 01, 2009

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Mark Information

Mark Literal Elements: AUTOMOBILI LAMBORGHINI

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Description of Mark: The mark consists of the words "AUTOMOBILI LAMBORGHINI" with a representation of a bull all within a shield.

Color(s) Claimed: Color is not claimed as a feature of the mark.

Translation: The foreign wording in the mark translates into English as "AUTOMOBILES".

Design Search Code(s): 03.07.01 - Cows; Cattle; Calf; Calves; Bulls; Oxen; Steers
03.07.21 - Stylized cows, buffalo, and other bovines
03.07.24 - Stylized goats and sheep
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon

## Related Properties Information

Claimed Ownership of US Registrations: **1149229**, **1375514**, **1622382** and others

**LAMBORGHINI_0000025**

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | MI2007C00909 | **Foreign Application Filing Date:** | Sep. 03, 2007 |
| **Foreign Registration Number:** | 1097474 | **Foreign Registration Date:** | Feb. 28, 2008 |
| **Foreign Application/Registration Country:** | ITALY | **Foreign Expiration Date:** | Feb. 28, 2018 |

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** mouse pads

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** Key holder, pins, cufflinks made of precious metal

| | | | |
|---|---|---|---|
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** | 002, 027, 028, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** Calendar, poster, books in the field of automobiles, pencils, pencil boxes, ball-point pens, pencil cases; paper flag

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** purses, wallets, credit card holders, business card holders all made of leather; backpacks, book bags, duffelbags,

| | | | |
|---|---|---|---|
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** Candle holder

| | | | |
|---|---|---|---|
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 03? |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** cloth, nylon and fabric flags; towels

| | | | |
|---|---|---|---|
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
| **Class Status:** | ACTIVE | | |

LAMBORGHINI_0000026

**Basis:** 44(e)

**For:** T-shirts, sweatshirts, polo shirts, sweater, foulards, scarves, gloves, belts, ties, caps, hats, jackets, coats, vests, a swimming shorts

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 44(e)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** No | |
| **Filed 44D:** Yes | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** Yes | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** AUTOMOBILI LAMBORGHINI S.P.A.

**Owner Address:** VIA MODENA, 12
SANTAGATA BOLOGNESE (BO) ITALY I40019

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** ITALY

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott J. Slavick

**Docket Number:** LMIP-0057

**Attorney Primary Email Address:** trademarks@bfkn.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott J. Slavick
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, ILLINOIS United States 60606

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Correspondent e-mail:** trademarks@bfkn.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative**

**Domestic Representative Name:** Scott J. Slavick

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Domestic Representative e-mail:** trademarks@bfkn.com

**Domestic Representative e-mail Authorized:** Yes

LAMBORGHINI_0000027

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Jan. 17, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 17, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 17, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 17, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 02, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 01, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 19, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 19, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 12, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 17, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 01, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 15, 2009 | PUBLISHED FOR OPPOSITION | |
| Aug. 26, 2009 | NOTICE OF PUBLICATION | |
| Aug. 07, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Aug. 07, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 06, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 06, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 05, 2009 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| May 26, 2009 | LETTER OF SUSPENSION MAILED | |
| May 26, 2009 | SUSPENSION LETTER WRITTEN | |
| May 20, 2009 | AMENDMENT FROM APPLICANT ENTERED | |
| May 20, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 18, 2009 | PAPER RECEIVED | |
| Apr. 30, 2009 | INQUIRY AS TO SUSPENSION MAILED | |
| Apr. 30, 2009 | SUSPENSION INQUIRY WRITTEN | |
| Apr. 30, 2009 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION | |

**LAMBORGHINI_0000028**

| Apr. 30, 2009 | ASSIGNED TO LIE |
| Oct. 30, 2008 | LETTER OF SUSPENSION MAILED |
| Oct. 29, 2008 | SUSPENSION LETTER WRITTEN |
| Oct. 10, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Oct. 10, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 10, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 09, 2008 | NON-FINAL ACTION MAILED |
| May 09, 2008 | NON-FINAL ACTION WRITTEN |
| May 09, 2008 | ASSIGNED TO EXAMINER |
| Mar. 04, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Mar. 03, 2008 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

     **Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jan. 17, 2020

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**LAMBORGHINI_0000029**

# United States of America
## United States Patent and Trademark Office

### automobili
### Lamborghini

**Reg. No. 5,677,551**

**Registered Feb. 19, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Automobili Lamborghini S.p.A. (ITALY CORPORATION)
Via Modena, 12
Sant'agatabolognese Bo, ITALY 40019

CLASS 9: audio speakers; audio headphones; audio equipment for vehicles, namely, stereos, speakers, amplifiers, equalizers, crossovers and speaker housings; loud speakers; virtual reality headsets; communications headsets, namely, telephone headsets; earphones and headphones; headsets for use with computers; audio and visual headsets for use in playing video games; audio receivers and radio receivers; display devices, namely, heads-up displays in the nature of transparent electronic displays for use in the projection of data from a mobile device onto a vehicle windshield; television receivers; film and video devices, namely, projectors; apparatus for transmission of sound; apparatus for transmission of images

OWNER OF EUROPEAN UNION , REG. NO. 014422621, DATED 11-16-2015, EXPIRES 07-29-2025

The mark consists of the words "AUTOMOBILI LAMBORGHINI" in special type form.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTOMOBILI"

The English Translation of the word "AUTOMOBILI" in the mark is "automobiles".

SEC. 2(F) as to "LAMBORGHINI"

SER. NO. 87-432,173, FILED 05-01-2017

Director of the United States
Patent and Trademark Office

LAMBORGHINI_0000030

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after  the  registration date.   See  15  U.S.C.  §§1058, 1141k.  If  the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

LAMBORGHINI_0000031