# Exhibit P

PI_000609

**DOCUMENT PRODUCED NATIVELY**

PI_000609

**From:** Rudy Bekker <rudy@rudybekker.com>
**Sent:** Monday, April 17, 2023 8:05 AM
**To:** Richard Blair
**Subject:** Re: Lambo.com

What's your best price?

I am super interested

On Mon 17. Apr 2023 at 14:00, Richard Blair <rb@ceec.com> wrote:

I understand. Thanks anyway for your interest and best wishes.

Sent from Proton Mail mobile

-------- Original Message --------
On Apr 17, 2023, 12:57 PM, Rudy Bekker < rudy@rudybekker.com> wrote:

Sure thing!

This is a personal acquisition for my portfolio

https://www.linkedin.com/in/rudybekker

I am a software entrepreneur and investor

What sort of price are you looking for?

I am liquid but 50m is super crazy haha

Rudy

On Mon 17. Apr 2023 at 13:33, Richard Blair <rb@ceec.com> wrote:

> Tell me about the nature of your inquiry, is this a domain name you seek for personal acquisition or do you represent a third party?
>
> Regarding price, I would be agreeable to a near all cash offer if ready to close.
>
> Sent from Proton Mail mobile
>
> -------- Original Message --------
> On Apr 17, 2023, 12:21 PM, Rudy Bekker < rudy@rudybekker.com> wrote:
>
>> Are you negotiable at all?
>>
>> On Mon, Apr 17, 2023 at 1:08 PM Richard Blair <rb@ceec.com> wrote:
>>
>>> my domain
>>>
>>> Sent from Proton Mail mobile
>>>
>>> -------- Original Message --------
>>> On Apr 17, 2023, 10:32 AM, Rudy Bekker < rudy@rudybekker.com> wrote:
>>>
>>>> Is this your domain or are you a broker?
>>>>
>>>> On Mon 17. Apr 2023 at 11:05, Richard Blair <rb@ceec.com> wrote:
>>>>
>>>>> Hello,
>>>>> I am responding to your inquiry. Price as shown, if you are interested you can use the buy now button and checkout via escrow.com. If you have any questions let me know.

Regards,
Richard

Sent from Proton Mail mobile

3