# Exhibit Q



**TM** view

Back | Export | Share by email

< 17 / 3,034 >

View in the original language   Go to: TM-info

## LAMBO

LAMBO

Trade mark status
Registered

Application number
1725887

Registration number
1725887

Kind of IPR
Trade mark

550 Trade mark type
Word

Kind of mark
Individual

Application language code
en

Nice classification
03, 05

### Dates

220 Application date
06/10/2015

151 Registration date
11/05/2016

141 Expiry date
06/10/2025

### Office

Australian Government
IP Australia

View this trade mark in the office of origin

Trade mark office
Australia - IPA

180 Registration office
AU

### Goods and Services

Classification Nice
Nice (2)

Language: English (Original)

03    Skincare cosmetics

05    Vitamin supplements; Vitamins

### Owner

Applicant name
Xiao Jun Ma

Address
3128
Box Hill
VIC

City
Box Hill

State
VIC

Postcode
3128

Address country
AU

### Vienna code

### Representative

Name
AUSTRALIAN ANTARCTIC OCEAN BIO-TECHNOLOGY
PTY LTD

Address
3131
NUNAWADING
VIC

City
NUNAWADING

State
VIC

Postcode
3131

Address country
AU

### Correspondence address

### Publication

### Exhibition priority

### Priority

### International registration transformation

### Seniority

### Opposition

### Recordals

| Event date | Event description |
|---|---|
| 17/07/2020 | Customer amendment made correspondence sent |
| 16/07/2020 | Owner name details updated |
| 16/07/2020 | Full assignment - subsequent owner registered published |
| 10/07/2020 | Full assignment requested |

### Cancellation

### Renewals

| | |
|---|---|
| 11/05/2016 | Register trade mark |
| 11/05/2016 | Application status |
| 03/03/2016 | Id right acceptance published |
| 23/02/2016 | Registration fee (2 classes) |
| 22/02/2016 | Amend status from awaiting advertisement |
| 22/01/2016 | User created notice correspondence sent |
| 22/01/2016 | Clear examination report approved |
| 22/01/2016 | Application accepted correspondence sent |
| 08/10/2015 | Application status |
| 08/10/2015 | Id right filed published |
| 07/10/2015 | Status change to filed |
| 06/10/2015 | Filing elec appl'n for tm - pick list 2 classes |

Appletea

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network⊞ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1 |     **Compatibility     Data protection     Legal notice     About**



| | |
|---|---|
| 25/03/2016 | Register trade mark |
| 25/03/2016 | Application status |
| 18/03/2016 | Registration fee (1 class) |
| 17/03/2016 | Ip right acceptance published |
| 09/03/2016 | Amend status from awaiting advertisement |
| 13/01/2016 | User created notice correspondence sent |
| 13/01/2016 | Clear examination report approved |
| 13/01/2016 | Application accepted correspondence sent |
| 30/10/2015 | General correspondence (application or registration) |
| 28/10/2015 | Ip right filed published |
| 28/10/2015 | Amendment to application/registration |
| 27/10/2015 | Status change to filed |
| 27/10/2015 | Application status |
| 26/10/2015 | Filing elec appl'n for tm - pick list 1 class |

Appeals

Search    Participating offices    Help    Your feedback

EUIPN European Union Intellectual Property Network⊠  |  Avenida de Europa, 4, 03008 Alicante (SPAIN)  |  Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is conditioned and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3.RC1.1     Compatibility    Data protection    Legal notice    About

**TM** view

English (en) ⌄   Sign in   Register

< Back   Export   Share by email

< 15 / 3,034 >

View in the original language    Go to:  TM info ⌄

## LAMBO

**LAMBO**

Trade mark status
Registered

Application number
1811623

Registration number
1811623

Kind of IPR
Trade mark

550 Trade mark type
Word

Kind of mark
Individual

Application language code
en

Nice classification
24, 25

### Dates

220 Application date
24/11/2016

151 Registration date
28/06/2017

141 Expiry date
24/11/2026

### Office

Australian Government
IP Australia

View this trade mark in the office of origin

Trade mark office
Australia - IPA

190 Registration office
AU

### Goods and Services

Classification kind
Nice (2)

Language:  English (Original) ⌄

24    Bed quilts; Quilts; Bed blankets; Underblankets; Blanket throws

25    Boots; Slippers; Shoes; Scarfs

### Vienna code

No information available

### Owner

Applicant name
Xiao Jun MA

Address
3128
BOX HILL
VIC

City
BOX HILL

State
VIC

Postcode
3128

Address country
AU

### Representative

Name
Xiao Jun MA

Address
3128
BOX HILL
VIC

City
BOX HILL

State
VIC

Postcode
3128

Address country
AU

### Correspondence address

No information available

### Publication

No information available

### Exhibition priority

No information available

### Priority

No information available

### International registration transformation

No information available

### Seniority

No information available

### Opposition

No information available

### Recordals

| Event date | Event description |
| --- | --- |
| 06/07/2017 | Ip right registration published |
| 28/06/2017 | Register trade mark |
| 28/06/2017 | Application status |
| 20/04/2017 | Ip right acceptance published |
| 10/04/2017 | Amend status from awaiting advertisement |
| 27/02/2017 | User created notice correspondence sent |

### Cancellations

No information available

### Renewals

No information available

| | | |
|---|---|---|
| 27/03/2017 | | Clear examination report approved |
| 27/03/2017 | | Application accepted correspondence sent |
| 06/12/2016 | | Ip right filed published |
| 28/11/2016 | | Status change to filed |
| 28/11/2016 | | Application status |
| 24/11/2016 | | Filing elec appl'n for tm - pick list 2 classes |

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network‖ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO      This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1      **Compatibility    Data protection    Legal notice    About**



| 09/01/2020 | Amendment to address for service requested |
| 16/11/2017 | Ip right registration published |
| 08/11/2017 | Register trade mark |
| 08/11/2017 | Application status |
| 31/08/2017 | Ip right acceptance published |
| 21/08/2017 | Amend status from awaiting advertisement |
| 21/07/2017 | User created notice correspondence sent |
| 21/07/2017 | Clear examination report approved |
| 21/07/2017 | Application accepted correspondence sent |
| 13/07/2017 | Exam response |
| 20/06/2017 | User created notice correspondence sent |
| 20/06/2017 | Application status |
| 20/06/2017 | Adverse report correspondence sent |
| 20/04/2017 | Ip right filed published |
| 11/04/2017 | Application status |
| 10/04/2017 | Status change to filed |
| 07/04/2017 | Filing elec appl'n for tm - pick list 1 class |

Appeals

Search    Participating offices    Help    Your feedback

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.    **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1    **Compatibility    Data protection    Legal notice    About**



‹ Back   Export    Share by email      ‹ 55 / 3,034 ›      View translation   Go to:   TM info ⌄



**Lambo**

Lambo

Trade mark status
Registered

Application number
1981241

Registration number
1981241

Kind of IPR
Trade mark

550 Trade mark type
Word

Kind of mark
Individual

Application language code
en

Nice classification
34

**Dates**

220 Application date
07/01/2019

151 Registration date
29/11/2019

141 Expiry date
07/01/2029

**Office**

Australian Government
IP Australia

View this trade mark in the office of origin

Trade mark office
Australia - IPA

190 Registration office
AU

**Goods and Services**

Classification kind
Nice

Language: English (Original) ⌄

34    Electrical cigarette lighters (smokers' requisites)

Nimma code

**Owner**

Applicant name
Tonino Lamborghini S.P.A.

Address
Modena (MO)

City
Modena (MO)

Address country
IT

**Representative**

Name
King & Wood Mallesons

Address
2000
Sydney
NSW

City
Sydney

State
NSW

Postcode
2000

Address country
AU

Correspondence address

Publication

Exhibition priority     Priority     International registration transformation

Seniority

**Opposition**

| General info | Applicant details |
|---|---|

Basis of opposition    Opposition to registration

| Opposition event date | Opposition event |
|---|---|
| 04/09/2019 | |
| 04/10/2019 | |

**Recordals**

| Event date | Event description |
|---|---|
| 30/11/2019 | Opposition withdrawn notice (opponent) correspondence sent |
| 30/11/2019 | Opposition withdrawn notice (defendant) correspondence sent |
| 30/11/2019 | Ip right registered correspondence sent |
| 29/11/2019 | Status change to registered/protected |
| 29/11/2019 | Ip right registration published |

Cancellations

Renewals

| | | |
|---|---|---|
| 27/11/2019 | Customer amendment made correspondence sent | |
| 25/11/2019 | Amendment to address for service requested | |
| 25/11/2019 | Customer amendment made correspondence sent | |
| 22/11/2019 | Owner name details updated | |
| 22/11/2019 | Full assignment - subsequent applicant recorded published | |
| 21/11/2019 | Full assignment requested | |
| 02/11/2019 | Grounds and particulars filed notice (opponent) correspondence sent | |
| 02/11/2019 | Grounds and particulars filed notice (domestic defendant) correspondence sent | |
| 04/10/2019 | Statement of grounds and particulars received | |
| 05/09/2019 | Intention to oppose filed notice (opponent) correspondence sent | |
| 05/09/2019 | Intention to oppose filed notice (domestic defendant) correspondence sent | |
| 04/09/2019 | Notice of intention to oppose registration received | |
| 06/07/2019 | Application accepted correspondence sent | |
| 05/07/2019 | Status change to accepted | |
| 05/07/2019 | Ip right has been examined | |
| 05/07/2019 | Ip right acceptance published | |
| 17/01/2019 | Awaiting examination | |
| 07/01/2019 | Trade mark representation updated | |
| 07/01/2019 | Status change to received | |
| 07/01/2019 | Status change to published | |
| 07/01/2019 | Status change to filed | |
| 07/01/2019 | Minimum filing requirements considered | |
| 07/01/2019 | Ip right goods and services items updated | |
| 07/01/2019 | Ip right goods and service classes updated | |
| 07/01/2019 | Ip right filed published | |
| 07/01/2019 | Ip right filed correspondence sent | |
| 07/01/2019 | Application received | |

Appeals

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network‡‡ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO      This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDBVIEW-3.21.5-RC1.1      **Compatibility      Data protection      Legal notice      About**







Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is coordinated and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1     Compatibility   Data protection   Legal notice   About



**LAMBO**

Trade mark status
Registered

Application number
15411111

Registration number
15411111

Kind of IPR
Trade mark

550 Trade mark type
Undefined

Application language code
zh

Nice classification
05

## Dates

220 Application date
24/11/2015

191 Registration date
14/03/2017

141 Expiry date
13/09/2027

## Office

**CNIPA**

View this trade mark in the office of origin

Trade mark office
China - CNIPA

190 Registration office
CN

## Goods and Services

Classification kind
Nice

Language: English

Compare translations

Translation provided by: ● TMclass   ● DeepL

05    Protein supplements for animals; Mineral food supplements; Protein dietary supplements; Dietetic foods adapted for medical purposes; Amino acids for veterinary purposes; Lysine alactuaries; Infant milk powder; Nutritional supplements; Air purifying preparations; Glucose dietary supplements

WIPO/Vienna code

## Owner

Applicant name
澳大利亚南极海洋生物技术有限公司 AUSTRALIAN
ANTARCTIC OCEAN BIO-TECHNOLOGY PTY LTD

Address
澳大利亚维多利亚州努纳瓦丁市诺克路81号
81 Norcal Rd Nunawading Vic 3131 Australia

## Representative

Name
北京细软智谷知识产权代理有限责任公司

Correspondence address

## Publication (2)

| Date | Publication identifier | Section |
|------|------------------------|---------|
| 14/03/2017 | 1540 | Gazette of the trademark registration |
| 13/12/2016 | 1531 | Gazette of preliminary approval of the trademark examination |

Exhibition priority

Priority

International registration transformation

Seniority

Opposition

Recordals

Cancellations

Appeals

Renewals

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is constituted and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.  See Terms and Conditions

TMDSVIEW-3.21.3.RC1.1    Compatibility   Data protection   Legal notice   About



**TM** view

< Back   Export   Share by email

< 25 / 3,034 >

View translation   Go to: TM info

**LAMBO**

# Lambo

Search for trade marks with similar images

Trade mark status
Registered

Application number
18411309

Registration number
18411309

Kind of IPR
Trade mark

550 Trade mark type
Undefined

Application language code
zh

Nice classification
03

**Dates**

220 Application date
24/11/2016

151 Registration date
21/08/2018

141 Expiry date
13/09/2027

**Office**

**CNIPA**

View this trade mark in the office of cnipn

Trade mark office
China - CNIPA

190 Registration office
CN

**Goods and Services**

Classification Nice
Nice

Language   English

Compare translations

Translation provided by: ● TMclass  ● DeepL

03    Cleaning preparations; Vanilla oil; Cosmetics; Facial cleanser; Scented wood; Polishing powder; Dentifrices;
Polishing preparations

Vienna code

**Owner**

Applicant name
澳大利亚南极海洋生物技术有限公司 AUSTRALIAN
ANTARCTIC OCEAN BIO-TECHNOLOGY PTY LTD

Address
澳大利亚缘多利亚州努那威顶市诺克路81号
81 Norcal Rd Nunawading Vic 3131 Australia

**Representative**

Name
北京细软智谷知识产权代理有限责任公司

Correspondence address



**Publication (2)**

| Date | Publication identifier | Section |
|---|---|---|
| 21/08/2018 | 1612 | Gazette of the trademark registration |
| 13/12/2016 | 1531 | Gazette of preliminary approval of the trademark examination |

Exhibition priority            Priority            International registration transformation

Seniority

Opposition

Recordals            Cancellations

Appeals            Renewals

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network  |  Avenida de Europa, 4, 03008 Alicante (SPAIN)  |  Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools do not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3.RC1.1   **Compatibility   Data protection   Legal notice   About**







**TM** view

Back   Export   Share by email   < 49 / 3,034 >   view translation   Go to: TM info

**LAMBO**

Trade mark status
Registered

Application number
23237546

Registration number
23237546

Kind of IPR
Trade mark

880 Trade mark type
Undefined

Application language code
zh

Nice classification
24

# LAMBO

Search for trade marks with similar images

**Goods and Services**

Classification Nice

Language  English

Compare translations

Translation provided by: ● TMclass ● DeepL

24   Door curtains; Cloth; Fabric; Felt; Bed linen; mattress cover; Quilts; Bath towel; Wall hangings of textile; Towels of textile.

Vienna code

**Dates**

220 Application date
10/07/2017

151 Registration date
07/10/2018

141 Expiry date
06/10/2028

**Office**

View this trade mark in the office of origin

Trade mark office
China - CNIPA

190 Registration office
CN

**Owner**

Applicant name
澳大利图海权海洋生物技术有限公司 AUSTRALIAN
ANTARCTIC OCEAN BIO-TECHNOLOGY PTY LTD

Address
澳大利亚维多利亚州纽纳瓦丁市诺克斯路81号
81 Norcal Rd Nunawading Vic 3131 Australia

**Representative**

Name
北京信软慧谷知识产权代理有限责任公司

Correspondence address

**Publication (2)**

| Date | Publication identifier | Section |
|---|---|---|
| 07/10/2018 | 1618 | Gazette of the trademark registration |
| 06/07/2018 | 1606 | Gazette of preliminary approval of the trademark examination |

Exhibition priority

Priority

International registration transformation

Seniority

Opposition

Records

Cancellations

Appeals

Renewals

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.  **See Terms and Conditions**

TMDSVIEW-3.21.3.RC1.1   **Compatibility   Data protection   Legal notice   About**














**TM** view

− | A- | + | English (en) ⌄ | Sign in | Register

< Back   Export   Share by email   ‹ 77 / 3034 ›   View translation   Go to: TM info ⌄   ⌃



**LAMBO**

Trade mark status
Registered

Application number
72200981

Registration number
72200981

Kind of IPR
Trade mark

900 Trade mark type
Undefined

Application language code
zh

Nice classification
10

🔍 Search for trade marks with similar images

**Dates**

220 Application date
16/06/2023

151 Registration date
21/03/2024

141 Expiry date
20/03/2034

**Office**

CNIPA

View this trade mark in the office of origin

Trade mark office
China - CNIPA

190 Registration office
CN

**Goods and Services**

Classification Kind
Nice

Language  English ⌄          Compare translations

Translation provided by ● TMclass ● DeepL

10    Veterinary apparatus and instruments; Thread, surgical; Medical apparatus and instruments; Dental apparatus, electric; Obstetric apparatus for cattle; Surgical apparatus and instruments; Suture materials; Dental apparatus and instruments; Catgut; Bolting guns

**Owner**

Applicant name
常州蓝�godno器械有限公司

Address
江苏省常州市钟楼区邹区镇广深路112号（21幢-2号）

**Representative**

Name
山东八维知产云网络科技有限公司

Vienna code

Correspondence address

**Publication (2)**

| Date | Publication identifier | Section |
|---|---|---|
| 21/03/2024 | 1880 | Gazette of the trademark registration |
| 20/12/2023 | 1868 | Gazette of preliminary approval of the trademark examination |

Exhibition priority        Priority        International registration transformation

Seniority

Opposition

Amendments        Cancellations

Appeals        Renewals

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network |  Avenida de Europa, 4, 03008 Alicante (SPAIN) |  Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.  **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1    Compatibility   Data protection   Legal notice   About



English (en) ∨    Sign in   Register

< Back    Export    Share by email        ⟨ 64 / 3,034 ⟩        View translation    Go to: TM info ∨

**Lambo**

Lambo

Trade mark status
Registration published

Status date
01/03/2017

Application number
534614

Registration number
358778

550 Trade mark type
Word

Kind of mark
Individual

Application language code
CS

Nice classification
1, 5

**Dates**

220 Application date
17/10/2016

151 Registration date
01/03/2017

Opposition period start date
23/11/2016

Show more

**Office**

View this trade mark in the office of origin

Trade mark office
Czech Republic - IPOCZ

190 Registration office
CZ

**Goods and Services**

Language   English  ∨                    Compare translations

Translation provided by:  ● TMclass  ● DeepL

1     agrochemicals other than fungicides, herbicides, insecticides and parasite control products, biological
preparations other than for medical and veterinary purposes, chemicals for scientific purposes (other than for
medical and veterinary purposes), Chemicals for forestry purposes, except fungicides, insecticides and parasiticides,
artificial fertilizers, fertilizing preparations, horticultural chemicals, except fungicides, herbicides, insecticides and
parasiticides, industrial chemicals, all included in this class.

5     insecticides, germicides, herbicides, algicides, parasiticides, pesticides and weed killers, fungicides, growth
regulators

**Owner**

Organisation name
AgriStar - agrochemicals s.r.o.

Applicant identifier
101789864

Address
C. p. 98

City
Liboš

Postcode
78313

Address country
CZ

**Vienna code**

**Representative**

Name
Ing. Petr Soukup, patentový zástupce

Representative identifier
101789865

Address
tř. Svobody 43/39

City
Olomouc

Postcode
77900

Address country
CZ

**Correspondence address**

**Publication (2)**

| Date | Publication identifier | Section |
|---|---|---|
| 23/11/2016 | CZ2016/47 | Application |
| 15/03/2017 | CZ2017/11 | Registration |

**Exhibition priority**              **Priority**              **International registration transformation**

**Seniority**

**Opposition**

**Records**              **Cancellations**

**Appeals**              **Renewals**

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1      Compatibility   Data protection   Legal notice   About

   

Export   Alerts   Tags   Share by email   View translation   Go to:   TM info 

‹ Back   ‹ of 215 ›

## LAMBO

 Certificates

### LAMBO

**Trade mark status**
Registered

**Status date**
22/01/2007

**Application number**
004873394

**550 Trade mark type**
Word

**Kind of mark**
Individual

**Application language code**
nl

**Second language**
fr

**Application reference**
3042429RO

**Nice classification**
5

**Acquired distinctiveness**
false

Show more

8 Case-Law Results ⌄

### Dates

**220 Application date**
26/01/2006

**151 Registration date**
16/01/2007

**141 Expiry date**
26/01/2026

Show more

### Office



View this trade mark in the office of origin
Office of Origin case-law

**Trade mark office**
EUIPO - EUIPO

**190 Registration office**
EM

### Owner

**Organization name**
LAMBO LABORATORIA naamloze vennootschap (in french LAMBO LABORATOIRES)

**Applicant incorporation country code**
BE

## Goods and Services

Language: English ▾          Compare translations

Translation provided by:     TMclass     DeepL

5     Pharmaceutical and veterinary preparations; Sanitary preparations for medical purposes; Dietetic substances adapted for medical use, food for babies; Plasters, materials for dressings

### Vienna code

No information available

Applicant identifier
247829

841 Applicant nationality code
BE

842 Applicant legal entity
Legal Entity

Address
Pieter De Smethstraat 7

City
Antwerpen (Borgerhout)

Postcode
2140

Address country
BE

## Representative

Name
GEVERS

Representative incorporation country code
BE

Representative identifier
10580

Legal entity
Legal Person

Representative kind
Association

Representative nationality code
BE

Address
De Kleetlaan 7A (4e verdieping) Pegasus Park

City
Diegem

Postcode
1831

Address country
BE

**Correspondence address**

No information available

## Publication (6)

| Date | Publication identifier | Section |
|------|------------------------|---------|
| 07/08/2006 | 2006/032 | A.1 |
| 22/01/2007 | 2007/003 | B.2 |
| 13/08/2007 | 2007/041 | C.8.1 |
| 28/06/2012 | 2012/121 | C.2.1 |
| 30/12/2015 | 2015/247 | D.1 |
| 30/04/2024 | 2024/082 | C.2.1 |

**Exhibition priority**

No information available

**Priority**

No information available

**International registration transformation**

No information available

## Seniority

| Country | Application date | Seniority application number | Seniority filing date | Registration number | Priority date | Internation trade mark |
|---------|------------------|------------------------------|-----------------------|---------------------|---------------|------------------------|
| BX | | | 31/12/1971 | 101653 | | EU |

1-1 1

**Opposition**

No information available

## Recordals (2)

⌄ Kind of record

**Cancellations**

No information available

**Representative - Change of name and professional address**

Record identifier | Status | Status date
025546089 | Published | 30/04/2024

Show more

## Appeals

No information available

### Renewals

⌄ Kind of record
**Renewal - Total Renewal**

Record identifier | Status | Status date
009642995 | Trade mark renewed | 30/12/2015

Show more

---

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network↗

Avenida de Europa, 4, 03008 Alicante (SPAIN)

Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1   Compatibility   Data protection   Legal notice   About



## LAMBO

**LAMBO**

Trade mark status
Registered

Status date
22/01/2007

Application number
004873994

550 Trade mark type
Word

Kind of mark:
Individual

Application language code
nl

Second language
fr

Application reference
3042429RO

Nice classification:
5

Acquired distinctiveness
false

Show more

⌄ 7 Case-Law Results

### Dates

220 Application date
26/01/2006

151 Registration date
16/01/2007

141 Expiry date
26/01/2026

Show more

### Office



View this trade mark in the office of origin
Office of origin case-law

Trade mark office
EUIPO - EUIPO

190 Registration office
EM

### Goods and Services

Language   English ⌄        Compare translations

Translation provided by  ● TMclass  ● DeepL

5        Pharmaceutical and veterinary preparations; Sanitary preparations for medical purposes; Dietetic substances adapted for medical use, food for babies, Plasters, materials for dressings

Vienna code

### Owner

Organisation name
LAMBO LABORATORIA naamloze vennootschap (in french LAMBO LABORATOIRES)

Applicants incorporation country code
BE

Applicants identifier
247829

841 Applicant nationality code
BE

842 Applicant legal entity
Legal Entity

Address
Pieter De Smethstraat 7

City
Antwerpen (Borgerhout)

Postcode
2140

Address country
BE

### Representative

Name
GEVERS

Representative incorporation country code
BE

Representative identifier
10500

Legal entity
Legal Person

Representative kind
Association

Representative nationality code
BE

Address
De Kleetlaan 7A (4e verdieping) Pegasus Park

City
Diegem

Postcode
1831

Address country
BE

Correspondence address

### Publication (6)

| Date | Publication identifier | Section |
|---|---|---|
| 07/08/2006 | 2006/032 | A.1 |
| 22/01/2007 | 2007/003 | B.2 |
| 13/08/2007 | 2007/041 | C.8.1 |
| 28/06/2012 | 2012/121 | C.2.1 |
| 30/12/2015 | 2015/247 | D.1 |
| 30/04/2024 | 2024/082 | C.2.1 |

Exhibition priority        Priority        International registration transformation

## Seniority

| Country | Application date | Seniority application number | Seniority filing date | Registration number | Priority date | International trade mark | Partial Seniority | Status |
|---|---|---|---|---|---|---|---|---|
| BX | | | 31/12/1971 | 101653 | | EU | false | Accepted |

«‹ 1-1 1 ›

## Opposition

## Recordals (2)

⌄ Kind of record
Representative - Change of name and professional address

| Record identifier | Status | Status date |
|---|---|---|
| 029546089 | Published | 30/04/2024 |

Show more

## Cancellations

## Appeals

## Renewals

⌄ Kind of record
Renewal - Total Renewal

| Record identifier | Status | Status date |
|---|---|---|
| 009642995 | Trade mark renewed | 30/12/2015 |

Show more

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network⁞⁞ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1   |   **Compatibility   Data protection   Legal notice   About**









Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1    **Compatibility    Data protection    Legal notice    About**



Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network⤢ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.    **See Terms and Conditions**

TM2SVIEW-3.21.5-RC1.1      **Compatibility      Data protection      Legal notice      About**



Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network⊠  │  Avenida de Europa, 4, 03008 Alicante (SPAIN)  │  Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.5-RC1.1      **Compatibility**    **Data protection**    **Legal notice**    **About**



TM view

‹ Back    Export    Share by email    ‹ 40 / 3,034 ›    View translation    Go to:  TM info ▾

### LAMBO



LAMBO

Search for trade marks with similar images

Trade mark status
**Registered**
Status date
08/01/2024
Application number
990790
Registration number
990790
Kind of IPR
Trade mark
510 Trade mark type
Combined
Kind of mark
Individual
Application language code
en
Nice classification
03, 24

**Dates**
220 Application date
07/01/2014
151 Registration date
08/07/2014
141 Expiry date
07/01/2024

Show more

**Office**

NEW ZEALAND INTELLECTUAL PROPERTY OFFICE

View this trade mark in the office of origin

Trade mark office
New Zealand - IPONZ
190 Registration office
NZ

**Owner**
Applicant name
Australian Antarctic Ocean Bio-Technology Pty Ltd
Applicant incorporation country code
AU
Applicant identifier
3052133
842 Applicant legal entity
Overseas Company
Address
81 Norcal Road
City
Nunawading VIC
Postcode
3131
Address country
AU

**Representative**

**Correspondence address**
City
Kaitaia
Street
PO Box 384

Show more

### Goods and Services

Classification kind
Nice (2)
Classification version
10

Language  English (Original) ▾

03    Skincare cosmetics; Skincare preparations (cosmetic).

24    Bed quilts; bed blankets; bed blankets made of wool.

### Vienna code

01.15.15    Drops
27.05.04    Letters embellished or decorated with a drawing

**Publication**

**Exhibition priority**

**Priority**

**International registration transformation**

**Seniority**

**Opposition**

### Recordals (5)
Kind of record
**TM Expired / Restorable**
Show more

**Cancellation**

**Appeals**

**Renewals**

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1       **Compatibility**     **Data protection**     **Legal notice**     **About**



TM view

English (en) ▼    Sign in    Register

‹ Back   Export   Share by email          ‹ 51 / 3,034 ›          View translation   Go to:  TM info ▼

**LAMBO**

LAMBO

Trade mark status
Registered

Status date
11/09/2006

Application number
200601539

Registration number
236450

Kind of IPR
Trade mark

550 Trade mark type
Word

Application language code
FO

Nice classification
24, 27

**Dates**

220 Application date
14/02/2006

191 Registration date
11/09/2006

141 Expiry date
11/09/2026

Show more

**Office**

patent trademark design
Norwegian Industrial
Property Office

View this trade mark in the office of origin

Trade mark office
Norway - NIPO

190 Registration office
NO

**Goods and Services**

Language   English ▼          Compare translations

Translation provided by:  ● TMclass  ● DeepL

24   Textiles and substitutes for textiles

27   carpets, rugs, mats, linoleum and other floor coverings, wallpaper

**Vienna code**
No information available

**Owner**

Applicant name
Inhouse Group AS

Address
Postboks 8

City
GJERDRUM

Postcode
2024

Address country
NO

**Representative**

Name
Advokatfirmaet Øiland & Co DA

Address
Postboks 63

City
LILLESTRØM

Postcode
2001

Address country
NO

**Correspondence address**
No information available

**Publication**
No information available

**Exhibition priority**
No information available

**Priority**
No information available

**International registration transformation**
No information available

**Seniority**
No information available

**Opposition**
No information available

**Record data**
No information available

**Classification**
No information available

**Appeals**
No information available

**Renewals**

∨   Kind of record
Renewal

Record identifier          Status          Status date
1079064

Show more

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network‼ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMI2VIEW-3.21.3-RC1.1      Compatibility   Data protection   Legal notice   About





**LAMBO**

LAMBO

Trade mark status
Registered

Status date
16/01/2007

Application number
UK00904873394

Registration number
UK00904873394

550 Trade mark type
Word

Kind of mark
Individual

Application language code
en

Nice classification
5

Series of

Acquired distinctiveness
false

**Dates**

220 Application date
26/01/2006

151 Registration date
16/01/2007

141 Expiry date
26/01/2026

**Office**

Intellectual Property Office

View this trade mark in the office of origin

Trade mark office
United Kingdom - UKIPO

190 Registration office
GB

**Goods and Services**

Language   English (Original)

5    Pharmaceutical and veterinary preparations; sanitary preparations for medical purposes; dietetic substances adapted for medical use; food for babies; plasters; materials for dressings.

**Vienna code**

No information available

**Owner**

Applicant name
LAMBO LABORATORIA naamloze vennootschap (in french LAMBO LABORATOIRES)

Applicant incorporation country code
BE

Applicant identifier
701562

Address
Pieter De Smethstraat 7
Antwerpen (Borgerhout)
2140

Address country
BE

**Representative**

Name
Stevens, Hewlett & Perkins

Representative identifier
13763

Address
First Floor
St Bartholomew's House
Lewins Mead
Bristol
BS1 2NH

Address country
GB

**Correspondence address**

No information available

**Publication**

No information available

**Exhibition priority**

No information available

**Priority**

No information available

**International registration transformation**

No information available

**Seniority**

No information available

**Opposition**

No information available

**Recordals**

No information available

**Cancellations**

No information available

**Appeals**

No information available

**Renewals**

No information available

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network☰ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect. **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1     **Compatibility     Data protection     Legal notice     About**



**TM** view

Back | Export | Share by email

‹ 11 / 3,034 ›

View in the original language | Go to: TM info ▼

---

**LAMBO**

Trade mark status
Registered

Status date
28/05/2019

Application number
88159601

Registration number
5762842

Kind of IPR
Trade mark

560 Trade mark type
Combined

Kind of mark
Individual

Mark image description
The mark consists of wording "LAMBO" in stylized form in blue color, and the letter "O" designed like a razor head in blue color.

Application language code
en

Nice classification
008

Show more

**Dates**

220 Application date
18/10/2018

151 Registration date
28/05/2019

Opposition period start date
12/08/2019

**Office**

UNITED STATES
PATENT AND TRADEMARK OFFICE

**uspto**

View this trade mark in the office of origin

Trade mark office
United States - USPTO

190 Registration office
US

**Goods and Services**

Classification kind
Nice

Language  English (Original) ▼

manicure sets; razor blades; razors, electric or non-electric; side arms, not including firearms, namely, swords, tableware, namely, knives, forks and spoons; household knives

Classification kind
Domestic (3)

Language  English (Original) ▼

008   Cutlery, Machinery, Tools and Parts Thereof

026   Jewelry and Precious-metal Wares

044   Dental, Medical and Surgical Appliances

**Owner**

842 Applicant legal entity
Other (indicates entity-statement should appear)

Address
4F, Building D, Maoyuan Industrial Parkhuanguan south Road, Guanlan street

City
Shenzhen City

Postcode
518000

Address country
CN

**Representative**

**Correspondence address**

Address
DENG XIU FANG, SHENZHEN INTELLEC SHICHANG 1ST ROAD B; 17E BUILDING2 CHENG SHENZHEN CITY;
518000

**Vienna code**

15.03.02   .

27.03.05   .

**Publication (2)**

| Date | Publication identifier | Section |
|------|------------------------|---------|
| 28/05/2019 | | Registration |
| 12/08/2019 | | Application |

**Exhibition priority**

**Priority**

**International registration transformation**

**Seniority**

**Opposition**

**Recordals**

| Event date | Event description |
|------------|-------------------|
| 28/05/2019 | Registered-principal register |
| 12/08/2019 | Published for opposition |
| 12/08/2019 | Official gazette publication confirmation e-mailed |
| 20/02/2019 | Notification of notice of publication e-mailed |
| 29/01/2019 | Assigned to examiner |
| 29/01/2019 | Approved for pub - principal register |
| 31/10/2018 | Notice of design search code e-mailed |
| 30/10/2018 | New application office supplied data entered in tram |
| 22/10/2018 | New application entered in tram |

**Cancellations**

**Renewals**



Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network⊡ │ Avenida de Europa, 4, 03008 Alicante (SPAIN) │ Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO      This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1      Compatibility   Data protection   Legal notice   About

▲ Back to top





The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1    Compatibility   Data protection   Legal notice   About