Exhibit R



1MDSVIEW-3.21.3.RC1.1   Compatibility   Data protection   Legal notice   About



Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network⊡ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO     This website is coordinated and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1     Compatibility     Data protection     Legal notice     About





| 18/10/2022 | Status change to accepted |
| 18/10/2022 | General correspondence sent |
| 18/10/2022 | Examination expedited |
| 18/10/2022 | Early acceptance notice correspondence sent |
| 17/10/2022 | Ip right goods and services items updated |
| 17/10/2022 | Ip right goods and service classes updated |
| 17/10/2022 | Ip right amendment made, correspondence sent |
| 17/10/2022 | Awaiting examination |
| 11/10/2022 | Expedite work initiated |
| 07/10/2022 | Trade mark representation updated |
| 07/10/2022 | Status change to received |
| 07/10/2022 | Status change to published |
| 07/10/2022 | Status change to filed |
| 07/10/2022 | Minimum filing requirements considered |
| 07/10/2022 | Ip right filed published |
| 07/10/2022 | Ip right filed correspondence sent |
| 07/10/2022 | Ip right amendment requested |
| 07/10/2022 | Application received |

REFRESH

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network:: | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1   Compatibility   Data protection   Legal notice   About



EUIPN European Union Intellectual Property Network⊠ │ Avenida de Europa, 4, 03008 Alicante (SPAIN) │ Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO      This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1        **Compactibility**   **Data protection**   **Legal notice**   **About**















**TM** view

**BABY LAMBO**

Trade mark status:
Registered

Application number:
12364828

Registration number:
12364828

Kind of IPR:
Trade mark

550 Trade mark type:
Word

Application language code:
zh

Nice classification:
25

Baby Lambo

Search for trade marks with similar images

**Goods and Services**

Classification Kind:
Nice

Language: English

Compare translations

Translation provided by: ● TMclass ● DeepL

25   gloves; Shoes; Scarfs; Hosiery; Children's clothing; Clothing; Panty hose; Layettes [clothing]; Belts [for clothing]; Hats

Vienna code:

**Dates**

220 Application date:
10/05/2013

151 Registration date:
07/02/2016

141 Expiry date:
06/10/2024

**Office**

View this trade mark in the office of origin

Trade mark office:
China - CNIPA

190 Registration office:
CN

**Owner**

Applicant name:
天台瑞润源汽车用品有限公司

Address:
浙江省台州市天台县福溪街道上杭村1-11号

**Representative**

Name:
宁波天一商标事务有限公司

**Correspondence address**

**Publication (2)**

| Date | Publication identifier | Section |
|---|---|---|
| 07/02/2016 | 1490 | Gazette of the trademark registration |
| 06/07/2014 | 1414 | Gazette of preliminary approval of the trademark examination |

**Exhibition priority**

**Priority**

**International registration transformation**

**Seniority**

**Opposition**

**Appeals**

**Cancellations**

**Status**

**Renewals**

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network‡ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1   **Compatibility   Data protection   Legal notice   About**





**TM** view

< Back   Export   Share by email   < 102 / 3,034 >   View translation   Go to: TM info ⌄

### LAMBO GINDEN

# LAMBO GINDEN

Trade mark status
Registered

Application number
18728197

Registration number
18728197

Kind of IPR
Trade mark

860 Trade mark type
Undefined

Application language code
zh

Nice classification:
09

🔍 Search for trade marks with similar images

### Dates

220 Application date
28/12/2015

151 Registration date
07/02/2017

141 Expiry date
06/00/2027

### Office

**CNIPA**

View this trade mark in the office of origin

Trade mark office
China – CNIPA

190 Registration office
CN

### Goods and Services

Classification kind
Nice

Language: English ⌄                    Compare translations

Translation provided by: ● TMclass  ● DeepL

09   Batteries, electric, for vehicles; Spectacle frames; 3D spectacles; Sunglasses; Eyeglass frames; Eyepieces; Spectacles (optics); Semi-conductors; Spectacle lenses; Telescopes

Vienna code

### Owner

Applicant name
戴思琴

Address
浙江省台州市椒江区前所街道�616村1++号

### Representative

Name
台州海权知识产权代理有限公司

Correspondence address

### Publication (2)

| Date | Publication identifier | Section |
|---|---|---|
| 07/02/2017 | 1838 | Gazette of the trademark registration |
| 08/11/2016 | 1526 | Gazette of preliminary approval of the trademark examination |

Exhibition priority

Priority

International registration transformation

Seniority

Opposition

Amend<...>

Corrections

Status

Renewals

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network  |  Avenida de Europa, 4, 03008 Alicante (SPAIN)  |  Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect. **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1   Compatibility   Data protection   Legal notice   About





**TM** view



Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network‖ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre; +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect. **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1   **Compatibility   Data protection   Legal notice   About**



EUIPN European Union Intellectual Property Network‡ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions



‹ 124 / 3,034 ›

**LUCKY LAMBO**

Lucky Lambo

Search for trade marks with similar images

Trade mark status
Registered

Application number
53272572

Registration number
53272572

Kind of IPR
Trade mark

390 Trade mark type
Undefined

Application language code
zh

Nice classification:
25

**Dates**

220 Application date
25/01/2021

151 Registration date
21/09/2021

141 Expiry date
20/09/2031

**Office**

CNIPA

View this trade mark in the office of origin

Trade mark office
China - CNIPA

150 Registration office
CN

**Goods and Services**

Classification kind
Nice

Language: English

Compare translations

Translation provided by: ● TMclass  ● DeepL

25 Hosiery, Sandals, Shoes, Canvas shoes, Boots, Slippers, Sports shoes, men's shoes, women's shoes, leather shoes

**Vienna code**

**Owner**

Applicant name
广州奉运兰博鞋业贸易有限公司

Address
广东省越秀区福台桐进大街18号701房

**Representative**

Name
广州中真软件科技有限公司

**Correspondence Address**

**Publication (2)**

| Date | Publication identifier | Section |
|------|------------------------|---------|
| 21/09/2021 | 1760 | Gazette of the trademark registration |
| 20/09/2021 | 1748 | Gazette of preliminary approval of the trademark examination |

**Exhibition priority**

**Priority**

**International registration transformation**

**Seniority**

**Opposition**

**Amendats**

**Cancellations**

**Appeals**

**Renewals**

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network  |  Avenida de Europa, 4, 03008 Alicante (SPAIN)  |  Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect. **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1   Compatibility   Data protection   Legal notice   About

**TM** view



‹ Back   Export   Share by email   ‹ 127 / 3,034 ›   View translation   Go to: TM info ▾

### LUCKY LAMBO

## Lucky Lambo

[ 🔍 Search for trade mark with similar images ]

Trade mark status
Registered

Application number
57369026

Registration number
57369026

Kind of IPR
Trade mark

390 Trade mark type
Undefined

Application language code
zh

Nice classification
18

### Dates

220 Application date
01/07/2021

151 Registration date
21/01/2022

141 Expiry date
20/01/2032

### Office

**CNIPA**

View this trade mark in the office of origin

Trade mark office
China - CNIPA

190 Registration office
CN

### Goods and Services

Classification kind
Nice

Language: English ▾         Compare translations

Translation provided by ● TMclass  ● DeepL

18   leather suitcase; Umbrellas; suitcase with wheels; Pocket wallets; Bags; Backpacks; Purses; Travelling bags; business card holder; Shopping bags

### Owner

Applicant name
广州卓运兰箱鞋业贸易有限公司

Address
广东省越秀区场白朗进大街18号701房

### Representative

Name
广州申真软件科技有限公司

### Vienna code

### Correspondence Address

### Publication (2)

| Date | Publication identifier | Section |
|------|------------------------|---------|
| 21/01/2022 | 1778 | Gazette of the trademark registration |
| 20/10/2021 | 1764 | Gazette of preliminary approval of the trademark examination |

### Exhibition priority

### Priority

### International registration transformation

### Seniority

### Opposition

### Amendials

### Cancellations

### Publish

### Renewals

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network¦¦ | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.  **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1   **Compatibility   Data protection   Legal notice   About**













**TM** view

< Back   Export   Share by email

< 120 / 3,034 >

View translation   Go to: TM info

## JAMBO LAMBO

### JAMBO LAMBO

Trade mark status
Registered

Applicant number
2005-7379

Registration number
154348

Kind of IPR
Trade mark

550 Trade mark type
Word

Kind of mark
Individual

Application language code
ES

Nice classification
09

### Dates

220 Application date
26/09/2005

151 Registration date
01/12/2006

141 Expiry date
01/12/2016

### Office



**REGISTRO NACIONAL**
REPÚBLICA DE
COSTA RICA

View this trade mark in the office of origin

Trade mark office
Costa Rica - RNPCR

190 Registration office
CR

## Goods and Services

Classification kind
Nice

Language: Español (Original)

09    Programas de cómputo (software), incluyendo programas de cómputo para el monitoreo y seguimiento y control estadístico de llamadas telefónicas, comunicaciones por correo electrónico y visitas hechas por clientes y otros sujetos en un establecimiento comercial o de servicios y de su respectiva conversión en ventas, incluyendo hoteles y otras entidades de servicios; equipo y programas de cómputo para el procesamiento de datos, discos compactos de audio y video, discos compactos pro memoria temporal (CD-ROMS), discos de video digital (DVD), publicaciones y reportes electrónicos, medios ópticos y magnéticos para data, boletines electrónicos de noticias.

### Vienna code

*No information available*

### Owner

Applicant name
Roberts Strachan & Associates, S.A.

841 Applicant nationality code
CR

Address
Sabana Sur, San José, de la oeste de ARESEP, 100 mts al sur, CR

Address country
CR

### Representative

Name
WILLIAN DAYTON ROBERTS STRACHAN Y MAVRIQUE ROBERTS CASTRO

Legal entity
Physical person

Representative kind
Other

Representative nationality code
CR

Address
CR

Address country
CR

### Correspondence address

*No information available*

### Publication

*No information available*

### Exhibition priority

*No information available*

### Priority

*No information available*

### International registration transformation

*No information available*

### Seniority

*No information available*

### Opposition

*No information available*

### Prohibition

*No information available*

### Cancellation

*No information available*

### Appeals

*No information available*

### Renewals

*No information available*

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network= | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO       This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1       **Compactibility**   **Data protection**   **Legal notice**   **About**





Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1   Compatibility   Data protection   Legal notice   About





**TM** view

‹ Back    Export    Share by email    ‹ 99 / 3,034 ›    view translation    Go to: TM info

**lambo school**

Trade mark status
Registered

Status date
08/08/2008

Application number
Z.310307

Registration number
R.206081

550 Trade mark type
Word, Figurative

Kind of mark
Individual

Application language code
PL

Free classification
8, 16, 18

Claimed colour(s)
biały, szary, ciemnożółty, ciemnoniebieski

**Dates**

220 Application date
04/05/2006

191 Registration date
21/11/2007

141 Expiry date
04/05/2026

Show more

**Office**

View this trade mark in the office of origin

Trade mark office
Poland - PPO

190 Registration office
PL

**Goods and Services**

**Vienna code**

01.03.02    Inne wyobrażenia słońca
01.15.11    Chmury, mgły, pary, dymy
26.04.02    Prostokąty
27.05.01    Litery stanowiące specjalne formy pisma

Show more

**Owner**

Organisation name
AMEX STATIONERY Sp. z o.o.

Applicant identifier
KajmUuO

Address
Kraków

City
Kraków

Address country
PL

**Representative**

**Correspondence address**

**Publication (2)**

| Date | Publication identifier | Section |
|------|------------------------|---------|
| 07/08/2006 | BUP 16/2006 | Application |
| 31/07/2008 | WUP 07/2008 | Registration |

**Exhibition priority**

**Priority**

**International registration transformation**

**Seniority**

**Opposition**

**Recordals**

**Cancellations**

**Appeals**

**Renewals**

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network☰ │ Avenida de Europa, 4, 03008 Alicante (SPAIN) │ Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1      Compatibility    Data protection    Legal notice    About



TMDSVIEW-3.21.3.RC1.1

Compatibility   Data protection   Legal notice   About





**TM** view

‹ Back   Export   Share by email   ‹ 136 / 3,034 ›   view translation   Go to: TM info ⌄

**LK LAMBO & KLUM**

{LK} LAMBO & KLUM

Search for trade marks with similar images

Trade mark status:
Registered

Status date:
06/05/2020

Application number:
M4043048

Registration number:
M4043048

Kind of IPR:
Trade mark

550 Trade mark type:
Figurative

Kind of mark:
Individual

Application language code:
ES

Nice classification:
25

**Goods and Services**

Language: English ⌄                    Compare translations

Translation provided by: ● TMclass  ● DeepL

25   Clothing; footwear; headgear

**Vienna code**

24.17.01   SIGNOS DE PUNTUACIÓN

27.05.10   SECUENCIA DE LETRAS CON DIMENSIONES DIFERENTES

**Dates**

220 Application date:
15/11/2019

151 Registration date:
28/04/2020

**Office**

View this trade mark in the office of origin

Trade mark office:
Spain - OEPM

190 Registration office:
ES

**Owner**

Applicant name:
JORGE IGNACIO DOS SANTOS SALGUERO

Applicant identifier:
M4043048-001

842 Applicant legal entity:
Physical person

Address:
C/ Gonzalo de Berceo, 17 - 4B

City:
HUELVA

State:
Huelva

Postcode:
21005

Address country:
ES

**Representative**

Name:
Marcos Vicario Trinidad

Representative identifier:
0922

Legal entity:
Physical person

Address:
Paseo de la Castellana, 139-7º

City:
Madrid

State:
Madrid

Postcode:
28046

Address country:
ES

Correspondence Address

**Publication (2)**

| Date | Publication identifier | Section |
|------|------------------------|---------|
| 04/05/2020 | | Registration |
| 28/11/2019 | | Application |

Exhibition priority

Priority

International registration transformation

Seniority

Opposition

Recordals

Cancellations

Appeals

Renewals

Search    Participating offices    Help    Your feedback

EUIPN European Union Intellectual Property Network# | Avenida de Europa, 4, 03008 Alicante (SPAIN) | Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO    This website is coordinated and maintained by: **European Union Intellectual Property Office**

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.    **See Terms and Conditions**

TMDSVIEW-3.21.3-RC1.1    **Compatibility    Data protection    Legal notice    About**



TM view

‹ Back   Export   Share by email   ‹ 814 / 3,034 ›   View translation   Go to: TM info ⌄

**WEN LAMBO**

WEN LAMBO

Trade mark status
Registered

Status date
01/08/2021

Application number
UK00003635604

Registration number
UK00003635604

550 Trade mark type
Word

Kind of mark
Individual

Application language code
en

Nice classification
25, 36

Series of

**Goods and Services**

Language   English (Original) ⌄

25   Clothing

36   Financial services in relation to digital currencies

**Vienna code**

**Dates**

220 Application date
01/08/2021

151 Registration date
17/09/2021

141 Expiry date
01/08/2031

Show more

**Office**

Intellectual Property Office

View this trade mark in the office of origin

Trade mark office
United Kingdom - UKIPO

190 Registration office
GB

**Owner (2)**

Applicant name
Gareth Beaudenhout

Applicant identifier
1577471

Address
40 Graythwaite
CHESTER LE STREET
County Durham, County Durham
DH2 2UH

Address country
GB

Show more

**Representative**

**Correspondence address**

**Publication**

**Exhibition priority**

**Priority**

**International registration transformation**

**Seniority**

**Opposition**

**Recordals**

**Cancellations**

**Appeals**

**Renewals**

Search   Participating offices   Help   Your feedback

EUIPN European Union Intellectual Property Network   |   Avenida de Europa, 4, 03008 Alicante (SPAIN)   |   Information Centre: +34 96 513 9100

Copyright 2007-2023 EUIPO   This website is coordinated and maintained by European Union Intellectual Property Office

The TMview and DesignView search tools do not constitute official registers and the information contained in the tools does not have any legal effect.   See Terms and Conditions

TMDSVIEW-3.21.3-RC1.1      **Compatibility**    **Data protection**    **Legal notice**    **About**