# Exhibit T

# Search "lambo"

## Titles

Popular matches

**Lambo**
2017
Toby Armour, Luke Bailey

**Lambo**
2019 · Video

**Lambo**
2021 · S2.E1 · TV Episode
Herres · TV Series

## More results

Search "lambo" within...

All | People | Movies | TV
TV Episodes | Music Videos | Podcasts
Podcast Episodes | Video Games
Companies | Keywords | Quotes
Plot Summaries | Biographies

## Advanced search

Create a more specific search using a variety of options and filters

Movies, TV & more | People
Collaborations

Browse   Genres · Keywords

Sign in to enable adult matches