Exhibit U





| Laborer | 49% | Maid | 50% |
| New Worker | 22% | Machine Operator | 50% |
| Farmer | 7% | | |
| Shoe Repair | 7% | | |

## What **Lambo** family records will you find?



### Census Records

There are 1,000 census records available for the last name Lambo. Like a window into their day-to-day life, Lambo census records can tell you where and how your ancestors worked, their level of education, veteran status, and more.

**Search US census records for Lambo**

### Passenger Lists

There are 520 immigration records available for the last name Lambo. Passenger lists are your ticket to knowing when your ancestors arrived in the USA, and how they made the journey - from the ship name to ports of arrival and departure.

**View all Lambo immigration records**

### Draft Cards

There are 214 military records available for the last name Lambo. For the veterans among your Lambo ancestors, military collections provide insights into where and when they served, and even physical descriptions.

**View all Lambo military records**

You've only scratched the surface of **Lambo** family history

**Discover More**

## What is the average **Lambo** lifespan?

Between 1952 and 2004, in the United States, Lambo life expectancy was at its lowest point in 1955, and highest in 1990. The average life expectancy for Lambo in 1952 was 38, and 74 in 2004.
View Social Security Death Index (SSDI) for Lambo ›

An unusually short lifespan might indicate that your Lambo ancestors lived in harsh conditions. A short lifespan might also indicate health problems that were once prevalent in your family. The SSDI is a searchable database of more than 70 million names. You can find birthdates, death dates, addresses and more.

## Discover the unique achievements of ancestors in the **Lambo** family tree

**Explore Your Tree**

Browse profiles of historical people with the Lambo last name ›



| | | | |
|---|---|---|---|
| Camilla Isabella Lambo | 1912 - 1999 | Gilbert John Lambo | 1919 - 1979 |
| Elizabeth Lambo | 1903 - 1982 | Florence Margaret Lambo | 1915 - 1999 |
| John O Lambo | 1888 - 1955 | Josephine Lambo | 1922 - 2006 |
| Frank Albert Lambo | | Anthony Michael Lambo | |

    

People    Photos    Purpose

AncientFaces
share memories & discover together

Find people and photos...

Share

Sign in
...we're 100% Free!



A › People › Surname Directory › L › Lakomb - Lementires › Lambo

## Lambo Family History & Genealogy

History & Origin    187 Bios    Photos    Family Tree    Comments    Followers

187 biographies and photos with the Lambo last name. Discover the family history, nationality, origin and common names of Lambo family members.

### 1,093 Records of the Lambo Family

| 806 birth records | 161 death records |
| --- | --- |
| 120 marriage records | 6 divorce records |

Get Lambo Family Records

### Lambo Last Name History & Origin    + Add

**History**
We don't have any information on the history of the Lambo name. Have information to share?

**Name Origin**
We don't have any information on the origins of the Lambo name. Have information to share?

**Spellings & Pronunciations**
We don't have any alternate spellings or pronunciation information on the Lambo name. Have information to share?

**Nationality & Ethnicity**
We don't have any information on the nationality / ethnicity of the Lambo name. Have information to share?

**Famous People named Lambo**
Are there famous people from the Lambo family? Share their story.

**Early Lambos**
These are the earliest records we have of the Lambo family.



**William Lambo**
Dec 24, 1874 - Oct 1962
Kansas
William Lambo of Kansas was born on December 24, 1874, and died at age 87 years old in October 1962.
♥ Favorite    👥 Followers

**Grace Lambo**
Nov 25, 1878 - Aug 1975
New Castle, Pennsylvania
Grace Lambo of New Castle, Lawrence County, PA was born on November 25, 1878, and died at age 96 years old in August 1975.
♥ Favorite    👥 Followers

**Paul Lambo**
Jan 24, 1883 - Dec 1975
Pittsburgh, Pennsylvania
Paul Lambo of Pittsburgh, Allegheny County, PA was born on January 24, 1883, and died at age 92 years old in December 1975.
♥ Favorite    👥 Followers

**Fred Lambo**
Feb 17, 1885 - Oct 1969
Greensburg, Pennsylvania
Fred Lambo of Greensburg, Westmoreland County, Pennsylvania was born on February 17, 1885, and died at age 84 years old in October 1969.
♥ Favorite    👥 Followers

**Nellie Lambo**
Aug 29, 1895 - Mar 1974
Poughkeepsie, New York
Nellie Lambo of Poughkeepsie, Dutchess County, NY was born on August 29, 1895, and died at age 88 years old in March 1974.
♥ Favorite    👥 Followers

**John Lambo**
circa 1887 - Mar 12, 1917
John Lambo was born circa 1887, and died at age 29 years old on March 12, 1917. John Lambo was buried at Tower Hill Memorial in United Kingdom. Family, friend, or fan...
♥ Favorite    👥 Followers

**Selma Lambo**
May 10, 1887 - Jul 1980

**Rose Lambo**
Aug 4, 1888 - Oct 1970

**Peter Lambo**
Aug 15, 1890 - May 1982





**Donald W Lambo**
Dec 3, 1921 - Jan 9, 2008
Croton On Hudson, New York

Donald W Lambo of Croton on Hudson, Westchester County, NY was born on December 3, 1921, and died at age 86 years old on January 9, 2008.

Favorite    Followers

**Jerry P Lambo**
Jun 21, 1921 - Nov 30, 2000
Bridgeport, Connecticut

Jerry P Lambo of Bridgeport, Fairfield County, CT was born on June 21, 1921, and died at age 79 years old on November 30, 2000.

Favorite    Followers

**Joe G Lambo**
Apr 25, 1917 - Jan 25, 2011
Seattle, Washington

Joe G Lambo of Seattle, King County, WA was born on April 29, 1917, and died at age 93 years old on January 25, 2011.

Favorite    Followers

Arthur Lambo's Biography
**Arthur J Lambo**
Jul 28, 1920 - Apr 23, 2002
Kirkland, Washington

Arthur J Lambo of Kirkland, King County, WA was born on July 28, 1920, and died at age 81 years old on April 23, 2002.

Favorite    Followers

John Lambo's Biography
**John Lambo**
Jul 22, 1916 - Sep 22, 2004
Newark, New Jersey

John Lambo of Newark, Essex County, NJ was born on July 22, 1916, and died at age 88 years old on September 22, 2004.

Favorite    Followers

Joseph Lambo's Biography
**Joseph Daniel Lambo**
May 25, 1918 - Oct 30, 2004
Inverness, Florida

Joseph Daniel Lambo of Inverness, Citrus County, FL was born on May 25, 1918, and died at age 86 years old on October 30, 2004. Joseph Lambo was buried at Florida...

Favorite    Followers

C Lambo's Biography
**C Marie Lambo**
Jul 1, 1921 - Jan 6, 2004
Inverness, Florida

C Marie Lambo of Inverness, Citrus County, FL was born on July 1, 1921, and died at age 82 years old on January 6, 2004. C Lambo was buried at Florida National...

Favorite    Followers

Joshua Lambo's Biography
**Joshua G. Lambo**
born circa 1990
Collin County, Texas

Joshua G Lambo of Collin County, TX was born circa 1990. family, friend, or fan, this family history biography is for you to remember Joshua G. Lambo.

Favorite    Followers

Amy Lambo's Biography
**Amy L. (Jenkins) Lambo**
born circa 1987
Texas

Amy L Lambo of TX was born circa 1987. Family, friend, or fan, this family history biography is for you to remember Amy L. (Jenkins) Lambo.

Favorite    Followers

Sharva Lambo's Biography
**Sharva A. (Mitchell) Lambo**
born circa 1973
Texas

Sharva A Lambo of TX was born circa 1973. Family, friend, or fan, this family history biography is for you to remember Sharva A. (Mitchell) Lambo.

Favorite    Followers

Oladehinde Lambo's Biography
**Oladehinde T. Lambo**
born circa 1967
Tarrant County, Texas

Oladehinde T Lambo of Tarrant County, TX was born circa 1967. Family, friend, or fan, this family history biography is for you to remember Oladehinde T. Lambo.

Favorite    Followers

Oladehind Lambo's Biography
**Oladehind T. Lambo**
born circa 1967
220 County, Texas

Oladehind T Lambo of 220 County, TX was born circa 1967. Family, friend, or fan, this family history biography is for you to remember Oladehind T. Lambo.

Favorite    Followers

Brandy Lambo's Biography
**Brandy L. (Jackson) Lambo**
born circa 1977
Texas

Brandy L Lambo of TX was born circa 1977. Family, friend, or fan, this family history biography is for you to remember Brandy L. (Jackson) Lambo.

Favorite    Followers

Angelo Lambo's Biography
**Angelo Lambo**
died Oct 1960

Angelo Lambo died in October 1960. Family, friend, or fan, this family history biography is for you to remember Angelo Lambo.

Favorite    Followers

John Lambo's Biography
**John Lambo**
circa 1857 - Mar 12, 1917

John Lambo was born circa 1857 and died at age 29 years old on March 12, 1917. John Lambo was buried at Tower Hill Memorial in United Kingdom. Family, friend, or fan...

Favorite    Followers

Louis Lambo's Biography

Frank Lambo's Biography





## Lambo Death Records & Life Expectancy

The average age of a Lambo family member is 74.0 years old according to our database of 160 people with the last name Lambo that have a birth and death date listed.

### Life Expectancy



**View 161 death records**

### Oldest Lambos
These are the longest-lived members of the Lambo family on AncientFaces.



23andMe | DISCOVERY TOOL

Shop 23andMe

EXPLORE THE FAMILY NAME

# Lambo

## The meaning of Lambo

Italian (Apulia): variant of Lampo. Some characteristic forenames: Italian Angelo, Antonio, Vito.

Dictionary of American Family Names, 2nd edition, © Oxford University Press, 2022.

### How common is the last name Lambo in the United States?

The surname Lambo, based on the Decennial U.S. Census data, showed a slight decrease in rank from 2000 to 2010, dropping from 58,130 to 58,876. However, despite its fall in rank, the actual count of people with the Lambo name increased by 5.2%, from 327 in 2000 to 344 in 2010. The proportion of individuals with this surname per 100,000 remained stable at 0.12 over the decade.

| | 2000 | 2010 | Change |
|---|---|---|---|
| Rank | #58,130 | #58,876 | -1.28% |
| Count | 327 | 344 | 5.2% |
| Proportion per 100k | 0.12 | 0.12 | 0% |

### Race and Ethnicity of people with the last name Lambo

Ethnically, the Lambo surname has seen some shifts between 2000 and 2010 according to the Decennial U.S. Census. The percentage of those identifying as Asian/Pacific Islander increased dramatically by 66.46%, from 4.89% to 8.14%. Those claiming two or more races also rose significantly from 2.14% to 3.49%, a change of 63.08%. However, the proportion of individuals identifying as white decreased by -12.17%, falling to 74.13% in 2010 from 84.49% in 2000. Interestingly, the number of persons with the Lambo surname identifying as Hispanic was recorded for the first time in 2010 at 2.03%, while the percentage of individuals identifying as Black increased by 53.58%, from 7.95% to 12.21%. There were no recorded instances of individuals identifying as American Indian and Alaskan Native in either census year.

| | 2000 | 2010 | Change |
|---|---|---|---|
| White | 84.4% | 74.13% | -12.17% |
| Black | 7.95% | 12.21% | 53.58% |
| Asian/Pacific Islander | 4.89% | 8.14% | 66.46% |
| Two or More Races | 2.14% | 3.49% | 63.08% |
| Hispanic | 0% | 2.03% | 0% |
| American Indian and Alaskan Native | 0% | 0% | 0% |

## Stay in the know.

Receive the latest from your DNA community.

Email Address

Sign up

All Last Names  »  Lambo



**SERVICES**

Health + Ancestry

Ancestry Service

23andMe + Membership

Gifts

**COMPANY**

Investors

About Us

Media Center

Blog

Genetics Learning Hub

Customer Care

**LEGAL**

Terms of Service

Privacy Statement

Consumer Health Data Privacy Policy

**PARTNER WITH US**

Medical Professionals

Scientists

Therapeutics

Business Development

©2024 23andMe, Inc. All rights reserved.



**Forebears**  ⚏ EN ▾          NAMES ▾   PLACES          Search . . . .        LOGIN ▾    REGISTER

⊛ Distribution    ▮ Demographics    Similar    Transliteration

**18,541**st
Most Common
surname in the World

### Lambo Surname

The meaning of this surname is not listed.

Submit the Meaning of This Surname for a Chance To Win a $60 Genealogy DNA Test

DNA test information

Approximately
**29,734** people bear
this surname

MOST PREVALENT IN:
🇲🇿 Mozambique

HIGHEST DENSITY IN:
🇲🇿 Mozambique

Are you related to ?          Discover your connection to the
Lambo family
Start your family tree

### ⊛ Lambo Surname Distribution Map

Leaflet | Population data © Forebears

| World ▾ | Nations ▾ | 2014 ▾ | By Incidence ▾ | ⤢ Fullscreen |

Select a nation to see the distribution at regional and subregional levels

2014 1881 1550

Sort results ▾

| Place | Incidence | Frequency | Rank in Area |
|---|---|---|---|
| 🇲🇿 Mozambique | 11,742 | 1:2,322 | 570 |
| 🇨🇩 DR Congo | 7,340 | 1:10,065 | 1,248 |
| 🇵🇭 Philippines | 2,466 | 1:41,064 | 6,450 |
| 🇦🇴 Angola | 1,775 | 1:15,205 | 1,826 |
| 🇮🇹 Nigeria | 1,471 | 1:120,423 | 7,950 |
| 🇹🇿 Tanzania | 1,206 | 1:43,899 | 4,992 |
| 🇨🇲 Cameroon | 1,092 | 1:19,019 | 2,604 |
| 🇺🇸 United States | 506 | 1:716,322 | 56,419 |
| 🇮🇹 Italy | 341 | 1:179,245 | 26,751 |
| 🇬🇭 Ghana | 277 | 1:97,548 | 9,187 |
| 🇮🇩 Indonesia | 260 | 1:508,651 | 41,493 |
| 🇪🇬 Egypt | 214 | 1:429,606 | 25,756 |
| 🇿🇼 Zimbabwe | 171 | 1:90,282 | 12,982 |
| 🇳🇪 Niger | 148 | 1:129,676 | 4,961 |
| 🇿🇲 Zambia | 100 | 1:158,499 | 11,214 |
| 🇵🇬 Papua New Guinea | 81 | 1:100,663 | 13,542 |
| 🏴󠁧󠁢󠁥󠁮󠁧󠁿 England | 78 | 1:714,334 | 40,171 |
| 🇧🇯 Benin | 51 | 1:202,659 | 19,139 |
| 🇨🇦 Canada | 51 | 1:722,463 | 57,796 |
| 🇳🇱 Netherlands | 47 | 1:359,302 | 39,900 |
| 🇿🇦 South Africa | 36 | 1:1,504,936 | 77,557 |

Display Statistics on:
📊 Average Salary in:
🇺🇸 United States ▾

👤 Height:
⊕ Earth ▾

🏛 Political Affiliation in:
🇺🇸 United States ▾

| Country | Count | Ratio | Value |
|---|---|---|---|
| Belgium | 26 | 1:442,179 | 45,013 |
| Liberia | 24 | 1:183,689 | 12,460 |
| Ivory Coast | 23 | 1:1,003,097 | 24,580 |
| Venezuela | 23 | 1:1,313,221 | 18,235 |
| Russia | 21 | 1:6,863,003 | 268,198 |
| Chad | 9 | 1:1,510,244 | 5,402 |
| Qatar | 9 | 1:262,000 | 30,726 |
| Saudi Arabia | 9 | 1:3,428,424 | 32,607 |
| France | 8 | 1:8,302,840 | 321,660 |
| Malaysia | 6 | 1:4,915,704 | 170,578 |
| China | 6 | 1:227,886,928 | 11,701 |
| Turkey | 5 | 1:15,564,284 | 148,633 |
| Argentina | 5 | 1:8,548,683 | 204,003 |
| Australia | 4 | 1:6,748,925 | 181,100 |
| Norway | 4 | 1:1,285,572 | 69,185 |
| Togo | 4 | 1:1,811,942 | 8,122 |
| Uganda | 4 | 1:9,759,820 | 144,676 |
| Singapore | 4 | 1:1,376,926 | 28,409 |
| Gabon | 4 | 1:472,298 | 3,618 |
| Ukraine | 3 | 1:15,174,232 | 372,501 |
| United Arab Emirates | 3 | 1:3,054,091 | 90,853 |
| Afghanistan | 3 | 1:10,717,728 | 35,605 |
| Hong Kong | 3 | 1:2,445,161 | 9,595 |
| Brazil | 3 | 1:71,358,111 | 770,017 |
| Spain | 2 | 1:23,376,018 | 128,922 |
| Switzerland | 2 | 1:4,106,458 | 122,336 |
| Taiwan | 2 | 1:11,722,373 | 63,559 |
| Germany | 2 | 1:40,252,730 | 481,636 |
| Armenia | 1 | 1:2,930,180 | 22,770 |
| Syria | 1 | 1:19,301,022 | 22,457 |
| Thailand | 1 | 1:70,638,345 | 1,175,915 |
| Sri Lanka | 1 | 1:20,808,560 | 18,521 |
| Tunisia | 1 | 1:610,626 | 30,336 |
| Uzbekistan | 1 | 1:30,929,142 | 67,786 |
| American Samoa | 1 | 1:55,758 | 3,072 |
| Albania | 1 | 1:2,914,056 | 28,474 |
| Ireland | 1 | 1:4,708,939 | 29,543 |
| Madagascar | 1 | 1:23,649,837 | 9,420 |
| Iceland | 1 | 1:380,090 | 11,096 |
| Ethiopia | 1 | 1:97,546,262 | 29,669 |
| Ecuador | 1 | 1:15,905,846 | 50,210 |
| Cyprus | 1 | 1:884,876 | 13,055 |
| Cuba | 1 | 1:11,522,716 | 17,380 |
| Japan | 1 | 1:127,844,293 | 73,547 |
| Kazakhstan | 1 | 1:17,682,496 | 204,010 |
| Kenya | 1 | 1:46,179,900 | 103,372 |
| Kuwait | 1 | 1:3,800,694 | 27,187 |
| São Tomé and Príncipe | 1 | 1:177,423 | 3,686 |
| Malawi | 1 | 1:17,119,109 | 34,144 |
| Mexico | 1 | 1:124,126,205 | 103,776 |
| Burkina Faso | 1 | 1:18,352,100 | 30,051 |
| New Zealand | 1 | 1:4,528,323 | 55,372 |
| Bulgaria | 1 | 1:6,978,905 | 86,260 |
| Belarus | 1 | 1:9,501,059 | 159,228 |
| Bangladesh | 1 | 1:159,356,773 | 26,077 |
| Poland | 1 | 1:38,008,749 | 231,653 |
| Portugal | 1 | 1:10,418,241 | 25,048 |

SHOW FEWER NATIONS

Lambo (3,882) may also be a first name.

## Lambo Demographics

| Average Lambo Salary in United States | Average Salary in United States |
|---|---|
| **$52,925** USD | **$43,149** USD |
| Per year | Per year |

Rank:
328,027 of 1,180,305

Percentage of all salaries earned by bearers:
0.000143972
Rank: $5,753 of 1,181,269

Percentage of national average salary:
122.65%

Sample size: 232 (2014)

Per month:
$3,596

Per week:
$799

Per day:
$118

View the highest/lowest earning families in The United States

## Lambo Last Name Facts

### Where Does The Last Name Lambo Come From? nationality or country of origin

The surname Lambo (Arabic: لمبو, Georgian: ლამბო, Hindi: लम्बो, Marathi: लांबो, Oriya: ଲମ୍ବ, Russian: Ламбо) is found in Mozambique more than any other country/territory. It may also be rendered as:. For other possible spellings of this name click here.

### How Common Is The Last Name Lambo? popularity and diffusion

It is the 18,541st most frequent family name in the world. It is borne by approximately 1 in 245,091 people. The last name Lambo is primarily found in Africa, where 86 percent of Lambo are found: 46 percent are found in Southern Africa and 45 percent are found in Luso-Southern Africa. It is also the 132,356th most prevalent given name internationally, borne by 2,992 people.

The surname is most numerous in Mozambique, where it is held by 11,742 people, or 1 in 2,322. Other than Mozambique it is found in 78 countries. It is also common in The DR Congo, where 25 percent are found and The Philippines, where 8 percent are found.

### Lambo Family Population Trend historical fluctuation

The frequency of Lambo has changed through the years. In The United States the share of the population with the last name increased 2,300 percent between 1880 and 2014 and in England it increased 7,800 percent between 1881 and 2014.

### Lambo Last Name Statistics demography

In The United States those holding the Lambo surname are 8.91% more likely to be registered with the Republican Party than the national average, with 55.68% registered to vote for the political party.

The amount Lambo earn in different countries varies greatly. In South Africa they earn 64.21% less than the national average, earning R 85,044 per year; in United States they earn 22.66% more than the national average, earning $52,925 USD per year and in Canada they earn 13.43% less than the national average, earning $43,010 CAD per year.

## Phonetically Similar Names

Sort results

| Surname | Similarity | Worldwide Incidence | Prevalency |
|---|---|---|---|
| Lamboi | 91 | 5,399 | |
| Lambot | 91 | 3,557 | |
| Lamboy | 91 | 1,941 | |
| Lambou | 91 | 1,019 | |
| Llambo | 91 | 1,014 | |

| | | | |
|---|---|---|---|
| Lamboo | 91 | 832 | |
| Lambo | 91 | 814 | |
| Lambos | 91 | 757 | |
| Lyambo | 91 | 483 | |
| Hlambo | 91 | 269 | |

SHOW ALL SIMILAR SURNAMES

## Lambo Name Transliterations

| Transliteration | ICU Latin | Percentage of incidence |
|---|---|---|
| Lambo in the Georgian language | | |
| ლამბო | lambo | - |
| Lambo in the Hindi language | | |
| लम्बो | lambo | - |
| Lambo in the Oriya language | | |
| ଲୋ | lo | - |
| Lambo in the Marathi language | | |
| लांबो | lambo | 66.67 |
| लंबो | lambo | 33.33 |
| Lambo in the Russian language | | |
| Ламбо | lambo | - |
| Lambo in the Arabic language | | |
| لامبو | lambw | - |
| امبو | ambw | - |

## Search for Another Surname

| | |
|---|---|
| | SEARCH › |

The name statistics are still in development, sign up for information on more maps and data

| Email | SUBSCRIBE › |
|---|---|

By signing up to the mailing list you will only receive emails specifically about name information and your information will not be distributed to third parties.

## Footnotes

○ Surnames are taken as the first part of an person's inherited family name, caste, clan name or in some cases patronymic
○ Name distribution statistics are generated from a global database of over 4 billion people - more information
○ Heatmap: Dark red means there is a higher occurrence of the name, transitioning to light yellow signifies a progressively lower occurrence. Clicking on selected countries will show mapping at a regional level
○ Rank: Name are ranked by incidence using the ordinal ranking method, the name that occurs the most is assigned a rank of 1; name that occur less frequently receive an incremented rank; if two or more name occur the same number of times they are assigned the same rank and successive rank is incremented by the total preceeding names
○ Ethnic group cannot necessarily be determined by geographic occurrence
○ Similar: Names listed in the "Similar" section are phonetically similar and may not have any relation to Lambo
○ To find out more about this surname's family history, lookup records on FamilySearch, MyHeritage, FindMyPast and Ancestry. Further information may be obtained by DNA analysis

WEBSITE INFORMATION

About   Contact   Copyright   Privacy   Credits

ONLINE SERVICES

API

NAMES & GENEALOGY

Forenames
Surnames
Genealogical Resources
England & Wales Guide

© Forebears 2012-2022



# Lambo History, Family Crest & Coats of Arms

⌕ Origins Available: 🇮🇹 Italy

The Lambo surname is patronymic in origin, meaning that it is derived from the first name of a father or ancestor of the original bearer, and in this case means "son of Lambert." The name itself can be ultimately traced to the Germanic elements "landa-," meaning "realm" or "estate," and "berhta," for "famous," or "illustrious."

## Early Origins of the Lambo family

The surname Lambo was first found in Emilia-Romagna.

## Early History of the Lambo family

This web page shows only a small excerpt of our Lambo research. Another 84 words (6 lines of text) covering the years 1024, 1370, 1451, 1653 and 1721 are included under the topic Early Lambo History in all our PDF Extended History products and printed products wherever possible.

## Lambo Spelling Variations

Spelling variations of this family name include: Lamberti, Lamberto, Lamperti, Lambertoni, Lambertazzi, Lambertenghi and many more.

## Early Notables of the Lambo family

More information is included under the topic Early Lambo Notables in all our PDF Extended History products and printed products wherever possible.

## Migration of the Lambo family

Some of the first settlers of this family name or some of its variants were: Giovanni Lamberti, 31, who arrived in New York in 1882; Francesco Lamberto, 36, who came to New York in 1896; Angel Lambarri, aged 31, who arrived at Ellis Island from Somorostro, Spain, in 1923.

## Related Stories +

👍 Like 50K   Share ☑

### Contents [hide]

Lambo History
Early Origins
Early History
Spelling Variations
Early Notables
Migration
  Family Migration
Related Stories

### Lambo (Italy)

The Ancient Arms of

**Lambo**

Family Crest Download (JPG) Heritage Series - 600 DPI

~~$14.50~~ $10.29

★★★★★ (226)

🛒 ADD TO CART

### Top Sellers

Framed History And Complete History- Black

~~$192.95~~ $163.99

★★★★★ (18)

🛒 ADD TO CART

---



🎁 **Fastest Delivery Possible**
Digital Products are Checkout, all other products billed in 1 business day.

🤝 **Money Back Guarantee**
Yes, all products 100% Guaranteed

**BBB A+ Rating**
The best money possible

**Secure Online Payment**
Enter not sure Ality / Secure warehouse

#### Shop Categories
> Digital Products
> Prints
> Apparel
> Home & Barware
> Embroidered Goods
> Free Stuff

> Framed Goods
> T-Shirts
> Travel Mugs & Sport Bottles
> Anniversary Products
> Gift Packages
> Product Catalogue

#### About Us
> Company Information
> Privacy Policy
> Security Policy
> Terms of Use
> Contact Us
> About Us

#### Account & Shipping Info
> My Account
> FAQs
> Our Guarantee
> Shipping Details
> Return Policy



Get In Touch With Us

Toll Free: +1 (888) 468 7686

Phone: +1 (613) 384 9986

Monday-Thursday: 9.00 am - 4.30 pm (EST)
Friday: 9.00 am - 3.00 pm (EST)

sales@houseofnames.com

Be Informed

Your e-mail                          Subscribe

Subscribe to our Newsletter to receive early discount offers, latest news, sales and promo information.

^





## "Lambo" Family Obituaries & Memoriams

Find obituaries and memories for the surname "Lambo"

**81 Obituaries**

Publish Date ▾    Result Type ▾

FRIDAY, OCTOBER 27, 2023

### James Anthony Lambo

James, lovingly known as Jim, passed away peacefully on October 23rd in Renton Washington after a long battle with Parkinson Disease. His wife... Read More

🖼 Add Photos
❤ 3 Memories

Published In

Last Name "Lambo"    Renton, WA    Cleveland High School    Seattle University

FRIDAY, JULY 7, 2023

### Richard D. Lambo

🖼 Add Photos
❤ Add a Memory

Richard D. Lambo July 4, 2023 Richard D. Lambo, 54, of Oswego. Surviving mother Hilda; wife Kimberly (Clifford) daughters Jessica, Amber, and Nichole, brother Robert. Calling Wednesday July 12th from 4-6PM with a service to follow at the Nelson Funeral Home. Read More

Published In

Syracuse Post Standard    Last Name "Lambo"    Oswego, NY    Oswego High School    Nelson Funeral Home

### Richard D. Lambo

Richard D. Lambo, 54, of Oswego passed unexpectedly on July 4, 2023, in Syracuse. Born and raised in Oswego, he was the son of Hilda (Norton)... Read More

🖼 Add Photos
❤ Add a Memory

Published In

Last Name "Lambo"    Oswego High School

SUNDAY, JANUARY 1, 2023

### Mitchell Paul Lambo

Mitchell Paul Lambo, 77 of Crystal River, FL passed away December 25, 2022 in Hernando, FL. He was born December 24, 1945 to Jon and Grace Lambo in Bronx, NY. Mr. Lambo served our country in the US Navy during the Viet Nam War and was honorably discharged in 1968. After his service... Read More

🖼 Add Photos
❤ 2 Memories

Published In

Citrus County Chronicle    Last Name "Lambo"    Crystal River, FL    Florida State University    Strickland Funeral Home

**Submit An Obituary**

Submit an obit for publication in **any local newspaper** and on Legacy. Click or call **(800) 729-8809**

Get Started

**Helpful Resources**

Planning Resources

Sympathy Advice

Memorial Writing

Obituary Examples

Obituary Templates

How to Write an Obituary



WEDNESDAY, NOVEMBER 16, 2022

### Angelo Marko Lambo

Angelo Lambo's passing at the age of 100 on Monday, November 14, 2022 has been publicly announced by Anthony Funeral Homes & Crematory, Kucko-Anthony-Kertesz... Read More

Published In

Last Name "Lambo" | Cuyahoga Falls, OH | Albion College | Anthony Funeral Homes...

Add Photos
Add a Memory

---

FRIDAY, OCTOBER 7, 2022

### Robert W. "Bob" Lambo

Robert Lambo's passing on Wednesday, October 5, 2022 has been publicly announced by Profetta Funeral Chapel - Webster in Webster, NY. According... Read More

Published In

Last Name "Lambo" | Webster, NY | Profetta Funeral Chapel -...

Add Photos
Add a Memory

---

WEDNESDAY, SEPTEMBER 7, 2022

### Carina M. Lambo

Carina Lambo's passing on Monday, September 5, 2022 has been publicly announced by R. Cunningham Funeral Home & Crematory in New Castle,... Read More

Published In

Last Name "Lambo" | New Castle, PA | R. Cunningh-am...

Add Photos
Add a Memory

---

### David Lambo

David Lambo's passing at the age of 79 on Monday, September 5, 2022 has been publicly announced by Biondi Funeral Home in Nutley, NJ. According... Read More

Published In

Last Name "Lambo" | Nutley, NJ | Nutley High School | Biondi Funeral Home

Add Photos
Add a Memory

---

MONDAY, APRIL 11, 2022

### Olufemi Lambo

We are saddened to announce the passing of Mr. Olufemi Lambo on Monday, April 1st, 2022 at the age of 34. "His Journey Has Just Begun" Don't... Read More

Published In

Last Name "Lambo" | Ann Arbor, MI | Nie Family Funeral Home &...

Olufemi Lambo obituary, Ann Arbor Michigan

Add Photos
Add a Memory

---

WEDNESDAY, MAY 12, 2021

### Jerry Dean Lambo

Jerry Lambo's passing has been publicly announced by Hillcrest Memorial Park & Mortuary - Medford in Medford, OR. Legacy invites you to offer... Read More

Add Photos
Add a Memory

Published In

Last Name "Lambo" · Medford, OR · Oregon State University · Hillcrest Mortuary & Histore...

FRIDAY, JANUARY 8, 2021

### Melba Lambo

🖼 Add Photos
♥ Add a Memory

Melba Lambo's passing at the age of 79 has been publicly announced by Johnson Funeral Home in Painesville, OH . Legacy invites you to offer condolences... Read More

Published In

Last Name "Lambo" · Painesville, OH · Johnson Funeral Home

THURSDAY, JULY 4, 2019

IN MEMORIAM

### Phyllis Mae Lambo

🖼 Add Photos
♥ 2 Memories

In Loving Memory of Phyllis Mae Lambo who passed away on July 4, 2018. Read More

Published In

Last Name "Lambo" · Seattle, WA · Columbia Funeral Home &...



FRIDAY, APRIL 5, 2019

### Peter William Lambo

🖼 Add Photos
♥ 2 Memories

Lambo, Peter William, 67, Greensboro, GA. Died April 2, 2019. McCommons Funeral Home, Greensboro, GA. Read More

Published In

The Telegraph · Last Name "Lambo" · McCommons Funeral Home ...

THURSDAY, APRIL 4, 2019

### Peter William Lambo

🖼 Add Photos
♥ 2 Memories

Peter was born on March 23, 1952 and passed away on Tuesday, April 2, 2019. Peter was a resident of Greensboro, Georgia at the time of passing. A funeral mass will be held on April 5, 2019 at 10 a.m. at Christ Our King and Savior Catholic Church, 6341 Lake Oconee Parkway... Read More

Published In

Last Name "Lambo" · McCommons Funeral Home ...



SUNDAY, JULY 8, 2018

### Phyllis Mae Lambo

🖼 Add Photos
♥ 2 Memories

Phyllis Mae Lambo Was born on August 10, 1928 and died July 4th. Funeral Mass will be held at Providence Mt. St. Vincent, 4831-35th Ave. SW Seattle on July 11th at 11:00. In lieu of flowers, please send donations to Providence Mt. St. Vincent foundation. Burial will be private. Full... Read More

Published In



Last Name
"Lambo"

Seattle,
WA

Columbia
Funeral
Home &...

THURSDAY, JULY 5, 2018

**Phyllis Mae Lambo**

📷 Add Photos   ❤️ 2 Memories

Phyllis was born on August 10, 1928 and passed away on
Wednesday, July 4, 2018. Phyllis was a resident of Washington at
the time of passing... Read More

Published In

Last Name
"Lambo"

Columbia
Funeral
Home &...

THURSDAY, FEBRUARY 15, 2018

IN MEMORIAM

**Irene Lambo**

📷 Add Photos   ❤️ 4 Memories

In Loving Memory of Irene Lambo who passed away on February
15, 2017. Read More

Published In

Last Name
"Lambo"

Willough-
by, OH

McMahon-
Coyne-
Vitantoni...

THURSDAY, DECEMBER 14, 2017

**Dennis Paul LAMBO**

📷 Add Photos   ❤️ 1 Memory

LAMBO, Dennis Paul (March 2, 1953 - December 14, 2017)
Passed away peacefully at St. Peter's Hospital in Hamilton, with
his good friends by his side. Predeceased by his parents Mary
and John Lambo, and his brother Leonard (Lenny). Sadly missed
by his close friends Joe (Jane) MacDonald... Read More

Published In

Last Name
"LAMBO"

THURSDAY, SEPTEMBER 28, 2017

**Maria Lambo**

📷 Add Photos   ❤️ Add a Memory

Maria passed away in September 2017. Maria was a resident of
Connecticut at the time of passing. Read More

Published In

Last Name
"Lambo"

Casey's
Eastside
Memoria...

SUNDAY, JULY 23, 2017

**MICHAEL LAMBO**

📷 Add Photos   ❤️ 0 Memories

Michael J. Lambo Bloomfield resident played for high school
baseball and football teams. 32 Michael J. Lambo 32, passed
away on Wednesday, July 19, 2017. Relatives and friends are
invited to attend the funeral from the O'Boyle Funeral Home,
309 Broad St., Bloomfield, N.J., on Tuesday... Read More

Published In

The Star-
Ledger

Last Name
"LAMBO"

Bloomfie-
ld, NJ

Bloomfield
High
School

O'Boyle
Funeral
Home



WEDNESDAY, JULY 12, 2017

IN MEMORIAM

**Lena Lambo**

In memory of Lena Lambo. Read More

Add Photos

1 Memory

Published In

Last Name "Lambo"

Seattle, WA

---

SUNDAY, APRIL 30, 2017

IN MEMORIAM

**Shirley Mary Lambo**

In Loving Memory of Shirley Mary Lambo who passed away on April 30, 2016. Read More

Add Photos

1 Memory

Published In

Last Name "Lambo"

---

FRIDAY, FEBRUARY 17, 2017

**Irene Lambo**

Funeral services for Irene Lambo, 94, of Willoughby Hills, will be 11 a.m. Tuesday at The Abbey of Willoughby, 38011 Euclid Ave. (located on the grounds of McMahon-Coyne-Vitantonio Funeral Home), in Willoughby. Mrs. Lambo passed away Wednesday, Feb. 15, 2017, at Heartland of Mentor... Read More

Add Photos

4 Memories

Published In

Last Name "Lambo"

Willoughby, OH

McMahon-Coyne-Vitantoni...

---

THURSDAY, FEBRUARY 16, 2017

**Irene Lambo**

Irene was born on July 31, 1922 and passed away on Wednesday, February 15, 2017. Irene was a resident of Willoughby Hills, Ohio at the time... Read More

Add Photos

4 Memories

Published In

Last Name "Lambo"

McMahon-Coyne-Vitantoni...

---

THURSDAY, JULY 14, 2016

**Lena Lambo**

Lena Lambo Lena Lambo, 95, of West Seattle, passed away, peacefully, on Tuesday, July 12. 2016. Lena was born in Seattle to Felix and Antoinette Colagrossi, on February 9, 1921. At age 20, Lena met and married, Joseph Lambo. Joe, soon went off to war and Lena began working as an... Read More

Add Photos

1 Memory

Published In

Last Name "Lambo"

Seattle, WA

---

WEDNESDAY, MAY 4, 2016

**Shirley Mary Lambo**

Shirley Mary Lambo Our beautiful mother, Shirley, 93, passed away peacefully on Saturday, April 30th, 2016 in the presence of her loving family. Our mom grew up in Minnesota where she loved ice skating and was a top contestant in Miss Minneapolis

Add Photos

beauty pageant. At 26, she came to... Read More

💛 1 Memory

Published In

Last Name
"Lambo"

Seattle,
WA

---

SATURDAY, APRIL 16, 2016

### Andy Lambo

📷 Add Photos
💛 Add a Memory

Andy Lambo AndyLambo 1945 2016 United States Joan Lambo 6
May 11, 2016 May 25, 2018 Read More

Published In

Last Name
"Lambo"

---

WEDNESDAY, APRIL 6, 2016

### Ruth E. Lambo

📷 Add Photos
💛 Add a Memory

Ruth E. Lambo , 93, of Durango, Colorado, died 4/5/2016
peacefully surrounded by her family . Born 6/25/1922. Ruth is
preceded in death by her husband Frank. She is survived by her
5 children; Rita(Tom) McDonnell, Vicky(Doug Hartshorn) Lambo,
Betty(Larry) Trembly, Anna Pedersen... Read More

Published In

The
Durango
Herald

Last Name
"Lambo"

Hood
Mortuary -
Durango

---

TUESDAY, JANUARY 12, 2016

### John R. Lambo

📷 Add Photos
💛 Add a Memory

John was born on July 17, 1942 and passed away on Saturday,
January 9, 2016. John was a resident of Oswego, New York at the
time of his passing... Read More

Published In

Last Name
"Lambo"

Oswego,
NY

Nelson
Funeral
Home -...

---

MONDAY, JANUARY 11, 2016

### John R. Lambo

📷 Add Photos
💛 Add a Memory

John R. Lambo, 73, of Oswego. Surviving; wife, Hilda; sons,
Robert; Richard (Kimberly); sister, Rose Deming; grandchildren,
Jessica, Amber, Nichole; three great-grandchildren. Calling
Hours: 4 to 6 p.m. Thursday at Nelson Funeral Home. Services
private. Date of Death: January... Read More

Published In

Syracuse
Post
Standard

Last Name
"Lambo"

Nelson
Funeral
Home -...

---

TUESDAY, MARCH 31, 2015

### Jonathan Lambo

📷 Add Photos
💛 49 Memories

Lambo, Jonathan Jonathan Lambo, age 30 passed away
peacefully on March 29, 2015. Born October 31, 1984 in Staten
Island, New York. Jonathan went to Newtown High School and
graduated from Porter and Chester Technical School with an
Associates Degree. He's survived by his parents Pat... Read More





Published In

Danbury
News
Times

Last Name
"Lambo"

Sandy
Hook, CT

Newtown
High
School

Newtown
High
School

Spataccino and Leo P...

SUNDAY, MARCH 29, 2015

### Jonathan Matthew Lambo

Jonathan, known to most of us simply as Jon, had a personality that was larger than life. He lived a simple life and enjoyed the simple things in life. But there was nothing simple about him. He was a man with the sweetness and gentleness of a child. But he was strong willed and... Read More

Jonathan Matthew Lambo obituary, 1984-2015.

Add Photos

49 Memories

Published In

Last Name
"Lambo"

Spataccino and Leo P...

WEDNESDAY, OCTOBER 22, 2014

### JOHN LAMBO Jr.

John Anthony Lambo Jr. Irvington police officer, 64 John Anthony Lambo Jr., 64, passed away on Saturday, Oct. 18, 2014, at his home in Belleville, N.J. Relatives and friends are invited to attend the funeral from the O'Boyle Funeral Home, 309 Broad Street, Bloomfield, N.J., on Friday... Read More

JOHN LAMBO Jr. obituary, Bloomfield New Jersey

Add Photos

11 Memories

Published In

The Star-Ledger

Last Name
"LAMBO"

Bloomfield, NJ

O'Boyle Funeral Home

SATURDAY, JANUARY 19, 2013

### Joyce Carolyn Lambo

Joyce Carolyn Lambo, 75, of Homosassa, Fla., passed away Wednesday, Jan. 16, 2013, at her home in Homosassa under the care of her family and HPH Hospice. She was born Jan. 24, 1937, in Rockland, Maine, to Frank and Alice (Anderson) Fuller. She came here 32 years ago from St. Petersburg... Read More

Add Photos

5 Memories

Published In

Citrus County Chronicle

Last Name
"Lambo"

Homosassa, FL

SUNDAY, DECEMBER 16, 2012

### Joseph James Lambo

LAMBO . Joseph James On December 14, 2012 Joseph James Lambo devoted father of Donna Harrison and her husband Mitch and Tony Lambo. Also survived by five grandchildren and five great grandchildren. A graveside service will be held at Holly Hill Memorial Gardens, 10201 Bird... Read More

Add Photos

2 Memories

Published In

Baltimore Sun

Last Name
"Lambo"

FRIDAY, APRIL 13, 2012

IN MEMORIAM

### Elvera E. Lambo

Lambo, Elvera E. 6/16/1910 - 4/13/2009 A remembrance of Mom. Mom wrote the following in an old notebook that once belonged to her Aunt Irene: " I found this (the notebook) in one of her drawers on Hollywood Ave. It is as old as I, so I am keeping it, when I'm gone I hope whoever... Read More

Elvera E. Lambo obituary.

Add Photos

1 Memory

Published In

THURSDAY, MARCH 8, 2012

### Evelyn Lambo

Arrangements under the direction of Thomson "In the Park", Winnipeg, MB. Read More

Evelyn Lambo obituary, 1913-2011, Winnipeg Manitoba

📷 Add Photos
❤ Add a Memory

Published In

Last Name "Lambo"
Thomson In the Park Funeral...



WEDNESDAY, DECEMBER 21, 2011

### Mary Lambo

📷 Add Photos
❤ 4 Memories

Mary Lambo (nee Lomberto), 94, of Toms River, N.J., passed away at the Llanfair House Care & Rehab Center, Wayne, N.J., on Dec. 18, 2011. Visitation will be on Thursday from 4 to 8 p.m. at The Family Owned" Carmona-Bolen Home for Funerals, 412 Main St., Toms River, N.J. Funeral... Read More

Published In

The Star-Ledger
Last Name "Lambo"



THURSDAY, NOVEMBER 17, 2011

### Dennis M. Lambo

📷 Add Photos
❤ Add a Memory

Jan. 31, 1947 - Nov. 15, 2011 ELKHART - Dennis M. Lambo, 64, passed away on Nov. 15, 2011, at 6:30 am at home with his family by his side. Survivors include wife, Karen; daughters, Renee (J. Scott) Lambo-Barnes and Regina (Scott) Swartz; granddaughters, Abby and Sierra; and grandson... Read More

Published In

Last Name "Lambo"
Elkhart, IN



MONDAY, SEPTEMBER 19, 2011

### Mabel Lambo

Suddenly, on Monday, September 19, 2011 at Joseph Brant Memorial Hospital, Burlington, in her ninetieth year. Mabel was the beloved wife of the late George Lambo, and the loving mother of Karen Choronzey (Richard) and Robert Lambo (Gail). Also survived by grandchildren Roberta Haddad... Read More

Mabel Lambo obituary, 1922-2011, Oakville Ontario

📷 Add Photos
❤ 7 Memories

Published In

Last Name "Lambo"
Marlatt Funeral Home &...



FRIDAY, APRIL 29, 2011

### Phyllis Ann Lambo

📷 Add Photos
❤ 7 Memories

Phyllis Ann Lambo Naples, FL Phyllis Ann Lambo (nee Collins), formerly of Brookfield, WI, born May 3, 1934, found eternal peace on April 24, 2011 in Naples, FL. Preceded in death by her husband Anthony M. Lambo of 55 years. Beloved mother of Alice Marie, Phillip, Patrick, Dr... Read More



Published in

Last Name "Lambo" · Naples, FL · Marquette University

## Phyllis Ann Lambo

🖼 Add Photos  ❤ 7 Memories

Lambo, Phyllis Ann (Nee Collins), formerly of Brookfield, WI, born May 3, 1934, found Eternal Peace on April 24, 2011, in Naples, FL. Preceded in death by her husband Anthony M. Lambo of 55 years. Beloved mother of Alice Marie, Phillip, Patrick, Dr. Michael (Eileen), Ann (Ray) Tevich... Read More

Published in

Last Name "Lambo" · Marquette University

WEDNESDAY, APRIL 13, 2011



IN MEMORIAM

## Elvera E. Lambo

🖼 Elvera E. Lambo obituary,

Lambo, Elvera E. June 16, 1910 April 13, 2009 Mom your legacy will never fade, you spirit will always be with us, and your love will forever live in our hearts. Mom we are thinking of you today and always, with love. We miss you Mom, your loving son Bob and family. Read More

🖼 Add Photos
❤ Add a Memory

Published in

Last Name "Lambo"

THURSDAY, MARCH 10, 2011



## Linda Lambo

🖼 Linda Lambo obituary, 1946-2011.

Linda Margaret Lambo, 64, of Crystal River, died Thursday March 3, 2011 at her home in the care of Hospice of Citrus County. She was born November 12, 1946 to George and Teresa (Harvey) Thomas in Burton Upon Trent, England. Linda grew up in Montreal Canada and came to Florida 41 years... Read More

🖼 Add Photos
❤ 50 Memories

Published in

Last Name "Lambo" · Wilder Funeral Home

SUNDAY, MARCH 6, 2011



## Linda Lambo

🖼 Linda Lambo obituary, 1946-2011, Crystal River Florida

Linda Margaret Lambo, 64, of Crystal River, died Thursday March 3, 2011, at her home in the care of Hospice of Citrus County. She was born November 12, 1946, to George and Teresa (Harvey) Thomas in Burton Upon Trent, England. Linda grew up in Montreal Canada and came to Florida 41... Read More

🖼 Add Photos
❤ 50 Memories

Published in

Citrus County Chronicle · Last Name "Lambo" · Crystal River, FL · Wilder Funeral Home



FRIDAY, JANUARY 28, 2011

## Joseph "Joe" Lambo

🖼 Add Photos  ❤ 1 Memory

Joseph (Joe) LAMBO Ornamental iron worker, Joe Lambo, passed



away in West Seattle on Tuesday, January 25, 2011 at age 93. He
leaves behind his wife of 69 years, Lena Lambo; nephews,
Michael and Gene; nieces, Cindy and Robbie; three grand-nieces,
Julie, Maria and Molly; sister-in-law... Read More

Published In

Last Name
"Lambo"

TUESDAY, APRIL 20, 2010

### Anthony Lambo

Add Photos

28 Memories

Dr. Anthony M. Lambo Naples, FL Dr. Anthony M. Lambo, born
February 9, 1929, found eternal peace on April 17, 2010.
Devoted husband to Phyllis (Collins) Lambo of 55 years. Proud
father of Alice Marie, Phillip, Patrick (Marlys), Dr. Michael (Eileen),
Ann (Roy), Anthony (Alisa)... Read More

Published In

Last Name        Naples, FL      Marquette
"Lambo"                          University

### Anthony Lambo

Add Photos

28 Memories

Lambo, Anthony M., Dr. Born Feb. 9, 1929 and found eternal
peace April 17, 2010. Devoted husband to Phyllis (Collins) Lambo
of 55 years. Proud father of Alice Marie, Phillip, Patrick (Marlys),
Dr. Michael (Eileen), Ann (Roy), Anthony (Alisa), Emmett (Jean),



Name Census

Ancestry   Demographics   Names ⌄   Tools ⌄   Zip Codes   Blog

Home / Last Names / Lambo Last Name Popularity, Meaning and Origin

# Lambo Last Name Popularity, Meaning and Origin

In this article we'll look at the origin and meaning of the surname Lambo and how popular it is in the United States. We'll also look at the race and ethnic origin of people in the United States who are named Lambo.

Lambo, like all of the names we have data for, is identified by the U.S. Census Bureau as a surname which has more than 100 occurrences in the United States in the Decennial Census survey. The most recent statistics we have for the Lambo surname is from the 2010 census data.

## Unlocking Your Past (On Sale!)

Discover the untold stories of your family and feel the heartwarming connection to your ancestors.

My new eBook is a comprehensive guide to family history research that helps you turn the complex task of tracing your family tree into a manageable and rewarding journey.



Experience the joy of piecing together the puzzle using historical records, online tools, and DNA research and the pride of preserving these stories for future generations of your family!

**Buy Now (50% Discount) →**

## Where Does Lambo Rank in the Most Common U.S. Names?

According to the data, **Lambo is ranked #58,876** in terms of the most common surnames in America.

The Lambo surname appeared 344 times in the 2010 census and if you were to sample 100,000 people in the United States, approximately 0.12 would have the surname Lambo.

We can also compare 2010 data for Lambo to data from the previous census in 2000. The table below contains all of the statistics for both years in a side-by-side comparison.

|  | 2010 | 2000 | Change (%) |
| --- | --- | --- | --- |
| Rank | 58876 | 58130 | 1.28% |
| Count | 344 | 327 | 5.07% |
| Proportion per 100k | 0.12 | 0.12 | 0.00% |

## Race and Ethnic Origin of People with the Last Name Lambo

We also have some data on the ancestry of people with the surname Lambo.

The below race categories are the modified race categories used in the Census Bureau's population estimates program. All people were categorized into six mutually exclusive racial and Hispanic origin groups: "White only", "Black only", "American Indian and Alaskan Native only", "Asian and Pacific Islander only", "Two or More Races", and "Hispanic".

For the most recent 2010 census data, the race/ethnic origin breakdown for Lambo was:

- 74.13%, or 255 total occurrences, were "Non-Hispanic White Only".
- 12.21%, or 42 total occurrences, were "Non-Hispanic Black Only".
- 8.14%, or 28 total occurrences, were "Non-Hispanic Asian and Pacific Islander Only".
- 0.00%, or 0 total occurrences, were "Non-Hispanic American Indian and Alaskan Native".
- 3.49%, or 12 total occurrences, were "Non-Hispanic of Two or More Races".
- 2.03%, or 7 total occurrences, were "Hispanic Origin".

*Note: Any fields showing (S) means the data was suppressed for privacy so that the data does not in any way identify any specific individuals.*

Since we have data from the previous census in 2000, we can also compare the values to see how the popularity of Lambo has changed in the 10 years between the two census surveys.

|  | 2010 | 2000 | Change (%) |
| --- | --- | --- | --- |

**POPULAR SECTIONS**

Ancestry Data
Baby Names
First Name
Last Names

**LATEST BLOG POSTS**

Best Genealogy Citation Generator Sites
Best Genealogy Podcasts to Listen to
Best Sites for Irish Genealogy Records
Birth Records: Cornerstone for Genealogy Research
Census Records: Does It Help in Genealogy Research?
Ethnicity Estimate: Where to Get Free Estimates
Genealogy Associations You Should Join
Genealogy Puns and Jokes That Will Make You Laugh
How to Find Ancestor's Divorce Records in Genealogy Research
How to Get a Certificate of Degree of Indian Blood

Genealogy Blog

| | | | |
|---|---|---|---|
| White | 74.13% | 84.40% | -12.96% |
| Black | 12.21% | 7.95% | 42.26% |
| Asian and Pacific Islander | 8.14% | 4.89% | 49.88% |
| American Indian and Alaskan Native | 0.00% | (S) | 0.00% |
| Two or More Races | 3.49% | 2.14% | 47.96% |
| Hispanic | 2.03% | (S) | 0.00% |

## Data Source(s)

All of the data on this page is sourced from the Decennial Census survey, from the United States Census Bureau.

## Link To or Reference This Page

We spent a lot of time downloading, cleaning, merging, and formatting the data that is shown on the site.

If you found the data or information on this page useful in your research, please use the tool below to properly cite or reference Name Census as the source. We appreciate your support!



<a href="https://namecensus.com/last-names/lambo-surname-popularity/">Lambo Last Name Popularity, Meaning and Origin</a>

© 2024 Name Census. All rights reserved.

# Names List

Search name/meaning

## Lambo meaning | Last name Lambo origin

Following is the meaning of Lambo surname. Family name Lambo is generally added after the name or middle name so also called last name.

| **Family Name / Last Name**: Lambo

| **No. of characters**: 5

| **Origin**: Nigeria

| **Meaning**: Currently, no meaning found for Lambo

Lambo is used as a family name or surname in Nigeria languages. Lambo has 5 characters long in length.

Lambo is common in Nigeria country(ies).

Lambo is ranked **22173** in our list.

Despite the fact that the number of Lambo bearers increased by 5.198777 per cent in 2010 US census to 344 since 2000, the surname slipped by 746 spots and ranked at 58876. The last name was found in around 1 per 1 million population. Please refer to following table for race and ethnicity.

| Race | 2010 | 2000 |
|---|---|---|
| White | 74.13 | 84.4 |
| Black | 12.21 | 7.85 |
| Asian and Native Hawaiian & Other Pacific Islander | 8.14 | 4.88 |
| Others | 3.49 | 2.14 |
| Hispanic or Latino | 2.03 | 0 |

## HOW POPULAR IS LAMBO?

Lambo is quite popular family name mostly used in Nigeria while Mozambique is ahead in terms of density. Around 23290 people have been found who wears Lambo as their family name. Lambo is used widely across the globe.
More detailed information can be found below:

| # Rank | Country | Count |
|---|---|---|
| Countries with very very low frequency i.e., 1 – 10: | | |
| #135,535 | Australia | 9 |
| #100,092 | Spain | 9 |
| #7,031 | China | 6 |
| #381,097 | Ukraine | 4 |
| #16,136 | Kenya | 3 |
| #1,850 | Papua New Guinea | 3 |
| #24,547 | Saudi Arabia | 3 |
| #90,215 | Germany | 3 |
| #6,270 | Hong Kong | 3 |
| #21,529 | Singapore | 2 |
| #50,640 | Switzerland | 2 |
| #4,086 | Angola | 2 |
| #34,681 | Norway | 2 |
| #13,552 | Qatar | 2 |
| #26,123 | Malaysia | 2 |
| #19,046 | Ireland | 2 |
| #2,935 | Madagascar | 1 |
| #17,575 | Kuwait | 1 |
| #199,150 | Kazakhstan | 1 |
| #62,864 | New Zealand | 1 |
| #16,228 | Bulgaria | 1 |
| #58,885 | Poland | 1 |
| #169,904 | Brazil | 1 |
| #165,773 | Belarus | 1 |
| #10,958 | Bangladesh | 1 |

| # | Country | Count |
|---|---|---|
| #9,926 | Ivory Coast | 1 |
| #9,498 | Iceland | 1 |
| #24,460 | Armenia | 1 |
| #10,683 | Cyprus | 1 |
| #7,340 | Democratic Republic of The Congo | 1 |
| #25,721 | Egypt | 1 |
| #13,972 | Sri Lanka | 1 |
| #56,169 | Mexico | 1 |
| #8,371 | Syria | 1 |
| #5,553 | Taiwan | 1 |
| #4,435 | Togo | 1 |
| #14,644 | Tunisia | 1 |
| #21,562 | Portugal | 1 |
| #29,046 | Japan | 1 |
| #32,942 | Uzbekistan | 1 |
| #734 | Chad | 1 |

**Countries with very low frequency i.e., 10 – 50:**

| # | Country | Count |
|---|---|---|
| #198,575 | Russia | 46 |
| #43,851 | Netherlands | 44 |
| #325,561 | India | 31 |
| #29,383 | United Arab Emirates | 31 |

**Countries with low frequency i.e., 50 – 100:**

| # | Country | Count |
|---|---|---|
| #117,149 | France | 73 |
| #26,687 | Belgium | 59 |
| #58,064 | Canada | 52 |

**Countries with hundreds of Lambo:**

| # | Country | Count |
|---|---|---|
| #6,491 | Tanzania | 766 |
| #54,525 | United States | 478 |
| #7,729 | Ghana | 320 |
| #39,602 | Indonesia | 247 |
| #38,007 | Italy | 224 |
| #26,770 | England | 177 |
| #8,460 | Venezuela | 176 |
| #32,575 | South Africa | 164 |
| #12,072 | Zimbabwe | 154 |

**Countries with thousands of Lambo:**

| # | Country | Count |
|---|---|---|
| #597 | Mozambique | 6,534 |
| #6,714 | Philippines | 2,127 |
| #2,577 | Cameroon | 1,388 |

**Countries with ten thousands of Lambo:**

| # | Country | Count |
|---|---|---|
| #2,481 | Nigeria | 10,087 |

**Full Last Name Distribution**

## CELEBRITIES HAVING LAMBO SURNAME

| | |
|---|---|
| Opeolao Lambongbele | Writer |
| Pele Lambani Wilson | Author |
| Jean-Luc Lambourdis | Soccer player |
| Josian Lamboni | Attorney |
| Doug Lamborn | U.S. Representative |
| Doug Lambon | U.S. Representative |
| Evelina Lamboughini | Fernando Lamborghini's mother |
| Ferrin Lamboi | Bicyclist |
| Alfred Lambourne | Artist |
| Jacob Lamborn | Attorney |

**RELATED FAMILY NAMES:**

| | |
|---|---|
| Lam (Danish) | Lamagdelaine |
| Lama (Nepal) | LaMagra |
| Lamaack | Lamahns |
| Lamaar | Lamaire |
| Lamacchia (Italy) | Lamaison (France) |
| LaMacchia (Italy) | Lamait |
| Lamaceva | Lamaj (Albania) |
| Lamacraft | Lamaje |
| Lamadrid (Peru) | LaMal (India) |
| Lamagat | Lamal (India) |

Surname is added at the end of the first name also known as given name. Most of the time, a family name is used as a surname. You might not know the meaning of Lambo surname. We have collected information regarding the meaning and origin of Lambo and displayed for better understanding of surnames. Discover how Lambo is originated?

Share your opinion on Lambo

[Name ]

[Comment ]

Enter Code: 858

[ ]

[Share] [Clear]

**SURNAM.ES**

A-Z ▾   Blog ▾   Another Languages ▾   [search]   🔍

# Lambo Surname

Surnames of the world / Lambo

To learn more about the **Lambo** surname is to learn about the folks who probably share typical origins and ancestors. That is amongst the reasoned explanations why its normal that the **Lambo** surname is more represented in one single or maybe more nations of the world compared to others. Right Here you can find out in which nations of the planet there are many people with the surname **Lambo**.

## The surname **Lambo** in the globe

Globalization has meant that surnames spread far beyond their nation of origin, so that it is possible to get African surnames in Europe or Indian surnames in Oceania. Equivalent takes place when it comes to **Lambo**, which as you can corroborate, it can be stated that it's a surname that may be found in most of the nations associated with world. In the same manner there are countries by which undoubtedly the density of individuals aided by the surname **Lambo** is greater than far away.

## The map for the **Lambo** surname

[View Lambo surname map]

The chance of examining for a world map about which countries hold more **Lambo** on earth, helps us a lot. By putting ourselves in the map, on a tangible country, we are able to start to see the concrete number of individuals using the surname **Lambo**, to obtain in this manner the precise information of all the **Lambo** that one can presently get in that nation. All this additionally helps us to know not merely where the surname **Lambo** comes from, but also in what way the people who're initially part of the household that bears the surname **Lambo** have moved and moved. In the same manner, you'll be able to see in which places they have settled and developed, and that's why if **Lambo** is our surname, it seems interesting to which other countries associated with globe it is possible this 1 of our ancestors once moved to.

## Nations with additional **Lambo** on earth

1. 🇲🇿 Mozambique (11138)
2. 🇨🇩 Democratic Republic of the Congo (7340)
3. 🇳🇬 Nigeria (3557)
4. 🇵🇭 Philippines (2466)
5. 🇦🇴 Angola (1776)
6. 🇹🇿 Tanzania (1206)
7. 🇨🇲 Cameroon (1090)
8. 🇺🇸 United States (495)
9. 🇬🇭 Ghana (380)
10. 🇮🇹 Italy (341)
11. 🇮🇩 Indonesia (260)
12. 🇿🇼 Zimbabwe (171)
13. 🇳🇪 Niger (148)
14. 🇿🇲 Zambia (100)
15. 🇵🇬 Papua New Guinea (81)
16. 🏴󠁧󠁢󠁥󠁮󠁧󠁿 England (78)
17. 🇧🇯 Benin (51)
18. 🇨🇦 Canada (51)
19. 🇳🇱 Netherlands (47)
20. 🇮🇳 India (31)
21. 🇧🇪 Belgium (26)
22. 🇱🇷 Liberia (24)
23. 🇻🇪 Venezuela (23)
24. 🇨🇮 Ivory Coast (23)
25. 🇿🇦 South Africa (21)
26. 🇷🇺 Russia (21)
27. 🇰🇪 Kenya (9)
28. 🇸🇦 Saudi Arabia (9)
29. 🇫🇷 France (8)
30. 🇹🇷 Turkey (6)
31. 🇧🇷 Brazil (6)
32. 🇨🇳 China (6)
33. 🇦🇷 Argentina (5)
34. 🇲🇾 Malaysia (5)
35. 🇹🇩 Chad (4)
36. 🇺🇬 Uganda (4)
37. 🇦🇺 Australia (4)
38. 🇳🇴 Norway (4)
39. 🇶🇦 Qatar (4)
40. 🇸🇬 Singapore (4)
41. 🇬🇦 Gabon (4)
42. 🇦🇪 United Arab Emirates (3)
43. 🇺🇦 Ukraine (3)
44. 🇩🇪 Germany (3)
45. 🇨🇭 Switzerland (2)
46. 🇪🇸 Spain (2)
47. 🇸🇾 Syria (1)
48. 🇹🇬 Togo (1)
49. 🇮🇪 Ireland (1)
50. 🇹🇳 Tunisia (1)
51. 🇮🇸 Iceland (1)
52. 🇹🇼 Taiwan (1)
53. 🇦🇲 Armenia (1)
54. 🇯🇵 Japan (1)
55. 🇦🇸 American Samoa (1)
56. 🇰🇼 Kuwait (1)
57. 🇰🇿 Kazakhstan (1)
58. 🇺🇿 Uzbekistan (1)
59. 🇧🇩 Bangladesh (1)
60. 🇱🇰 Sri Lanka (1)
61. 🇧🇫 Burkina Faso (1)
62. 🇲🇬 Madagascar (1)
63. 🇧🇬 Bulgaria (1)
64. 🇲🇼 Malawi (1)
65. 🇲🇽 Mexico (1)
66. 🇧🇾 Belarus (1)
67. 🇳🇿 New Zealand (1)
68. 🇨🇺 Cuba (1)
69. 🇨🇾 Cyprus (1)
70. 🇵🇱 Poland (1)
71. 🇵🇹 Portugal (1)
72. 🇪🇨 Ecuador (1)
73. 🇪🇬 Egypt (1)
74. 🇸🇹 Sao Tome and Príncipe (1)

If you think of it very carefully, at apellidos.de we offer you everything you need to enable you to have the true information of which nations have the highest amount of people utilizing the surname **Lambo** within the whole

### Lambo Surname

- Last name Lambo in the world
- Origin of the surname Lambo
- Coat of arms of Lambo
- Meaning of Lambo
- First Names for Lambo Surname

### Another Languages

- Apellido Lambo
- Nom de Famille Lambo
- Nachname Lambo
- Cognome Lambo
- Cognom Lambo
- Sobrenome Lambo
- Nazwisko Lambo
- Achternaam Lambo
- Фамилия ламбо
- Фамилия ламбо
- Příjmení Lambo
- Efternavnet Lambo
- Sukunimi Lambo
- Lambo vezetéknév
- Nume de familie Lambo
- Efternamnet Lambo
- Lambo soyadı

globe. Furthermore, you can view them in a very visual way on our map, where the nations using the greatest amount of people using the surname **Lambo** is seen painted in a stronger tone. In this way, along with a single glance, it is simple to locate by which nations **Lambo** is a common surname, and in which nations **Lambo** can be an uncommon or non-existent surname.

Over time, the surname Lambo has undergone some changes in its spelling or pronunciation.

Not all surnames similar to the surname Lambo are related to it. Sometimes it is possible to find surnames similar to Lambo that have a different origin and meaning.

Errors in writing, voluntary changes by the bearers, modifications for language reasons... There are many reasons why the surname Lambo may have undergone changes or modifications, and from those modifications, surnames similar to Lambo may have appeared, as we can see.

| 1. | Lamb | 2. | Lamba | 3. | Lambe | 4. | Lambi |
|----|------|----|-------|----|-------|----|-------|
| 5. | Lamboy | 6. | Lampo | 7. | Lembo | 8. | Limbo |
| 9. | Llambo | 10. | Lombo | 11. | Lamboo | 12. | Lambea |
| 13. | Lambey | 14. | Lambie | 15. | Lamp | 16. | Lampa |
| 17. | Lampe | 18. | Lamph | 19. | Lampi | 20. | Lampp |
| 21. | Laumb | 22. | Limb | 23. | Limboo | 24. | Limbu |
| 25. | Limpo | 26. | Llamba | 27. | Llambi | 28. | Lomba |
| 29. | Lombao | 30. | Lombe | 31. | Lomboy | 32. | Lombu |
| 33. | Lompo | 34. | Lumb | 35. | Lumba | 36. | Lumbe |
| 37. | Lumbi | 38. | Lumby | 39. | Lambaa | 40. | Lemvo |

Copyright © 2024 surnam.es
World Surnames - Origin of surnames - First Names - Directory of Names and Surnames - Privacy policy