# Exhibit 1

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-06-13 13:16:58 EDT |
| **Mark:** | PHARMACORE |

PHARMACORE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 76383698 | **Application Filing Date:** | Mar. 19, 2002 |
| **US Registration Number:** | 2842219 | **Registration Date:** | May 18, 2004 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Nov. 29, 2014 | | |
| **Publication Date:** | Oct. 22, 2002 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | PHARMACORE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Chemical synthesis services, namely, custom synthesis of chemicals for others | | |
| **International Class(es):** | 040 - Primary Class | **U.S Class(es):** | 100, 103, 106 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 01, 2000 | **Use in Commerce:** | Sep. 01, 2000 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Pharmacore, Inc. |
| **Owner Address:** | 4180 Mendenhall Oak Parkway<br>High Point, NORTH CAROLINA UNITED STATES 27265 |

| | |
|---|---|
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** William M. Bryner | **Docket Number:** 46395-247165 |
| **Attorney Primary Email Address:** wstrademarks@kilpatricktownsend.com | **Attorney Email Authorized:** Yes |

### Correspondent

**Correspondent Name/Address:** William M. Bryner
KILPATRICK TOWNSEND & STOCKTON LLP
1001 WEST FOURTH STREET
WINSTON-SALEM, NORTH CAROLINA UNITED STATES 27101-2400

| | |
|---|---|
| **Phone:** (336) 607-7300 | **Fax:** (336) 607-7500 |
| **Correspondent e-mail:** wstrademarks@kilpatricktownsend.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 18, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 29, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 29, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Nov. 29, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 26, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 07, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 08, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 05, 2009 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 23, 2009 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 23, 2009 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 23, 2009 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 31, 2007 | CASE FILE IN TICRS | |
| May 18, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 04, 2002 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Oct. 22, 2002 | PUBLISHED FOR OPPOSITION | |
| Oct. 02, 2002 | NOTICE OF PUBLICATION | |
| Jul. 30, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 22, 2002 | ASSIGNED TO EXAMINER | |
| Jul. 16, 2002 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

**TM Staff Information - None**

### File Location

| | |
|---|---|
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Nov. 29, 2014 |

## Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Extension of Time

| | |
|---|---|
| **Proceeding Number:** 76383698 | **Filing Date:** Dec 24, 2002 |
| **Status:** Terminated | **Status Date:** Apr 04, 2003 |

|  |  |
|---|---|
| **Interlocutory Attorney:** | |

### Defendant

|  |  |
|---|---|
| **Name:** | Pharmacore, Inc. |
| **Correspondent Address:** | ANDREW ROPPEL<br>KILPATRICK STOCKTON LLP<br>1001 WEST FOURTH STREET<br>WINSTON-SALEM NC UNITED STATES , 27101-2400 |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PHARMACORE | | 76383698 | |

### Potential Opposer(s)

|  |  |
|---|---|
| **Name:** | DECISION RESOURCES, INC. |
| **Correspondent Address:** | SUSAN G L GLOVSKY<br>HAMILTON BROOK SMITH & REYNOLDS PC<br>530 VIRGINIA ROAD PO BOX 9133<br>CONCORD MA UNITED STATES , 01742-9133 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 28 | REQ. TO EXT. TIME TO OPPOSE DENIED | Dec 10, 2003 | |
| 27 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 20, 2003 | |
| 26 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 20, 2003 | |
| 25 | INCOMING - EXT TIME TO OPPOSE FILED | Oct 20, 2003 | |
| 24 | EXTENSION OF TIME GRANTED | Sep 30, 2003 | |
| 23 | INCOMING - EXT TIME TO OPPOSE FILED | Sep 22, 2003 | |
| 22 | CORRECTION LETTER | Aug 29, 2003 | |
| 21 | EXTENSION OF TIME GRANTED | Aug 29, 2003 | |
| 20 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 19, 2003 | |
| 19 | EXTENSION OF TIME GRANTED | Jul 29, 2003 | |
| 18 | DELETE ENTRY | Jul 29, 2003 | |
| 17 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 22, 2003 | |
| 16 | EXTENSION OF TIME GRANTED | Jul 11, 2003 | |
| 15 | INCOMING - EXT TIME TO OPPOSE FILED | Jun 23, 2003 | |
| 14 | EXTENSION OF TIME GRANTED | Jun 09, 2003 | |
| 13 | INCOMING - EXT TIME TO OPPOSE FILED | May 22, 2003 | |
| 12 | EXTENSION OF TIME GRANTED | May 09, 2003 | |
| 11 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 21, 2003 | |
| 10 | EXTENSION OF TIME GRANTED | Apr 04, 2003 | |
| 9 | INCOMING - EXT TIME TO OPPOSE FILED | Mar 24, 2003 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 25, 2003 | |
| 7 | INCOMING - EXT TIME TO OPPOSE FILED | Feb 19, 2003 | |
| 6 | EXTENSION OF TIME GRANTED | Jan 24, 2003 | |
| 5 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 17, 2003 | |
| 4 | EXTENSION OF TIME GRANTED | Dec 31, 2002 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Dec 23, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Dec 24, 2002 | |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 21, 2002 | |