# Exhibit 2

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-06-13 13:16:39 EDT |
| Mark: | DNAS |

# Dnas

| | | | |
|---|---|---|---|
| US Serial Number: | 90164020 | Application Filing Date: | Sep. 07, 2020 |
| US Registration Number: | 6341051 | Registration Date: | May 04, 2021 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | May 04, 2021 | | |
| Publication Date: | Feb. 16, 2021 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | DNAS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Translation: | The wording "Dnas" has no meaning in a foreign language. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Downlights; Lamps; Air purifiers for automobiles; Bicycle lights; Electric fans; Electric night lights; Electric stoves; Headlights for automobiles; Lamps for festive decoration; Lamps for tents; LED luminaires; Lighting apparatus for vehicles; Lighting fixtures; Lights for vehicles; Motorcycle lights | | |
| International Class(es): | 011 - Primary Class | U.S Class(es): | 013, 021, 023, 031, 034 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 10, 2020 | Use in Commerce: | Aug. 10, 2020 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

**Owner Name:** Xia, Xiaoming
**Owner Address:** 311, Building 3, Lanyuan Apartment
Wuzhong District, Suzhou
Jiangsu Province CHINA 215000
**Legal Entity Type:** INDIVIDUAL   **Citizenship:** CHINA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** Xia, Xiaoming
311, Building 3, Lanyuan Apartment
Wuzhong District, Suzhou
Jiangsu Province CHINA 215000
**Correspondent e-mail:** 3161247783@qq.com   **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 11, 2024 | AMENDMENT CORRESPONDENCE ENTERED | |
| May 04, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 16, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 16, 2021 | PUBLISHED FOR OPPOSITION | |
| Jan. 27, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 13, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 13, 2021 | ASSIGNED TO EXAMINER | |
| Oct. 13, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 10, 2020 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION   **Date in Location:** May 04, 2021