AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __of Arizona__ on the following

☒ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV-22-1439-PHX-ROS | DATE FILED<br>July 28, 2023 | U.S. DISTRICT COURT<br>of Arizona |
|---|---|---|
| PLAINTIFF<br>Richard Blair | | DEFENDANT<br>Automobili Lamborghini S.p.A. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  74019105 | November 13, 1990 | Automobili Lamborghini SPA CORP. ITALY BOLOGNA ITALY |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>July, 28th 2023 | INCLUDED BY<br>☐ Amendment  ☒ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  74019105 | November 13, 1990 | Automobili Lamborghini SPA CORP. ITALY BOLOGNA ITALY |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Order and Clerk's Judgment entered on 10/17/2024 granting Defendant's Motion for Summary Judgment. Judgment entered in favor of defendants and against plaintiff and case dismissed with prejudice.

| CLERK<br>Debra D Lucas | (BY) DEPUTY CLERK<br>Rebecca E Kubza | DATE<br>10/18/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**