Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Shuyu Wang (*pro hac vice*)
shuyu@ilawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Plaintiff Richard Blair*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>        Plaintiff,<br><br>v.<br><br>Automobili Lamborghini S.p.A.,<br><br>        Defendant/Counterclaimant. | No. 22-cv-01439-ROS<br><br>**NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED** |

PLEASE TAKE NOTICE:

Pursuant to Federal Rule of Appellate Procedure 10 and Ninth Circuit Rule 10-3.1, Plaintiff-Appellant Richard Blair states that **no transcripts will be ordered** in connection with his pending appeal. (*See* ECF 64). The parties have conferred regarding this matter and Defendant-Appellee Automobili Lamborghini, S.p.A. agrees that there are no transcripts to be ordered.

1

1  DATED: November 22, 2024

2                                         By: _/s/Brett E. Lewis_____
3                                         Brett E. Lewis
   Shuyu Wang

**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, New York 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Emails: brett@ilawco.com
          shuyu@ilawco.com

*Attorneys for Richard Blair*